## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:** | **CASE NO. 23-02835 (EAG)** |
| **LUCENA DAIRY INC** | **CHAPTER 11** |
| **Debtor in Possession** | |

### DEBTOR'S DISCLOSURE STATEMENT AND
### SUMMARY OF PROPOSED CONSOLIDATED PLAN OF REORGANIZATION

## ARTICLE 1. INTRODUCTION

1.0    DEFINITIONS

1.1    BANKRUPTCY CODE PROVISIONS FOR POST PETITION DISCLOSURE

1.2    DISCLAIMER

1.3    VOTING REQUIREMENTS

1.4    DEBTOR'S HISTORY

1.5    EVENTS LEADING TO BANKRUPTCY

1.6    DATE THE PETITION WAS FILED

1.7    BANKRUPTCY PROCEEDINGS

1.8    FINANCIAL INFORMATION

**1.0    DEFINITIONS**

For purposes of this disclosure statement, and to the extent not otherwise provided herein, all capitalized terms below shall have the meanings set forth in the Plan of Reorganization proposed by the Debtor and Debtor's Affiliate Luna Dairy, Inc., of even date herewith and, unless otherwise indicated, the singular shall include the plural, and any term used in this disclosure statement which is not defined in the Plan of Reorganization, but which is defined in the Bankruptcy Code (11 U.S.C.), shall have the meaning designated in the Bankruptcy Code.

1

*LUCENA DAIRY INC*
*Case No. 23-02835 (EAG)*
*Disclosure Statement*

## 1.1   BANKRUPTCY   CODE   PROVISIONS   FOR   POST   PETITION DISCLOSURE

Section 1125 of the Bankruptcy Code requires that a debtor make post-petition disclosure in the form of disclosure statement which provides "adequate information" to its creditors before a debtor or a party acting on its behalf may solicit acceptances of a Chapter 11 plan of reorganization. Creditors are urged to consult with their own attorney, or with each other, and to review all of the pleadings and other documents on file with the Bankruptcy Court in order to fully understand the disclosure made herein, regarding the Debtor's proposed plan of reorganization (hereafter referred to as the "Plan") and any other pertinent matters in this case.

## 1.2   DISCLAIMER

Creditors are advised that the financial information contained in this Disclosure Statement has not been the object of an audit and is not certified by independent public accountants, except where expressly stated otherwise. The Debtor does not warrant or intends to represent that the information contained herein is without inaccuracy notwithstanding its efforts to disclose all matters with careful attention to accuracy and completeness.

The Debtor does not authorize any representation concerning the Debtor, and/or any other statement relative to it, different from, or not included in this Disclosure Statement. A creditor in deciding how to vote for the Plan should not rely on any representation or inducement that might be made to influence in the acceptance or rejection of the Plan.

## 1.3   VOTING REQUIREMENTS

In order for the Plan to be confirmed by the Bankruptcy Court, the Bankruptcy Code requires that the Plan be approved by all classes of creditors and interest holders or that the Court finds that the Plan is "fair and equitable" as to any dissenting class.

*LUCENA DAIRY INC*
*Case No. 23-02835 (EAG)*
*Disclosure Statement*

As provided by 11 U.S.C. §1124, a class of claims or interests is impaired under a plan unless, with respect to each claim or interest of such a class, the plan-

    (1) leaves unaltered the legal, equitable, and contractual rights to which such claim or interest entitles the holder of such claim or interest; or

    (2) notwithstanding any contractual provision or applicable law that entitles the holder of such claim or interest to demand or receive accelerated payment of such claim or interest after the occurrence of a default –

        A. cures any such default that occurred before or after the commencement of the case under this title, other than a default of a kind specified in section 365(b)(2) of this title;

        B. reinstates the maturity of such claim or interest as such maturity existed before such default;

        C. compensates the holder of such claim or interest for any damages incurred as a result of any reasonable reliance by such holder on such contractual provision or such applicable law; and

        D. does nor otherwise alter the legal, equitable, or contractual rights to which such claim or interest entitles the holder of such claim or interest.

Ordinarily, but not in all circumstances, a plan may not be confirmed unless at least one impaired class, assuming there is at least one impaired class, accepts the plan.

A class has accepted the plan if such a plan has been accepted by creditors, other than those under 11 U.S.C. §1126 (e), that hold at least two-thirds (2/3) in dollar amount and more than one-half (1/2) in number of the allowed claims of such class held by creditors, that have accepted or rejected such plan, i.e., those actually voting on the plan.

Creditors may vote for the acceptance or for the rejection of the plan.

3

*LUCENA DAIRY INC*
*Case No. 23-02835 (EAG)*
*Disclosure Statement*

Each creditor is urged to consult with its own attorney and obtain advice on the proposals and dispositions of this Disclosure Statement and the Plan. The statements contained herein are only a brief summary of the confirmation process and should not be relied upon in making your determination as to whether to vote in favor of or against the Plan. Creditors should consult their attorneys before making a determination to vote for or against the Plan.

Creditors are expressly referred to the Debtor's Schedules of Assets and Liabilities, the Statement of Financial Affairs and all other documents duly filed in this case with the Bankruptcy Court. This Disclosure Statement is predicated upon certain assumptions that may not materialize, and you are urged to give consideration to such assumptions.

No representation concerning the Debtor or as to the actual or realizable value of its property, are authorized by the Debtor other than as set forth in this Disclosure Statement. Any amendments or clarifications to this Disclosure Statement or the Plan shall be in writing and filed with the Court.

**1.4    DEBTOR'S HISTORY**

Mr. Jorge Lucena Betancourt (Mr. Lucena) commenced in the cattle and milking industry in the year 1976, when he acquired a small farm in Barrio Dominguito, Arecibo, P.R. His father Mr. Sergio Lucena was his mentor.  With two employees and his young wife Ms. Myrna Perez, who assisted him in all administrative matters, their hard work and vision commenced.  With the passing of time and their passion for their work and the cattle, the business commenced to flourish.  Thereafter, Mr. Lucena purchased additional cattle and about 25,0000 litters of milk quota.  In the year 1984 an additional farm was acquired at Barrio Caimital Alto in Aguadilla, P.R. In the year 1997, another cattle farm is purchased from Ms. Iraida Garcia and the corporation and name of Lucena Dairy Inc., ("Lucena") was borne.  By the year 2005, Mr. Jorge Lucena y la Sra. Myrna Perez, purchased an additional farm from Sucecion Mr. Gilberto Rivera, Jr.  That same year, Luna Dairy Inc. ("Luna") is incorporated

*LUCENA DAIRY INC*
*Case No. 23-02835 (EAG)*
*Disclosure Statement*

and starts doing business as a parallel and independent entity.   Mr. Lucena for the last 45 years has been in the industry and is known as one of the most highly knowledgeable individuals in the cattle and milking industry in Puerto Rico.

### NATURE OF BUSINESS

Lucena Dairy Inc. was incorporated on July 22, 1997, by Mr. Jorge L. Lucena.  Lucena Dairy Inc.'s business is related to the ownership and administration of a cattle and dairy farm, which owns livestock with a milk quota of 142,340 qts. Debtor's business is located in Hatillo, Puerto Rico.

### 1.5 EVENTS LEADING TO BANKRUPTCY

The Debtor filed for bankruptcy due to the conditions of the dairy industry in Puerto Rico and the high operational costs, during the last few years and more strongly, during this last year.  Debtor requested its secured creditor Condado IV, Inc.[1] ("Condado") a reduction in the monthly payments ($65,000.00) to the loans for guaranteed by Lucena and Luna which Condado denied.  The Debtor never defaulted on its payment to Condado prior to filing.  The high payment to current secured lender, the lack of funds to purchase new cattle, the high costs of the food and medicines for the cattle, the crisis in the milking industry for the past few years, pushed the Debtor into insolvency.   The Debtors could not maintain the payments to secured creditor and continue to operate the business.

### 1.6    DATE THE PETITION WAS FILED

The Debtor submitted its petition for Bankruptcy under Chapter 11 of the Bankruptcy Code on September 8, 2023 (Docket No. 1).

---

[1] Debtor's original lender was Banco Popular de Puerto Rico (BPPR) who sold debtor's loan to Condado 4, Inc. in the year 2015.

*LUCENA DAIRY INC*
*Case No. 23-02835 (EAG)*
*Disclosure Statement*

### 1.7    BANKRUPTCY PROCEEDINGS

#### I.    Schedules, Statement of Financial Affairs and Creditors' Meeting.

On September 8, 2023, Debtor filed its Voluntary Petition under Chapter 11, Schedules and Statement of Financial Affairs, List of Creditors Holding the 20 Largest Unsecured Claims, and corresponding Corporate Resolution. (Docket No. 1).

On September 11, 2023, the Debtor submitted its first amended Schedules A/B. Docket No. 10. On September 26, 2023, the Debtor submitted its amended: Voluntary Petition, Schedules A/B, D, E/F, G, and H,. (Docket Nos. 36-37).

Om October 2, 2023, the Section 341 Meeting of Creditors was held and closed. (Docket No. 47).

On September 13, 2023, the Court scheduled the Status Conference for November 15, 2023. (Docket No. 20). The Debtor filed its Status Conference Report on November 8, 2023, and attended the Status Conference Hearing on November 15, 2023. (Docket Nos. 73 and 75).

#### II.    Employment of Professionals

The Debtor filed an application to employ, C. Conde and Associates as Debtor's counsel on September 8, 2023. The same was approved by the Court on October 2, 2023. (Docket Nos. 3 and 49).

On September 20, 2023, the Debtor filed an application to employ, Elisamuel Rivera Rivera, CPA, from the firm of CPA Elisamuel Rivera Rivera, CSP, as Debtor's accountants. The same was approved by the Court on October 11, 2023 (Docket Nos. 30 and 56). Debtor's principal also retained the services of Consultant Mr. Jorge Dulzaides, an experienced professional in the industry to assist them in their reorganization process and financial endeavors.

*LUCENA DAIRY INC*
*Case No. 23-02835 (EAG)*
*Disclosure Statement*

### III.   Duties of the Debtor in Possession

Since the filing of the petition, the Debtor has complied with all of its duties as a Debtor

in Possession, including but not limited to the appearance at the meeting of creditors, the filing

of all Monthly Operating Reports and payment of fees to the U.S. Trustee.

### IV. Other Matters:

### A.   Cash Collateral Condado

On September 9, 2023, the Debtor filed an Urgent Motions for the Use of Cash

Collateral, in order to be able to continue operations and preservation of the bankruptcy estate.

On September 20, 2023, Condado filed *Oppositions to Debtors' Urgent Motions for the Use of*

*Cash Collateral*. On September 22, 2023, the Debtors filed *Responses* to Condado's

*Opposition*.  Finally, on September 25, 2023, the Parties reached a preliminary agreement and

filed an *Urgent Joint Motion for Continuance of Cash Collateral Hearings which was*

*Scheduled for September 26 & 27, 2023* informing that they had reached an interim agreement

for the continuance of these cash collateral contested matters until Tuesday, October 10, 2023

and, in consideration of such postponement, the Debtors agreed to make a total payment in

favor of Condado by October 6, 2023 in the amount of $10,000.

On September 26, 2023, the Court issued an *Order* granting the interim use of cash

collateral until October 10, 2023, and rescheduling the hearing to consider the permanent use

of cash collateral for October 24, 2023 at 9:30am.

On September 29, 2023, the Parties filed a *Joint Motion for Continuance of Use of Cash*

*Collateral until October 31, 2023*, informing that they continued with an interim agreement for

the continuance of these cash collateral contested matters until October 31, 2023 and, in

consideration of such postponement, the Debtors agreed to make a total payment in favor of

Condado by October 27, 2023 in the amount of $20,000. On October 5, 2023, the Court issued

an *Order* granting the interim use of cash collateral until October 31, 2023.  See Lucena Lead

*LUCENA DAIRY INC*
*Case No. 23-02835 (EAG)*
*Disclosure Statement*

Case, ECF No. 54; Luna Lead Case ECF No. 48).

On October 24, 2023, the Parties filed another Joint *Motion for Continuance of Use of Cash Collateral until October 31,* informing that they had reached an interim agreement for the continuance of these cash collateral contested matters until November 31, 2023 and, in consideration of such postponement, the Debtors agreed to continue payments in favor of Condado by October 27, 2023 in the amount of $20,000.

On November 29, 2023, the Parties filed a *Joint Motion for Continuance of Use of Cash Collateral until December 30,* informing that they had reached an interim agreement for the continuance of these cash collateral contested matters until December 30, 2023 and, in consideration of such postponement, the Debtors agreed to make a total payment in favor of Condado by November 22, 2023 in the amount of $20,000. Currently the Debtor and Condado are in constant communication in relation to the restructuration process and agreement for the use of cash collateral. The Debtor has been renewing with Condado the use of cash collateral under the same terms and conditions.

**B.   Cash Collateral BPPR**

The Debtor owns 142,340 qts of quota, from which 45,538 qts., are currently pledged to Banco Popular de Puerto Rico ( BPPR), as a guarantee to a loan from a related entity by the name of TJ Dairy, Inc., incurred in the year 2012. Pursuant to information and belief, this related entity continues payments directly to Banco Popular de Puerto Rico.

**C.   Avoidance Actions**

Section 547(b) of the Bankruptcy Code, (11 U.S.C. § 547(b)) provides that the trustee or Debtor in Possession in a bankruptcy case may avoid any transfer of an interest of the debtor in property: (1) to or for the benefit of a creditor; (2) for or on account of an antecedent debt owed by the debtor before such transfer was made; (3) made while the debtor was insolvent; (4) made on or within 90 days before the date of the filing of the bankruptcy petition, or

between 90 days and one year before the date of the filing of the petition if the creditor was an insider at the time of the transfer; and (5) that enables the creditor to receive more than the creditor would receive if the case were a case under Chapter 7 of the Bankruptcy Code.

The inherent concept of Section 547 of the Bankruptcy Code is that the effect of a preference transaction, made in payment on an antecedent debt, directly or indirectly resulted in granting one creditor a benefit over other similar creditors. The Bankruptcy Code defines "creditor" as an entity that has a claim against the debtor that arose at the time of or before the order for relief concerning the debtor. See 11 USC §101(10).

As of this moment the Debtor does not foresee the filing of any actions under Section 547 of the Bankruptcy Code.

Section 548 of the Bankruptcy Code, (11 U.S.C. § 548) provides that the trustee or Debtor in Possession in a bankruptcy case may avoid any transfer of an interest of the debtor in property to an insider which can constitute fraudulent transfers. The Debtor does not foresee any action under section being filed at this juncture.

## 1.8    FINANCIAL INFORMATION

Debtor's financial information previous to its bankruptcy petition is herein provided as **Exhibit 1a and 1b (Tax Returns 2021 and 2022)**. Additionally, the information provided in the Schedules and Statement of Financial Affairs filed with the Court, reflect Debtor's financial condition as of the date of the petition. The Debtor also includes copy of its most recent audited financial statements. **(Exhibit 1c)**.

The Debtor's Monthly Operating Reports ("MORs") are available on the Bankruptcy Court's file and they reflect the Debtor's Post-Petition finances. See Docket Nos. 71, 77, 81, and 88. **See also Exhibit 2 Summary of MORs**.

*LUCENA DAIRY INC*
*Case No. 23-02835 (EAG)*
*Disclosure Statement*

Debtor, urges creditors and parties in interest to review the documents available on file at the Bankruptcy Court, in order to make a conscious decision when voting for or against the proposed Plan of Reorganization.

## ARTICLE II
## ASSETS AND LIABILITIES

### 2.1   REAL ESTATE

**The Debtor does not own any real estate**.  The Debtor leases the premises from different persons or entities, including properties Mr. Lucena owns in his personal capacity. Debtor operates from the following leased premises[2]:

- Lot No. 12204 at Los Comes Rd. Dominguito Km 1 PR 635.

- Lot No. 452 at Corcobado, Rd. 492 km. 1.6 Hatillo.

- Lot No. 453 at Corcobado, Rd. 492 km. 1.6 Hatillo.

- Lot No. 454 at Corcobado, Rd. 492 km. 1.6 Hatillo.

- Lot No. 456 at Corcobado, Rd. 492 km. 1.6 Hatillo.

- Lot No. 2146 at Corcuado, Rd. 492 km. 1.6 Hatillo.

- Lot No. 3625 at Corcobado, Rd. 492 km. 1.6 Hatillo.

- Lot No. 3829 at Corcobado, Rd. 492 km. 1.6 Hatillo.

- Lot No. 3925 at Corcuado, Rd. 492 km. 1.6 Hatillo.

- Lot No. 3973 at Corcobado, Rd. 492 km. 1.6 Hatillo.

- Lot No. 2393 at Corcobado, Rd. 492 km. 1.6 Hatillo.

- Lot No. 3422 at Corcobado, Rd. 492 km. 1.6 Hatillo.

- Lot No. 3762 at Corcobado, Rd. 492 km. 1.6 Hatillo.

---

[2] If creditors are interested in obtaining full copy of appraisals related to properties from which Debtor operates, owned by Mr. Lucena, they are available at the offices of  C. Conde & Assoc, upon prior request for your review and/or copying.  See **Exhibit 3**, for details.

*LUCENA DAIRY INC*
*Case No. 23-02835 (EAG)*
*Disclosure Statement*

- Lot No. 3266 at Corcobado, Rd. 492 km. 1.6 Hatillo.

- Lot No. 3082 at Corcobado, Rd. 492 km. 1.6 Hatillo.

- Lot No. 979 at Caimital Alto, Aguadilla.

- Lot No. 4344 at Caimital Alto Aguadilla.

- 125 Acres of Land at Dominguito Ward Leased from Gilberto Dorta Soberal.

## 2.2   PERSONAL PROPERTY

Other than Debtor's cattle and milk quota, the Debtor's personal property primarily consist of equipment, animal feed, veterinary equipment, machinery and deposits. As of this date the Debtor listed in its schedule's personal property in the approximate amount in the amount of $1,308,568.07. These assets are listed in Debtor's Schedules as of the petition date and are also detailed with its current liquidation value, in the Liquidation Analysis Section of this Disclosure Statement. (See Article IV below, **Exhibit 4a, 4b, and 4c**).

## 2.3   SECURED CREDITORS

### A.   Condado 4 LLC ( Condado)

On September 30, 2009, the Lucena  and Banco Popular de Puerto Rico ("BPPR") entered into a loan agreement that was later amended in May 23, 2011. The loan with BPPR was originally secured by 213,320 quarts of milk quota owned by the Debtor. On September 6, 2012, the Debtor and BPPR signed an Amended Loan and Consolidated Loan Agreement in the total amount of $12,320,711.58.  On November 14, 2014, the Debtor and BPPR entered into a  first Amended Loan Agreement and thereafter, on July 16, 2015, they  entered into a Second Amended and Consolidated Loan Agreement with a new balance of debt  in the amount of $11,644,798.26, this amended loan was again secured by the Debtor milk quota.[3]  On or about December 29, 2015,  BPPR sold the loan to Condado for a substantial reduced amount.

---

[3] Similar loans were individually granted to Luna Dairy Inc. .

*LUCENA DAIRY INC*
*Case No. 23-02835 (EAG)*
*Disclosure Statement*

On November 19, 2020, the Debtor and Condado entered into a Ratification, Confirmation and Amendment to the Security Agreements, which was again secured by the Debtor's milk quota production. On November 25, 2020, the Debtor and Condado entered into the Agreement for Adjusted Balance Due, Discounted Payoff, and Forbearance Agreement wherein the parties consolidated and adjusted the total balance of the loans due to Condado from the Debtor and affiliate entity Luna Dairy Inc, and its guarantors in the total principal reduced amount of $12 Million. Debtor and Luna received confirmation from Condado prior to filing of the bankruptcy petition of the amounts owed under the loans with a balance of $11,025,459.81. This amount is owed jointly and several by Debtor, Debtor's affiliate, Luna and the shareholders of the entities.

Original UCCs were filed by BPPR to update the collateral agreed thereto as the loans were amended and or reinstated. New UCCs were filed by Condado substituting BPPR's UCC, to reflect the current collateral. Condado has a perfected lien over the milk quota and other personal property of the Debtor. Condado filed its Proof of Claim No. 2 in the Lucena case in the amount of $9,293,642.93 as fully secured claim, in addition to a $10,272,444.60 Claim No. 1 filed in the case of its affiliate Luna. The Debtor is reconciling this claim and reserves all rights to determine the total amount of the debt owed.

**B.    BPPR**

The Debtor listed BPPR as a secured creditor with a lien over its milk quota. The Debtor listed BPPR with a total claim of $364,304.00 which is also owed by a related entity not in bankruptcy, by the name of TJ Dairy, Inc., owned by Teodoro Felipe Alfonso Toledo and Jorge Lucena, which is also a business in the cattle and milk industry. Pursuant to information and believe, this other entity continues to make payments to BPPR. BPPR filed Proof of Claim No. 5 in the amount of $364,304.00 as a fully secured claim with the milk quota

*LUCENA DAIRY INC*
*Case No. 23-02835 (EAG)*
*Disclosure Statement*

assigned of 45,538 qts..  The Debtor is reconciling this claim and reserves all rights to determine the total amount of the debt owed.

### C.     PR Farm Credit

The Debtor listed PR Farm Credit as a secured creditor with a lien over certain machinery of Debtor's property identified as a Harvester (See Schedules at Docket No. 38, p. 24).  The Debtor listed PR Farm Credit with a total claim of $24,724.82.  PR Farm Credit filed its Proof of Claim No. 3 in the amount of $24,133.03 and was listed as a fully secured claim. The Debtor is reconciling this claim and reserves all rights.

### D.     SBA

The Debtor listed SBA as a secured creditor with a first rank lien over certain assets and a second rank lien over other personal property of the Debtor.  The Debtor listed SBA with a total claim of $150,000.  SBA filed its Proof of Claim No. 6 in the amount of $160,546.78 and was listed as fully secured.  The Debtor is reconciling this claim and reserves all rights.

### 2.4    PRIORITIES

The Debtor did not list any unsecured priority claims in its schedules.  As of this date no priority claims have been filed.  Any timely filed proof of claim, allowed by the Court, will receive treatment pursuant to Article VIII.  The Bar Date for governmental entities expires on March 11, 2024.

### 2.5    GENERAL UNSECURED CREDITORS

General unsecured creditors were listed in Debtor's Schedules in the total amount of $370,831.55.  These debts were mostly incurred in the ordinary course of business. The Bar Date for non- governmental entities to file a Proof of Claim expired on January 2, 2024.  As of this date, unsecured claims scheduled, proof of claims filed and the deficiency to Condado's secured claim, amount $9.6M . Debtor is currently reconciling the same.

## ARTICLE III
## PENDING LITIGATION

The Debtor was not party to any litigation prior to the petition date.

## ARTICLE IV
## LIQUIDATION ANALYSIS

One requirement for the confirmation of a plan under Chapter 11 of the Code is that with respect to each impaired class of claims, each claim holder of such class has accepted the plan or will receive or retain under the plan on account of such allowed claim, a value as of the effective date of the plan, that is not less than the amount such claim holder would receive or retain if the debtor were liquidated under Chapter 7 of the Code, on such date. The liquidation analysis attached as **Exhibit 4a, 4b, and 4c** shows a combined liquidation value of 1.8% to general unsecured creditors. For the purpose of determining a liquidation value, the market value of assets as of petition date has been adjusted using the experience of liquidation of assets under bankruptcy cases.

Under Debtors' Consolidated Plan of Reorganization, creditors will receive payment on the terms and conditions therein disclosed. The Debtor is proposing a 2% payment to all allowed general unsecured claims commencing on the Effective Date. Debtor contends that this amount is substantially more than the amount they will receive under a liquidating scenario, where these creditors would receive no dividend at all.

## ARTICLE V
## SUMMARY OF THE PLAN
## CLASSIFICATION AND TREATMENT OF CLAIMS

**Debtor and Debtor's Affiliate Luna Dairy, Inc. (hereinafter Debtors or Debtor) share its most significant liabilities to creditors as codebtors to same debts sharing jointly and several liability. Other creditors are also creditors in both cases due to the nature of the business. Both Debtors will be presenting a Joint and Consolidated Plan for Payment to all creditors, following the same classification provided below.**

**SEE EXHIBIT 5 FOR DETAIL OF CREDITORS AND PAYMENTS UNDER THE CONSOLIDATED PLAN**

*LUCENA DAIRY INC*
*Case No. 23-02835 (EAG)*
*Disclosure Statement*

## A.  DESIGNATION OF CLASSES OF CLAIMS AND INTERESTS

The Plan has been drafted designating ten (10) classes in accordance with the provisions of 11 U.S.C. §1122 and §1123. All creditors and other parties in interest are urged to read and consider the Plan in full inasmuch as it represents a proposed legally binding agreement with the Debtor and any other party involved. The Debtor is reconciling all claims and reserves all rights.  The Debtor has classified all of its creditors as follows:

**CLASS 1     ADMINISTRATIVE CLAIMS**

This class shall consist of all allowed administrative expense priority claims, as provided under Section 503 (a)(2) of the Code, including, but not limited to, court costs accrued since the petition date, if any, fees to the United States Trustee, fees and expenses of Debtors' counsel, accountant and any other professionals retained by both Debtors, as may be allowed by the Bankruptcy Court upon application thereafter, and after notice and a hearing, in accordance with the Bankruptcy Code and Rules, as well as any unpaid taxes or fees accrued since petition date. Debt under this class for all professionals is estimated to be at least $80,000 in addition to the retainer(s) received by Debtors' professionals.

**CLASS 2     EXECUTORY CONTRACTS AND LEASES**

This class includes all pre-petition claims under agreement which were listed by the Debtor as executory contracts, or those claims which can be nominated as executory agreements, including all those agreements for which prepetition rents are due and not paid as of filing date.

**CLASS 3     SECURED CREDITOR BPPR**

This class shall consist of BPPR's secured claim against Lucena Dairy, Inc., with a lien over its milk quota in the amount of $364,304 as per proof of claim

number 5, filed by BPPR. This Debtor also listed BPPR with a total claim of $364,304.00 for which a non-Debtor related party[4] is jointly and severally liable. Pursuant to information and belief, this other entity continues payments to BPPR.

**CLASS 4      SECURED CLAIM PR FARM CREDIT**

This class shall consist of PR Farm Credit secured claim against Lucena Dairy, Inc., with a lien over a machinery identified as a Harvester. This Debtor listed PR Farm Credit with a total claim of $24,724.82. PR Farm Credit filed its Proof of Claim No. 3 in the total amount of $24,133.03 and the same was listed as fully secured.

**CLASS 5      SECURED CLAIM SMALL BUSINESS ADMINISTRATION (SBA)**

This Class shall consist of SBA secured claim with a lien over both Debtors personal property, tangible and intangible. Debtors listed SBA with a total claim of 150,000 each. Thereafter SBA filed its Proof of Claim No. 4 in the case of Lucena Dairy, Inc., and No. 6 in the case of Luna Dairy Inc. in the total amount of $160,546.78 each, as fully secured.

**CLASS 6      SECURED CLAIM CONDADO 4 LLC**

This Class shall consist of Condado secured claim with a lien over the milk quota and other personal property. The Debtor listed Condado with a total claim of $11,025,459.81 as per certification of debt from Condado as the total amount owed for its loan to Debtor and its affiliate Luna Dairy, Inc. Debtors' principals are also jointly and severally liable to this loan. Condado filed its Proof of Claim No. 2 in the case of Lucena Dairy in the total amount of $9,293,642.93,

---

[4] Details of Related party and BPPR loan can be seen at Proof of Claim No. 5 or Section 2.3B above.

as a fully secured claim and Claim No. 1 in the case of Luna Dairy, Inc. in the amount of $10,272,444.60.

**CLASS 7**    **GENERAL UNSECURED CLAIMS: GOVERNMENTAL ENTITIES**

This Class shall consist of the allowed general unsecured non-priority claims of governmental entities. IRS filed Proof of Claim No. 7 in the case of Luna Dairy, Inc., as an unsecured claim in the amount of $3,442.77. The Treasury Department of P.R. filed claim No. 2 in the case of Lucena Dairy, Inc., with a claim of $1,322.22. Any allowed general unsecured claim filed by IRS or any governmental entity will be provided treatment under this Class. The Bar Date for governmental entities expires on March 11, 2024.

**CLASS 8**    **ALL OTHER GENERAL UNSECURED CLAIMS**

This Class shall consist of all other pre-petition general unsecured claims which are mainly operational and administrative claims from Debtor's prepetition operations. Debtor scheduled these claims in the total amount of $151,165.78 for Luna Dairy, Inc. and $360,331.55 for Lucena Dairy, Inc. Thereafter, Proofs of Claim filed, and deficiency claims from secured creditors raised this debt amount to approx. $9.6M for both Debtors. The Bar Date for non-governmental entities to file proof of claims expired on January 2, 2024. All allowed general unsecured claims will receive treatment under this Class.

**CLASS 9**    **REJECTION DAMAGES UNSECURED CLAIMS**

This Class shall consist of all timely claims filed for damages due to rejection of executory contracts and whose rejection will be determined upon confirmation of the Plan. If the rejection of an executory contract or unexpired lease by the Debtor results in a claim for damages to the other party or parties to such contract or lease, any claim for such damages, if not hereto evidenced

by a filed proof of claim, shall be forever barred and shall not be enforceable against the Debtor's Estate, or its respective properties or agents, successors or assigns, unless a proof of claim is filed with the Bankruptcy Court and served upon counsel for the Debtor on or before the earlier of; 30 days after the entry of the Order approving the rejection of the contract or unexpired lease, if such rejection is granted before Confirmation Date, or 30 days after Confirmation Date if the Confirmation Order constitutes approval of the rejection. The Debtor cannot estimate the total amount of claims under this class at this time.

**CLASS 10      EQUITY SECURITY AND/OR OTHER INTEREST HOLDERS**

This class includes all equity and interest holders who are the owners of the stock of the Debtor.

**B. TREATMENT TO CLASSES**

**CLASS 1      ADMINISTRATIVE CLAIMS**

This class shall consist of all allowed administrative expense priority claims, as provided under Section 503 (a)(2) of the Code, including, but not limited to, court costs accrued since the petition date, if any, fees to the United States Trustee, fees and expenses of Debtors counsel, accountant and any other professionals retained by the Debtors, as may be allowed by the Bankruptcy Court upon application thereafter, and after notice and a hearing, in accordance with the Bankruptcy Code and Rules, as well as any unpaid taxes or fees accrued since petition date. Debt under this class for all professionals is estimated to be at least $80,000 in addition to the retainer(s) received by Debtors' professionals. This class will be paid on the Effective Date or as agreed with each administrative creditor.

*LUCENA DAIRY INC*
*Case No. 23-02835 (EAG)*
*Disclosure Statement*

**This Class is not impaired.**

**CLASS 2**      **EXECUTORY CONTRACTS AND LEASES**

This class includes all pre-petition claims under agreement which were listed by the Debtor as executory contracts, or those claims which can be nominated as executory agreements, including all those agreements for which prepetition rents are due and not paid as of filing date. Debtor estimates this class to include claims in the amount of $10,500.00.

All claims under this class, which contract or agreement is to be assumed by the Debtor, will be paid with priority over other claims. All allowed claims for contracts not rejected by the Debtor on or prior to confirmation date will receive full payment of their claim within the first three (3) years of the plan or as agreed with the counter part to the agreement.

**This class is impaired.**

**CLASS 3**      **SECURED CREDITOR BPPR**

This class shall consist of BPPR's secured claim against Lucena Dairy, Inc., with a lien over its milk quota in the amount of $364,304 as per proof of claim number 5, filed by BPPR. This Debtor also listed BPPR with a total claim of $364,304.00 for which a related party is jointly and severally liable. Pursuant to information and belief, this other entity continues payments to BPPR. Debtor will surrender the collateral to BPPR's secured lien in full payment of any claim under this class. Any deficiency will be paid under Class 8 below.

**This class is not impaired.**

**CLASS 4**      **SECURED CLAIM PR FARM CREDIT**

This class shall consist of PR Farm Credit secured claim against Lucena Dairy, Inc., with a lien over a machinery identified as a Harvester. This Debtor listed

19

*LUCENA DAIRY INC*
*Case No. 23-02835 (EAG)*
*Disclosure Statement*

PR Farm Credit with a total claim of $24,724.82. PR Farm Credit filed its Proof of Claim No. 3 in the total amount of $24,133.03 and the same was listed as fully secured. This debtor will retain its collateral over the Harvester and payments under the Plan will continue as originally agreed.

**This Class is not impaired.**

**CLASS 5**    **SECURED CLAIM SBA**

This Class shall consist of SBA secured claim with a lien over both Debtors personal property, tangible and intangible. Debtors listed SBA with a total claim of 150,000 each. Thereafter SBA filed its Proof of Claim No. 4 in the case of Lucena Dairy, Inc., and No. 6 in the case of Luna Dairy Inc. in the total amount of $160,546.78 each, as fully secured. This creditor will retain its collateral over the collateral and payments under the Plan will continue as originally agreed.

**This Class is not impaired.**

**CLASS 6**    **SECURED CLAIM CONDADO 4 LLC**

This Class shall consist of Condado's secured claim with a lien over the milk quota, real property, and other personal property. The Debtor listed Condado with a total claim of $11,025,459.81 as per certification of debt from Condado as the total amount owed for its loan to Debtor Lucena Dairy Inc. and its affiliate Luna Dairy, Inc. Debtors' principals are also jointly and severally liable to this loan. Condado 4 LLC filed its Proof of Claim No. 2 in the case of Lucena Dairy in the total amount of $9,293,642.93, as a fully secured claim and Claim No. 1 in the case of Luna Dairy, Inc. in the amount of $10,272,444.60.

This creditor will retain its collateral. The Debtors will pay Condado 4 LLC, under this Class, the value of its collateral over a period of not more than five

*LUCENA DAIRY INC*
*Case No. 23-02835 (EAG)*
*Disclosure Statement*

(5) years from the Effective Date of the Plan.  Condado 4 LLC will receive on account of its secured claim a first payment of $1M on the Effective Date.

**This Class is impaired.**

**CLASS 7**     **GENERAL UNSECURED CLAIMS: GOVERNMENTAL ENTITIES**

This Class shall consist of the allowed general unsecured non-priority claims of governmental entities.  IRS filed Proof of Claim No. 7 in the case of Luna Dairy, Inc., as an unsecured claim in the amount of $3,442.77.   The Treasury Department of P.R. filed claim No. 2 in the case of Lucena Dairy, Inc., with a claim of $1,322.22.   Any allowed general unsecured claim filed by IRS or any governmental entity will be provided treatment under this Class. The Bar Date for governmental entities expires on March 11, 2024. This class will be paid two percent (2%) of its allowed claim, within a period of five (5) years from the Effective Date of the Plan.

**This class is impaired.**

**CLASS 8**     **ALL OTHER GENERAL UNSECURED CLAIMS**

This Class shall consist of all other pre-petition general unsecured claims which are mainly operational and administrative claims from Debtors' prepetition operations.   Debtor scheduled these claims in the total amount of $151,165.78 for Luna Dairy, Inc. and $360,331.55 for Lucena Dairy, Inc.  Thereafter, Proofs of Claim filed, and deficiency claims from secured creditors raised this debt amount to approx. $9.6M for both Debtors.  The Bar Date for non-governmental entities to file proof of claims expired on January 2, 2024.  All allowed general unsecured claims will receive treatment under this Class. This class will be paid two percent (2%) of its allowed claim, within a period of five (5) years from the Effective Date of the Plan.  **This class is impaired.**

21

*LUCENA DAIRY INC*
*Case No. 23-02835 (EAG)*
*Disclosure Statement*

**CLASS 9**         **REJECTION DAMAGES UNSECURED CLAIMS**

This Class shall consist of all timely claims filed for damages due to rejection of executory contracts and whose rejection will be determined upon confirmation of the Plan. If the rejection of an executory contract or unexpired lease by the Debtor results in a claim for damages to the other party or parties to such contract or lease, any claim for such damages, if not hereto evidenced by a filed proof of claim, shall be forever barred and shall not be enforceable against the Debtor's Estate, or its respective properties or agents, successors or assigns, unless a proof of claim is filed with the Bankruptcy Court and served upon counsel for the Debtor on or before the earlier of ; 30 days after the entry of the Order approving the rejection of the contract or unexpired lease, if such rejection is granted before Confirmation Date, or 30 days after Confirmation Date if the Confirmation Order constitutes approval of the rejection. The Debtor cannot estimate the total amount of claims under this class at this time. This class will be paid two percent (2%) of its allowed claim, within a period of five (5) years from the Effective Date of the Plan. **This class is impaired**.

**CLASS 10**         **EQUITY SECURITY AND/OR OTHER INTEREST HOLDERS**

This class includes all equity and interest holders who are the owners of the stock of the Debtor.

**This class is not entitled to a vote.**

*(All creditors are requested to review Exhibit 5, which provides for the payments under the Consolidated Plan with the corresponding assumptions and Exhibit 6 Cash Flow Projections and related Notes)*

*LUCENA DAIRY INC*
*Case No. 23-02835 (EAG)*
*Disclosure Statement*

## ARTICLE III
## IMPAIRMENT OF EXISTING CLAIMS AND INTERESTS

As provided by 11 U.S. C. §1124, a class of claims of interests is impaired under a plan unless with respect to each claim of interest of such a class, the Plan:

1) leaves unaltered the legal, equitable, and contractual rights to which such claim or interest entitles the holder of such claim or interest; or

2) notwithstanding any contractual provision or applicable law that entitles the holder of such claim or interest to demand or receive accelerated payment of such claim or interest after the occurrence of a default.

    a. cures any such default that occurred before or after the commencement of the case under this title, other than a default of a kind specified in section 365(b)(2) of this title;

    b. reinstates the maturity of such claim or interest as such maturity existed before such default;

    c. compensated the holder of such claim or interest for any damages incurred as a result of any reasonable reliance by such holder on such contractual provision or such applicable law; and

    d. does not otherwise alter the legal, equitable, or contractual rights to which such claim or interest entitles the holder of such claim or interest.

## ARTICLE IV
## PAYMENT TO PRIORITIES UNDER SECTION 507(a)(8) OF THE CODE

All unsecured priority governmental claims pursuant to Section 507(a)(8) of the Code, not previously classified, as the same are allowed, and any priority portion of any debt to a governmental unit as they are approved and ordered to be paid by the Court, will receive payment in full of their allowed claim and/or the agreed amount plus prevailing prime rate interest as of Confirmation Date, over a period ending no later than five (5) years after the date

*LUCENA DAIRY INC*
*Case No. 23-02835 (EAG)*
*Disclosure Statement*

of the order for relief or as agreed by the parties. The Bar Date to file a Proof of Claim for

governmental entities expires on March 11, 2024.

## ARTICLE V
## LEASES AND EXECUTORY CONTRACTS

Contracts to which Debtor is a party were listed on Debtor's schedules (Schedule "G").

A detail of the executory contracts listed by Debtor are:

- Auditor/ Accounting Services Agreement with CPA Elisamuel Rivera Rivera CSP. This contract is to be assumed.

- Land Lease with Gilberto Dorta Soberal. This contract is to be assumed.

- Financial Consulting Services with Jorge Dulzaides. This contract is to be assumed.

- Land Lease Agreements with Jorge Lucena Betancourt. These contracts are to be assumed.

- Finance of Insurance Policy with Progressive Finances. This contract is to be assumed.

- General Account with Top Consulting Group. This contract is to be assumed.

- Dairy Purchase Agreement with Vaqueria Tres Monjitas, Inc. This contract is to be assumed.

Assumption of Designated Executory Contracts and Unexpired Leases.

Pursuant to Sections 1123 (b)(2) and 365 (a) of the Bankruptcy Code, the entry of the

Confirmation Order by the Bankruptcy Court shall constitute approval of the assumption, as of

the Effective Date, of each executory contract or unexpired lease to which the Debtor is a party

including but not limited to those for which a motion to assume is pending at the time of the

Confirmation Date. Unless otherwise provided in a pending motion to assume, on the Effective

Date or as promptly as possible thereafter or as per agreement, the Debtor shall cure any

*LUCENA DAIRY INC*
*Case No. 23-02835 (EAG)*
*Disclosure Statement*

defaults under such assumed executory contracts or unexpired leases, or negotiate with such creditor the terms of such assumption, to the extent required by Section 365 of the Bankruptcy Code. To the extent the Debtor has rights of setoff against any of the parties to these leases and/or executory contracts, the Debtor reserves the right to cure any defaults under such leases and contracts by exercising this right of setoff.

Rejection of Executory Contracts and Unexpired Leases.

Pursuant to Sections 1123 (b)(2) and 365 (a) of the Bankruptcy Code, the entry of the Confirmation Order by the Bankruptcy Court shall constitute approval of the rejection, as of the Effective Date, of each executory contract and/or unexpired lease **to which the Debtor has not expressed its intent to assume in this Disclosure Statement**, or by a filed a motion to assume such lease or contract.

Executory Contracts and Unexpired Leases Which Were Assumed or Rejected to Date. Any executory contract or unexpired lease (other than insurance policies) which (i) has not expired by its own terms on or prior to the Confirmation Date, (ii) has not been assumed or rejected by the Debtor with the approval of the Bankruptcy Court on or prior to the Confirmation Date, (iii) is not subject of a motion to assume or reject which is pending at the time of the Confirmation Date, or (iv) is not designated in the Disclosure Statement, as an executory contract or unexpired lease to be assumed at the time of confirmation of this Plan, shall be deemed rejected and the entry of the Confirmation Order by the Bankruptcy Court shall constitute approval of such rejection pursuant to Sections 365(a) and 1123(b)(2) of the Bankruptcy Code.

Rejection Damage Claims. If the rejection of an executory contract or unexpired lease by the Debtor results in a claim for damages to the other party or parties to such contract or lease, any claim for such damages, if not hereto evidenced by a filed proof of claim, shall be forever barred and shall not be enforceable against the Debtor's Estate, or its respective

*LUCENA DAIRY INC*
*Case No. 23-02835 (EAG)*
*Disclosure Statement*

properties or agents, successors or assigns, unless a proof of claim is filed with the Bankruptcy Court and served upon counsel for the Debtor on or before the earlier of, 30 days after the entry of the Order approving the rejection of the contract or unexpired lease, if such rejection is granted before Confirmation Date, or 30 days after Confirmation Date if the Confirmation Order constitutes approval of the rejection. Unless otherwise ordered by the Court or provided in the Plan, all such Allowed Claims for which proofs of claim are timely filed will be treated under *Class 9* subject to the provisions of the Plan and to Section 502(b)(6) of the Bankruptcy Code, to the extent applicable. The Debtor shall have the right to object to any such rejection damage claims filed in accordance with this Section.

<u>Post-Petition Agreements Unaffected By Plan</u>.

Except as otherwise provided herein, nothing contained in the Plan shall alter, amend or supersede any agreements or contracts entered into by the Debtor after the Petition Date that were otherwise valid, effective and enforceable against the Debtor as of the Confirmation Date.

## ARTICLE VI
## PROOF OF CLAIMS NOT FILED

The Plan provides that where a proof of claim has not been filed, the Allowed Claim shall be in the amount appearing in the Schedules filed by the Debtor, provided however, that the scheduled amount is not shown as *unliquidated, contingent or disputed*, in which case no amount will be allowed. The Debtor has notified such creditors of the timely need to file a proof of claim. <u>See</u> Docket No. 5.

## ARTICLE VII
## OBJECTIONS TO CLAIMS

The Debtor, at the option of the Debtor or upon order of the Bankruptcy Court, if requested, may file an objection to any claim as to its validity or amount prior to the Confirmation hearing. If an objection is made, payment to such claimants will be made only

*LUCENA DAIRY INC*
*Case No. 23-02835 (EAG)*
*Disclosure Statement*

after the entry of a final order by the Court allowing such claim and in accordance with the provisions of the Plan governing the class to which such claim belongs.

## ARTICLE VIII
## CONDITIONS PRECEDENT TO CONSUMMATION

Before the consummation of the Consolidated Plan takes place, the Confirmation Order should be a final order. Once the Consolidated Plan is confirmed by a final order, the provisions of the Plan will be the new contract between the parties, even in case of default thereafter. In the event that the Plan is not confirmed and its conditions are not satisfied, this Plan shall be null and void and the rights of all holders of claims and interests, and of the Debtor, shall be restored as of the date immediately preceding the Confirmation Date.

## ARTICLE IX
## NON-ACCEPTANCE OF THE PLAN
## (CRAMDOWN)

If all applicable requirements of 11 U.S.C. §1129(a), other than subsection (a)(8), are met with respect to the Plan, the Debtor hereby requests that the Court confirms this Plan, notwithstanding the requirements of said section, under the provisions of 11 U.S.C. §1129(b). as long as the Plan does not discriminate unfairly and is fair and equitable *with respect to each class of claims or interest,* as provided by the Bankruptcy Code, *that is impaired* and *has not accepted the Plan,* pursuant to the requirements of such section.

## ARTICLE X
## MEANS OF EXECUTION OF THE PLAN
## AND MANAGEMENT OF DEBTOR

Upon confirmation of the Consolidated Plan of Reorganization and on the Effective Date of the Plan, a new Board of Directors will be confirmed, which will consist of Jorge Lucena Betancourt (President & Treasurer), Myrna Perez Reyes (Secretary) and Jorge Lucena Perez as Vice-president and new shareholder. The post confirmation management will contribute their experience and personal guarantees, if necessary, for any post-petition needs

*LUCENA DAIRY INC*
*Case No. 23-02835 (EAG)*
*Disclosure Statement*

for the Debtor. Current officers and shareholders of the Debtor, i.e., Mr. Lucena Betancourt

and Ms. Perez, are not receiving any salary from the operations while in reorganization and

will not receive any salary from the operations of the Debtor thereafter. The new shareholders

of the corporation will be Jorge Lucena Betancourt, Myrna Perez Reyes and Jorge Lucena

Perez, who will be the only member of the Board who will receive compensation for the

services provided to Debtor's business, as an employee, but not as a shareholder of the Debtor

or board member. The Consolidated Plan will be funded with the income generated from its

operation, the potential sale of assets not necessary for the reorganization of the new Debtor,

shareholders' contribution of at least $1M from the sale of certain real estate in Aguadilla, PR

and a potential post-petition exit financing.

## ARTICLE XI
## PROVISIONS FOR THE MODIFICATION OF THE PLAN

The Debtor may propose amendments of modification of the Plan at any time prior to

its confirmation, upon notice to creditors and parties in interest. After confirmation of the Plan,

the Debtor may, with the approval of the Court and as long as it does not adversely affect the

interests of the creditors, remedy any defect or omission, in such manners as may be necessary

to carry out the purposes and effects of the same. If by any chance the Plan of Reorganization

is to be amended, the creditors shall have a reasonable opportunity to review it with enough

time prior to any hearing on confirmation.

## ARTICLE XII
## CLOSING THE CASE

At such time as the case has been substantially consummated, this case shall be closed.

In order for the case to be closed, the Debtors shall file an application for final decree showing

that the case has been fully administered and the Plan has been substantially consummated.

The Court shall conduct a hearing upon application thereon and after notice to all creditors and

parties in interest. Thereafter, an order approving the Debtor's report and closing of the case shall be entered.

**ARTICLE XIII**
**RELEASE AND DISCHARGE OF CLAIMS**

<u>Discharge</u>. Except as otherwise expressly provided in the Plan or in Section 1141(d) of the Code, the distributions made pursuant to and in accordance with the applicable terms and conditions of the Plan of Reorganization are in full and final satisfaction, settlement, release and discharge as against the Debtor of any debt of the Debtor that arose before the Effective Date, and any debt of the Debtor of a kind specified in Section 502(g), 502(h), or 502 (i) of the Code, and all claims against the Debtor or its Estate of any nature, including, without limitation, any interest accrued thereon from and after the Petition Date, other than the interest proposed in Debtor's plan, whether or not (i) a proof of claim based on such debt, obligation or equity interest is filed or deemed filed under Section 501 of the Code, (ii) such Claim is Allowed under Section 502 of the Code, or (iii) the holder of such Claim has accepted the Plan.

<u>Injunction Relating to the Plan</u>. As of the Effective Date, all persons are hereby permanently enjoined from commencing or continuing, in any manner or in any place, any action or other proceeding, whether directly, indirectly, derivatively or otherwise against the Debtor and its Estate while payments under the Plan are pending, on account of, or respecting any claims, debts, rights, causes of action or liabilities discharged pursuant to the Confirmed Plan, except to the extent expressly permitted under the terms and conditions of the Plan or under any specific order entered by the Bankruptcy Court.

<u>Setoffs</u>. Except as otherwise provided in this Plan, nothing contained in this Plan shall constitute a waiver or release by the Estate or the Debtor of any rights of setoff the Estate may have against any person.  Furthermore, the Confirmed Plan shall enjoin any creditor from raising or prosecuting any set-off or recoupment right they may assert against the Debtor under

29

*LUCENA DAIRY INC*
*Case No. 23-02835 (EAG)*
*Disclosure Statement*

Section 553 of the Bankruptcy Code and/or state law, which was not raised prior to the Confirmation Order. Any set-off or recoupment right which may have been claimed or could have been claimed by any creditor shall be extinguished upon the confirmation of the Plan.

<u>Sale and or Transfer of Properties under the Plan.</u> The transfer of any property (real or personal) necessary for the implementation of Debtors' Consolidated Plan of Reorganization, including the sale and or transfer of Lot Nos. 979 and 4344 at Caimital Alto, Aguadilla Puerto Rico to the bankruptcy estate, and Lots Nos. 2107, 3939, 3926, 4101, and 4342 at Bo. Corcovado, Km. 1.7 Hatillo, Puerto Rico, and properties at Florida, Puerto Rico Lot Nos. 302, 305, 306, 307, 679, and2022, may not be taxed under any law imposing a stamp tax or similar tax, under the provisions of 11 U.S.C. 1146(a).

## ARTICLE XIV
## OTHER PROVISIONS

Confirmation of the Plan and the Confirmation Order will vest title of all property of the Estate in the Debtor and will constitute final settlement of payment to all creditors. All injunctions or stays provided for in the bankruptcy case at bar under Sections 105 and 362 of the Bankruptcy Code (11 U.S.C.), or otherwise, and in existence on the Confirmation Date shall remain in full force and effect until the Effective Date.

The provisions of this Plan shall bind all claims against Debtor of whatever nature, including any claim arising from the rejection of any executory contract, or any other action. Any holder of a claim or interest who fails to file an objection in writing to the provisions of the Plan, which is filed with the Court and served upon counsel for the Debtor, not later than the date set by the Court and prior to the hearing on the confirmation of the plan, shall be deemed to have accepted its classification and to be bound by the proposed Plan.

All actions taken by the Debtor with respect to any person shall not be construed to release, waive, discharge, compromise or in any other way satisfy any claim, except those

*LUCENA DAIRY INC*
*Case No. 23-02835 (EAG)*
*Disclosure Statement*

subject to any agreement between the parties. Upon completion compliance with the requirements for the confirmation of the Consolidated Plan and the order of confirmation, the Debtor and/or the claimant shall execute all corresponding documents and cooperate fully to reflect, release and/or reaffirm all the obligations herein provided.

There are possible risks under the proposed Consolidated Plan of Reorganization, considering the current economic conditions and market variations in the milk industry that have affected Puerto Rico. Some of these conditions may impact the Plan as proposed. The Plan shall become effective upon the Effective Date of the Plan, which is 30 days after the order confirming the plan becomes a final order and shall be the date on which there shall be made certain initial cash payments under the plan.

To the extent that any term of this Disclosure Statement varies from the terms of the Plan, the terms of the Plan of Reorganization shall govern.

**ARTICLE XV**
**RETENTION OF JURISDICTION**

The Bankruptcy Court shall retain jurisdiction over this case as is conferred upon it by law, rule or statute, or by the Plan, to enable the Debtors to substantially consummate any and all proceedings needed to implement its plan, which it may bring prior or after the entry of the order of confirmation. This jurisdiction includes all actions needed to carry out the provisions of the Plan and/ or any related matter thereto.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 6th day of February, 2024.

Jorge Lucena Betancourt
President

*LUCENA DAIRY INC*
*Case No. 23-02835 (EAG)*
*Disclosure Statement*

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the parties appearing in said system including the US Trustee and by the United States Postal Service to all those parties who have requested a copy and are not within the electronic notification service.

**C. CONDE & ASSOC.**
Attorney for the Debtor
San José Street #254, 5th Floor
San Juan, P.R. 00901-1253
Tel: (787) 729-2900
Fax: (787) 729-2203
E-mail: condecarmen@microjuris.com
*/S/ Carmen D. Conde Torres*
Carmen D. Conde Torres
USDC No.: 207312

Gobierno de Puerto Rico

# Departamento de Hacienda

### Planilla Informativa sobre Ingresos de Entidades Conducto
#### Confirmación de Radicación Electrónica

Rev. 02.22

Informative Income Tax Return Pass-Through Entity
Confirmation of Electronic Filing

| Período Contributivo - Taxable Year |
| :---: |
| **01/01/2021 - 31/12/2021** |

**EXHIBIT 1a**

**Nombre de la Entidad** ............................................
*Entity's Name*

> Lucena Dairy Inc

**Número de Identificación Patronal** ......................
*Employer Identification Number*

> 66-0546621

**Número de Confirmación de Planilla** ...................
*Confirmation Number of Return*

> X0684473856

**Fecha y Hora de Radicación** ...............................
*Date and Time of Filing*

> 07/03/2023 1:06:10 PM

**Total Formularios 480.6 EC** ................................
*Total Forms 480.60 EC*

> 1

**Esta planilla requiere que se sometan evidencias**   Sí / Yes ☐
*This return requires to submit evidences*   No ☒

La evidencia deberá ser radicada *únicamente* de forma electrónica a través del Sistema Unificado de Rentas Internas (SURI) accediendo: ***https://suri.hacienda.pr.gov***. Para la radicación de evidencia deberá ingresar el número de confirmación de planilla aquí provisto.

*The evidence must be filed only electronically through the Internal Revenue Integrated System (SURI, for its Spanish acronym) available at: https://suri.hacienda.pr.gov. For the filing of evidence you must enter the return confirmation number herein provided.*

Formulario 480.2(EC) Rev. 08.21

**GOBIERNO DE PUERTO RICO**
**DEPARTAMENTO DE HACIENDA**

**2021** / **2021**

**PLANILLA INFORMATIVA SOBRE INGRESOS**
**DE ENTIDADES CONDUCTO**

Número de Serie

| Revisor: | Liquidador: |
|---|---|

Investigado Por:

Fecha ___/___/___

R M N

1 ☐ SOCIEDAD 2 ☒ SOCIEDAD ESPECIAL 3 ☐ CORPORACIÓN DE INDIVIDUOS

AÑO CONTRIBUTIVO COMENZADO EL

01 de ene. de 2021 Y TERMINADO EL 31 de dic. de 20 21

☒ PLANILLA ENMENDADA

AÑO CONTRIBUTIVO: 1 ☒ NATURAL 2 ☐ ECONÓMICO
3 ☐ 52-53 SEMANAS: Año contributivo comenzado el ___ y terminado el ___
4 ☐ PERÍODO CORTO: Comenzó el ___ y terminado el ___

Sello de Recibido

Nombre de la Entidad: **Lucena Dairy Inc**

Dirección Postal **PO BOX 69001 PMB 101**

**Hatillo PR** **00659-6901** Código Postal

Localización de la Industria o Negocio Principal - Número, Calle, Pueblo
**Carr 635 Bo Dominguito**
**Arecibo PR 00612**

Número de Identificación Patronal **66-0546621**

Clave Industrial **1121** / Cod. Municipal **05**

Número de Teléfono - Extensión **(787) 898 - 8078**

Naturaleza de la Industria o Negocio Principal **Vaqueria**

Código NAICS **11212**

Número de Registro de Comerciante **00592500010**

Lugar de creación o incorporación **Domestica**

Fecha de creación o incorporación Día **22** / Mes **02** / Año **1997**

Fecha de opción para operar como Sociedad Especial o Corporación de Individuos: Día **15** / Mes **04** / Año **2015**

Número de Recibo: ___

Marque el encasillado correspondiente, si aplica: 1 ☐ Primera planilla 2 ☐ Última planilla 3 ☐ Cambio en período (Véanse inst.)

Importe: ___

☐ Marque aquí si es un Fondo de Capital Privado (Véanse instrucciones)
☐ Marque aquí si esta es la primera planilla que rinde como sociedad (Ver inst.)
☐ Marque aquí si es miembro de un grupo de entidades relacionadas. Número de Grupo

Total Formularios 480.6 EC **1**

☐ Marque aquí si se acogió a la contribución opcional de la Sección 1071.10 o 1115.11 del Código (Someta Anejo BB Entidad Conducto)

☐ Gran Contribuyente (Véanse inst.)

**Parte I — Tipo de Exención**

| | SÍ | NO |
|---|---|---|
| 1. ¿Tiene la entidad algún decreto de exención? Si contestó "Sí", indique bajo cuál ley **Ley 60-2019** | | X |
| 2. Si la entidad tiene un decreto de exención, ¿optó porque la exención no le aplique para este año? | | X |
| 3. ¿Es la entidad accionista de otra entidad que tenga vigente un decreto de exención? (Si es más de una entidad someta detalle) | | X |

Indique: Nombre de la entidad ___ Número de identificación patronal ___

**Parte II — Partidas Distribuibles por Categoría**

| | | Cantidad | Contribución Retenida |
|---|---|---|---|
| 1. Ganancia (o pérdida) neta en la venta o permuta de activos de capital a largo plazo (Anejo D Entidad Conducto) | (1) | 0 00 | |
| 2. Ganancia (o pérdida) neta en la venta o permuta de activos de capital a corto plazo (Anejo D Entidad Conducto) | (2) | 0 00 | |
| 3. Ganancia (o pérdida) neta en la venta o permuta de sustancialmente todos los activos dedicados a una actividad bajo la Ley 78-1993 (Anejo D Entidad Conducto) | (3) | 0 00 | |
| 4. Ganancia (o pérdida) neta en la venta o permuta de propiedad utilizada en el negocio (Anejo D Entidad Conducto) | (4) | 0 00 | |
| 5. Ingreso neto (o pérdida) de la industria o negocio de la entidad (Parte XII, líneas 5 y 6, según aplique) (Véanse inst.) | (5) | 0 00 | |
| (a) Porción del ingreso neto atribuible a los servicios prestados a los socios o accionistas | (5a) | 0 00 | |
| (b) Ingreso neto (o pérdida) remanente (Línea 5 menos línea 5(a)) | (5b) | 0 00 | |
| 6. Ingreso neto (o pérdida) sobre ingresos parcialmente exentos (Anejo L Entidad Conducto, Parte I, línea 5) (Véanse inst.) | (6) | 0 00 | |
| 7. Ingreso neto (o pérdida) sobre ingresos sujetos a tasa preferencial (Parte XII, línea 3) (Véanse instrucciones) | (7) | 30,263 00 | |
| 8. Distribución elegible de dividendos de corporaciones a 15% (Véanse instrucciones) | (8) | 0 00 | |
| 9. Distribuciones de dividendos sujetas a retención a ___ 0 % (Véanse instrucciones) | (9) | 0 00 | |
| 10. Ingreso de intereses sobre depósitos en instituciones financieras sujetos a retención (Véanse instrucciones) | (10) | 0 00 | |
| 11. Ingreso de intereses sobre depósitos en instituciones financieras no sujetos a retención (Véanse instrucciones) | (11) | 0 00 | |
| 12. Otros intereses sujetos a retención a la tasa de 10% (Véanse instrucciones) | (12) | 0 00 | |
| 13. Otros intereses sujetos a retención a ___ 0 % (Véanse instrucciones) | (13) | 0 00 | |
| 14. Participación distribuible en la ganancia de una sociedad o sociedad especial poseída por la entidad (Véanse inst.) | (14) | 0 00 | |
| 15. Participación distribuible en la pérdida de una sociedad o sociedad especial poseída por la entidad (Véanse inst.) | (15) | 0 00 | |
| 16. Otros (Someta detalle) | (16) | 0 00 | |
| 17. Total de ingreso neto (o pérdida) de las partidas distribuibles por categoría (Sume líneas 1 a la 16) | (17) | 30,263 00 | |
| 18. Ingresos exentos (Someta Anejo IE Entidad Conducto) | (18) | 227,501 00 | |
| 19. Ingresos sujetos a contribución básica alterna (Someta Anejo IE Entidad Conducto) | (19) | 0 00 | |
| 20. Ajuste por deducciones no admisibles para contribución básica alterna o contribución alternativa mínima (Véanse inst.) | (20) | 0 00 | |
| 21. Otros ajustes para propósitos de la contribución básica alterna (Véanse instrucciones) | (21) | 0 00 | |
| 22. Otros ajustes para propósitos de la contribución alternativa mínima (Véanse instrucciones) | (22) | 0 00 | |
| 23. Donativos (Aplica solo a sociedades) (Véanse instrucciones) | (23) | 0 00 | |
| 24. Volumen de negocios (Véanse instrucciones) | (24) | 1,541,894 00 | |
| 25. Ingreso bruto de entidad conducto (Véanse instrucciones) | (25) | 0 00 | |
| (a) Ingreso bruto relacionado a la prestación de servicios | (25a) | 0 00 | |
| 26. Ingreso bruto de entidades conducto subsidiarias (Véanse instrucciones) | (26) | 0 00 | |
| (a) Ingreso bruto relacionado a la prestación de servicios | (26a) | 0 00 | |
| 27. Contribución opcional (Sección 1071.10 o 1115.11 del Código) (Véanse instrucciones) | (27) | 0 00 | 0 00 |

**JURAMENTO**

Yo, **Jorge Lucena**, socio gestor u oficial principal de la entidad a nombre de la cual se hace esta Planilla Informativa sobre Ingresos de Entidades Conducto, bajo el más solemne juramento y so pena de perjurio, declaro que he examinado la misma (incluyendo anejos y estados que la acompañan), y que según mi mejor conocimiento es una planilla informativa exacta, correcta y completa, hecha de buena fe, de acuerdo con el Código de Rentas Internas de Puerto Rico de 2011, según enmendado, y su Reglamento.

Firma del socio gestor u oficial principal ___

**Para Uso del Especialista Solamente**

Declaro bajo penalidad de perjurio que he examinado esta planilla (incluyendo los anejos y estados adjuntos), y a mi mejor conocimiento y creencia, los datos en la misma son ciertos, correctos y constituyen en conjunto una planilla exacta y completa. La declaración de la persona que prepara esta planilla es con relación a la información recibida y ésta puede ser verificada.

Nombre del Especialista (Letra de Molde) **Elisamuel Rivera Rivera**

Núm. de Registro **0006252**

Nombre de la Firma **CPA Elisamuel Rivera Rivera CSP**

Firma del Especialista ___ Fecha ___

☐ Marque si es especialista por cuenta propia

Dirección **PO Box 1643 San Sebastian PR**

Código postal **00685**

NOTA AL CONTRIBUYENTE: Indique si hizo pagos para la preparación de su planilla: ___ No ☐ Si contestó "Sí", exija la firma y el número de registro del especialista.

Período de Conservación: Diez (10) años

NUMERO DE CONFIRMACION: X0584473856

Reproducido por CEGsoft (www.cegsoft.com)

Detalle 1

GOBIERNO DE PUERTO RICO
DETALLE ADJUNTO AL FORMULARIO 480.2
PLANILLA DE CONTRIBUCIÓN SOBRE INGRESOS DE CORPORACIONES

Año contributivo comenzado el _01_ de ___ene.___ de _2021_ y terminado el _31_ de ___dic.___ de _2021_

NOMBRE DEL CONTRIBUYENTE: _Lucena Dairy Inc_

NÚMERO DE IDENTIFICACIÓN PATRONAL: _66-0546621_

1. Ennegrezca la parte de la planilla para la cual completa este Detalle:

  1. ⊗ Planilla Enmendada - Página 1 de la planilla



| RAZÓN PARA LA ENMIENDA DE LA PLANILLA |
|---|
| Diferencias encontradas cuando se prepararon los Estados Financieros. |

Reproducido por CEGsoft (www.cegsoft.com)

Formulario 480.2(EC) Rev. 08.21    Lucena Dairy Inc    66-0546621    Entidades Conducto - Página 2

| Parte III | Socios o Accionistas Extranjeros No Residentes | | Cantidad | Contribución Retenida |
|---|---|---|---|---|
| 1. Participación distribuible en ingreso neto de la sociedad especial o corporación de individuos ........ (1) | | | 0 00 | 0 00 |

### Parte IV — Créditos (Véanse instrucciones)

**A. CRÉDITOS SUJETOS A LA LIMITACIÓN PROVISTA POR LA SECCIÓN 1051.13 DEL CÓDIGO**

1. Crédito atribuible a pérdidas por inversión en el Fondo de Capital de Inversión, de Turismo u otros fondos o directamente (Anejos Q y Q1) .. (1) — 0 00
2. Crédito por inversión en infraestructura de vivienda (Ley 98-2001, según enmendada) (Véanse instrucciones) ...................... (2) — 0 00
3. Crédito por inversión en la adquisición, construcción o rehabilitación de vivienda asequible para alquiler a las personas de edad avanzada (Capitulo 2 de la Ley 140-2001, según enmendada) (Véanse instrucciones) .................................. (3) — 0 00
4. Crédito por inversión en construcción en centros urbanos (Ley 212-2002, según enmendada) (Véanse instrucciones) .................. (4) — 0 00
5. Crédito por constitución de servidumbres de conservación elegibles o donación de terrenos elegibles (Ley 183-2001, según enmendada) (Véanse instrucciones) ...................................... (5) — 0 00
6. Crédito por la compra de créditos contributivos (Complete Parte VI) (Véanse instrucciones) ...................... (6) — 0 00
7. Otros créditos sujetos a limitación no incluidos en las líneas anteriores (Someta detalle) ...................... (7) — 0 00

**B. CRÉDITOS NO SUJETOS A LA LIMITACIÓN PROVISTA POR LA SECCIÓN 1051.13 DEL CÓDIGO**

8. Crédito por retención en el origen sobre dividendos de Fomento Industrial (Ley Núm. 8 de 1987) .................... (8) — 0 00
9. Crédito por inversión en desarrollo industria fílmica (Ley 27-2011): ☐ 1 Proyecto Fílmico o ☐ 2 Proyecto Infraestructura (Véanse instrucciones) ...................................... (9) — 0 00
10. Crédito por compra o transmisión de programación televisiva realizada en P.R. (Sección 1051.14) (Véanse instrucciones) .......... (10) — 0 00
11. Crédito por donativos a fundaciones de ex gobernadores (Véanse instrucciones) ...................... (11) — 0 00
12. Crédito por donativos al: ☐ 1 Patronato del Palacio de Santa Catalina ☐ 2 Patronato del Capitolio Estatal de la Asamblea Legislativa (Véanse instrucciones) ...................................... (12) — 0 00
13. Crédito por inversión (Sección 6 de la Ley 73-2008) ...................... (13) — 0 00
14. Crédito por inversión en zonas de oportunidad (Ley 60-2019) ...................... (14) — 0 00
15. Crédito por la compra de créditos contributivos (Complete Parte VI) (Véanse instrucciones) ...................... (15) — 0 00
16. Otros créditos no sujetos a limitación no incluidos en las líneas anteriores (Someta detalle) ...................... (16) — 0 00

### Parte V — Contribuciones Pagadas a Países Extranjeros y los Estados Unidos, sus Estados, Territorios y Posesiones

| | País Extranjero, Estado, Territorio o Posesión de los Estados Unidos | | | Estados Unidos | Total |
|---|---|---|---|---|---|
| Nombre del país, estado, territorio o posesión | A | B | C | | |
| 1. Ingreso neto de fuentes del país, estado, territorio o posesión.. (1) | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 |
| 2. Contribución pagada durante el año ...................... (2) | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 |

### Parte VI — Detalle de Compra de Créditos Contributivos (Véanse instrucciones)

Marque el bloque correspondiente a la ley (o leyes) bajo la cual adquirió el crédito e indique la cantidad del mismo:

**A. CRÉDITOS SUJETOS A LA LIMITACIÓN PROVISTA POR LA SECCIÓN 1051.13 DEL CÓDIGO**

1. ☐ Desperdicios Sólidos (Ley 159-2011) ...................... (1) — 0 00
2. ☐ Fondo de Capital de Inversión (Ley 46-2000) ...................... (2) — 0 00
3. ☐ Infraestructura de Vivienda (Ley 98-2001) ...................... (3) — 0 00
4. ☐ Construcción o Rehabilitación de Vivienda para Alquiler a Familias de Ingresos Bajos o Moderados o Inversión en la Adquisición, Construcción o Rehabilitación de Vivienda Asequible para Alquiler a las Personas de Edad Avanzada (Ley 140-2001, según enmendada) ...................... (4) — 0 00
5. ☐ Servidumbre de Conservación (Ley 183-2001) ...................... (5) — 0 00
6. ☐ Revitalización de los Centros Urbanos (Ley 212-2002) ...................... (6) — 0 00
7. ☐ Otro: ...................... (7) — 0 00
8. Total crédito por la compra de créditos contributivos sujetos a limitación (Traslade a la Parte IV, línea 6) ...................... (8) — 0 00

**B. CRÉDITOS NO SUJETOS A LA LIMITACIÓN PROVISTA POR LA SECCIÓN 1051.13 DEL CÓDIGO**

9. ☐ Desarrollo Turístico (Ley 78-1993 y Ley 74-2010) ...................... (9) — 0 00
10. ☐ Inversión Elegible Turística (Ley 60-2019) ...................... (10) — 0 00
11. ☐ Desarrollo Industria Fílmica (Ley 27-2011) ...................... (11) — 0 00
12. ☐ Industrias Creativas (Ley 60-2019) ...................... (12) — 0 00
13. ☐ Incentivos Económicos (Investigación y Desarrollo) (Sección 5(c) de la Ley 73-2008) ...................... (13) — 0 00
14. ☐ Incentivos Económicos (Inversión Industrial) (Sección 6 de la Ley 73-2008) ...................... (14) — 0 00
15. ☐ Incentivos Energía Verde (Investigación y Desarrollo) (Ley 83-2010) ...................... (15) — 0 00
16. ☐ Inversión en Investigación y Desarrollo (Ley 60-2019) ...................... (16) — 0 00
17. ☐ Zonas de Oportunidad (Ley 60-2019) ...................... (17) — 0 00
18. ☐ Otro: ...................... (18) — 0 00
19. Total crédito por la compra de créditos contributivos no sujetos a limitación (Traslade a la Parte IV, línea 15) ...................... (19) — 0 00

### Parte VII — Cómputo de la Contribución sobre la Ganancia Implícita

1. Responsabilidad contributiva (Anejo GI Entidad Conducto, Parte IV, línea 14) ...................... (1) — 0 00
2. Menos cantidad pagada:
   (a) Prórroga automática o planilla original ...................... (2a) — 0 00
   (b) Contribución estimada y retenida en el origen (Véanse instrucciones) ...................... (2b) — 0 00
   (c) Con la planilla ...................... (2c) — 0 00
   (d) Total (Sume líneas 2(a) a la 2(c)) ...................... (2d) — 0 00
3. Balance pendiente de pago (Línea 1 menos línea 2(d)). Si la línea 2(d) es mayor que la línea 1, anote la diferencia en la línea 4) ...................... (3) — 0 00
4. Contribución pagada en exceso (Línea 1 menos línea 2(d)) ...................... (4) — 0 00

Período de Conservación: Diez (10) años

Formulario 480.2(EC)  Rev. 08.21  Lucena Dairy Inc                                    66-0546621                        Entidades Conducto - Página 3

**Parte VIII** | Determinación del Ingreso Bruto de Operaciones

**A. Ingreso de venta de bienes o productos y por construcción de obras**

| | | | |
|---|---|---|---|
| 1. Ventas netas de bienes o productos e ingresos por construcción de obras (Véanse instrucciones) | (1) | 0 | 00 |
| 2. Menos: Costos de ventas o costos directos de producción (De la Parte X, línea 7) | (2) | 0 | 00 |
| 3. Ganancia (o pérdida) bruta de la venta de bienes o productos (Línea 1 menos línea 2) | | | |
| (Porcentaje margen de ganancia bruta: 2020 ____ 0 % 2021 ____ 0 %. Véanse instrucciones) | (3) | 0 | 00 |

**B. Ingreso de manufactura**

| | | | |
|---|---|---|---|
| 4. Ingresos | (4) | 0 | 00 |
| 5. Menos: Costos de ventas o costos directos de producción (De la Parte X, línea 7) | (5) | 0 | 00 |
| 6. Ganancia (o pérdida) bruta de manufactura (Línea 4 menos línea 5) | | | |
| (Porcentaje margen de ganancia bruta: 2020 ____ 0 % 2021 ____ 0 %. Véanse instrucciones) | (6) | 0 | 00 |

**C. Ingreso de servicios**

| | | | |
|---|---|---|---|
| 7. Ingreso bruto generado en la venta de servicios: (a) Prestados directamente por la entidad $_____ 0 y (b) Devengado a través de sociedades especiales y sociedades $_____ 0 | (7) | 0 | 00 |

**D. Otros ingresos**

| | | | |
|---|---|---|---|
| 8. Ganancia neta (o pérdida) de propiedad utilizada en el negocio y que no sea activo de capital (Anejo D Entidad Conducto, Parte IV, línea 14) | (8) | 0 | 00 |
| 9. Ganancia neta (o pérdida) de propiedad utilizada en el negocio que tributa como ganancia de capital a largo plazo (Anejo D Entidad Conducto, Parte V, línea 15) | (9) | 0 | 00 |
| 10. Renta | (10) | 0 | 00 |
| 11. Intereses: (a) Sujetos a la tasa preferencial de 10% _____ 0 (b) Otros _____ 0 | (11) | 0 | 00 |
| 12. Dividendos de corporaciones: (a) Domésticas _____ 0 (b) Extranjeras _____ 0 | (12) | 0 | 00 |
| 13. Participación distribuible en el ingreso neto de sociedades y sociedades especiales (Anejo R Entidad Conducto) | (13) | 0 | 00 |
| 14. Ingreso neto derivado de las operaciones de una entidad financiera internacional que opera como una unidad de un banco | (14) | 0 | 00 |
| 15. Fletes y pasajes | (15) | 0 | 00 |
| 16. Regalías | (16) | 0 | 00 |
| 17. Condonación de deudas (Someta Formulario 480.6A) | (17) | 0 | 00 |
| 18. Espectáculos públicos | (18) | 0 | 00 |
| 19. Otros pagos reportados en un Formulario 480.6A o 480.6B | (19) | 0 | 00 |
| 20. Ingresos misceláneos (Someta detalle) | (20) | 0 | 00 |
| 21. **Total de ingresos** (Sume líneas 3 y 6 a la 20) | (21) | 0 | 00 |
| 22. **Menos:** Cantidad exenta bajo Ley 135-2014 (Véanse instrucciones) (Ingreso de servicios $_____ 0 | (22) | 0 | 00 |
| 23. Total de ingreso bruto de operaciones (Línea 21 menos línea 22) | (23) | 0 | 00 |

**Parte IX** | Deducciones

| | | Contribución Regular | | Contribución Básica Alterna o Alternativa Mínima | |
|---|---|---|---|---|---|
| **A. Partidas que deben ser reportadas en declaraciones informativas:** | | | | | |
| 1. Compensación a directores (Véanse instrucciones Parte XIV) | (1) | 0 | 00 | 0 | 00 |
| 2. Compensación a oficiales (Véanse instrucciones Parte XV) | (2) | 0 | 00 | 0 | 00 |
| 3. Salarios, comisiones y bonificaciones a empleados (Véanse instrucciones) | (3) | 0 | 00 | 0 | 00 |
| 4. Salarios pagados a jóvenes universitarios (Total $_____ 0) Programa de Pasantías del Departamento de Hacienda (Total $_____ 0) (Véanse instrucciones) | (4) | 0 | 00 | 0 | 00 |
| 5. Pagos por servicios prestados en Puerto Rico (Véanse instrucciones) | (5) | 0 | 00 | 0 | 00 |
| 6. Pagos por servicios prestados fuera de Puerto Rico (Véanse instrucciones) | (6) | 0 | 00 | 0 | 00 |
| 7. Servicios subcontratados | (7) | 0 | 00 | 0 | 00 |
| 8. Alquiler, renta y cánones pagados (Véanse instrucciones) (Mueble $_____ 0) (Inmueble $_____ 0) | (8) | 0 | 00 | 0 | 00 |
| 9. Primas de seguro (Excepto aportaciones a planes de salud o accidentes) (Véanse instrucciones) | (9) | 0 | 00 | 0 | 00 |
| 10. Servicios de telecomunicaciones | (10) | 0 | 00 | 0 | 00 |
| 11. Servicios de internet y televisión por cable o satélite (Véanse instrucciones) | (11) | 0 | 00 | 0 | 00 |
| 12. Servicios combinados ("Bundles") (Véanse instrucciones) | (12) | 0 | 00 | 0 | 00 |
| 13. Anuncios | (13) | 0 | 00 | 0 | 00 |
| 14. Regalías | (14) | 0 | 00 | 0 | 00 |
| 15. Pagos por herramientas virtuales y tecnológicas y otras suscripciones | (15) | 0 | 00 | 0 | 00 |
| 16. Cuotas de colegiación y membresías de asociaciones o uniones profesionales pagadas a beneficio del empleado | (16) | 0 | 00 | 0 | 00 |
| 17. Cuotas de mantenimiento pagadas a asociaciones de residentes o condómines | (17) | 0 | 00 | 0 | 00 |
| 18. Pagos por indemnización judicial o extrajudicial | (18) | 0 | 00 | 0 | 00 |
| 19. Ciertos otros gastos (Véanse instrucciones) | (19) | 0 | 00 | 0 | 00 |
| 20. **Subtotal** (Sume líneas 1 a la 19) | (20) | 0 | 00 | 0 | 00 |
| **B. Partidas no reportadas en declaraciones informativas:** | | | | | |
| 21. Intereses sobre deudas de negocio: Hipotecarios $_____ 0 Arrendamiento automóviles $_____ 0 y Otros $_____ 0 | (21) | 0 | 00 | 0 | 00 |
| 22. Contribuciones, patentes y licencias: | | | | | |
| (a) Contribución sobre la propiedad (Mueble $_____ 0) (Inmueble $_____ 0) | (22a) | 0 | 00 | 0 | 00 |
| (b) Otras contribuciones: Patentes $_____ 0 Licencias $_____ 0 y Otros $_____ 0 | (22b) | 0 | 00 | 0 | 00 |
| (c) Póliza del Fondo del Seguro del Estado | (22c) | 0 | 00 | 0 | 00 |
| (d) Impuesto sobre ventas y uso | (22d) | 0 | 00 | 0 | 00 |
| (e) Aportación especial por servicios profesionales y consultivos bajo la Ley 48-2013, según enmendada | (22e) | 0 | 00 | 0 | 00 |
| 23. Depreciación y amortización (Someta Anejo E Núm. ____ 0) | (23) | 0 | 00 | 0 | 00 |
| 24. Depreciación para negocios con volumen menor o igual a $3,000,000 (Someta Anejo E1 Núm. ____ 0) | (24) | 0 | 00 | 0 | 00 |
| 25. Energía eléctrica | (25) | 0 | 00 | 0 | 00 |
| 26. Agua y alcantarillado | (26) | 0 | 00 | 0 | 00 |
| 27. Aportaciones a planes de salud o accidentes | (27) | 0 | 00 | 0 | 00 |
| 28. Seguro social federal (FICA) | (28) | 0 | 00 | 0 | 00 |
| 29. Seguro de desempleo | (29) | 0 | 00 | 0 | 00 |
| 30. Aportación a planes de pensiones cualificados (Véanse instrucciones. Someta Modelo SC 6042) | (30) | 0 | 00 | 0 | 00 |
| 31. Deducción a patronos que emplean personas impedidas (Véanse instrucciones) | (31) | 0 | 00 | 0 | 00 |
| 32. **Subtotal** (Sume líneas 21 a la 31) | (32) | 0 | 00 | 0 | 00 |

Período de Conservación: Diez (10) años

Formulario 480.2(EC) Rev. 08.21 Lucena Dairy Inc 66-0546621 Entidades Conducto - Página 4

## Parte IX — Deducciones (Continuación)

**C. Otras deducciones: Indique si incluye con esta planilla (Véanse instrucciones):** ⚪ 1 Estado Financiero Auditado ⚪ 2 Informe de Procedimientos Previamente Acordados ("AUP") Número de Estampilla del Colegio de CPA de Puerto Rico _____ ⚪ 3 Formulario de verificación de diligencia debida ("DDC") Núm. Agente Acreditado Especialista _____

| | | Contribución Regular | | Contribución Básica Alterna o Alternativa Mínima | |
|---|---|---|---|---|---|
| 33. Gastos de automóviles (Millaje _____ 0 ) (Véanse instrucciones) | AUP⚪ DDC⚪ (33) | 0 | 00 | 0 | 00 |
| 34. Gastos de otros vehículos de motor (Véanse instrucciones) | AUP⚪ DDC⚪ (34) | 0 | 00 | 0 | 00 |
| 35. Reparaciones y mantenimiento | AUP⚪ DDC⚪ (35) | 0 | 00 | 0 | 00 |
| 36. Gastos de viajes (Total de gastos $_____ 0 ) | AUP⚪ DDC⚪ (36) | 0 | 00 | 0 | 00 |
| 37. Gastos de comida y entretenimiento (Total de gastos $_____ 0 ) (Véanse instrucciones) | AUP⚪ DDC⚪ (37) | 0 | 00 | 0 | 00 |
| 38. Materiales y efectos de oficina | AUP⚪ DDC⚪ (38) | 0 | 00 | 0 | 00 |
| 39. Materiales utilizados directamente en la industria o negocio | AUP⚪ DDC⚪ (39) | 0 | 00 | 0 | 00 |
| 40. Sellos, comprobantes y aranceles | AUP⚪ DDC⚪ (40) | 0 | 00 | 0 | 00 |
| 41. Cargos de envío y franqueo | AUP⚪ DDC⚪ (41) | 0 | 00 | 0 | 00 |
| 42. Uniformes | AUP⚪ DDC⚪ (42) | 0 | 00 | 0 | 00 |
| 43. Estacionamientos y peaje | AUP⚪ DDC⚪ (43) | 0 | 00 | 0 | 00 |
| 44. Gastos de oficina | AUP⚪ DDC⚪ (44) | 0 | 00 | 0 | 00 |
| 45. Cargos bancarios | AUP⚪ DDC⚪ (45) | 0 | 00 | 0 | 00 |
| 46. Deudas incobrables | AUP⚪ DDC⚪ (46) | 0 | 00 | 0 | 00 |
| 47. Aportaciones a cuentas de aportación educativa para los beneficiarios de sus empleados (Véanse instrucciones) | AUP⚪ DDC⚪ (47) | 0 | 00 | 0 | 00 |
| 48. Gastos incurridos o pagados a accionistas, personas o entidades relacionadas fuera de Puerto Rico (Véanse instrucciones) (Total $_____ 0 ) | AUP⚪ DDC⚪ (48) | 0 | 00 | 0 | 00 |
| 49. Deducción por gastos incurridos o pagados a accionistas, personas o entidades relacionadas, totalmente deducibles (Véanse instrucciones) | AUP⚪ DDC⚪ (49) | 0 | 00 | 0 | 00 |
| 50. Pérdidas ocasionadas por fuego, huracán, otros siniestros o por robo (Véanse instrucciones) | AUP⚪ DDC⚪ (50) | 0 | 00 | 0 | 00 |
| 51. Cargos de administración | AUP⚪ DDC⚪ (51) | 0 | 00 | 0 | 00 |
| 52. Gastos en propiedades arrendadas a la Compañía de Fomento Industrial de Puerto Rico o almacén de la Compañía de Comercio y Exportación (Véanse instrucciones) | AUP⚪ DDC⚪ (52) | 0 | 00 | 0 | 00 |
| 53. Otras deducciones (Someta detalle) | AUP⚪ DDC⚪ (53) | 0 | 00 | 0 | 00 |
| 54. **Subtotal** (Sume líneas 33 a la 53) | (54) | 0 | 00 | 0 | 00 |
| 55. Total de deducciones antes de donativos (Sume líneas 20, 32 y 54) | (55) | 0 | 00 | 0 | 00 |
| 56. Donativos (No aplica a sociedades. Véanse instrucciones) | AUP⚪ DDC⚪ (56) | 0 | 00 | 0 | 00 |
| 57. **Total de deducciones** (Sume líneas 55 y 56) | (57) | 0 | 00 | 0 | 00 |
| 58. Ajuste por deducciones no admisibles para contribución básica alterna y contribución alternativa mínima (Línea 55, primera Columna menos línea 55, segunda Columna. Anote aquí el resultado y traslade a la Parte II, línea 20) | (58) | | | 0 | 00 |

## Parte X — Costo de Ventas

| | | | |
|---|---|---|---|
| 1. Inventario al comienzo del año 1 ☐ "C" 2 ☐ "C" o "VM" | (1) | 0 | 00 |
| 2. Compra de materiales o mercadería | (2) | 0 | 00 |
| 3. Jornales directos | (3) | 0 | 00 |
| 4. Otros costos directos (De la Parte XI, línea 17) | (4) | 0 | 00 |
| 5. Costo de bienes disponibles para la venta (Sume líneas 1 a la 4) | (5) | 0 | 00 |
| 6. Menos: Inventario al finalizar el año 1 ☐ "C" 2 ☐ "C" o "VM" | (6) | 0 | 00 |
| 7. Total de costo de ventas o costos directos de producción (línea 5 menos línea 6. Véanse instrucciones) | (7) | 0 | 00 |

## Parte XI — Otros Costos Directos

| Partida | | Importe | | Partida | | Importe | |
|---|---|---|---|---|---|---|---|
| 1. Jornales, sueldos y bonificaciones | (1) | 0 | 00 | 10. Energía eléctrica | (10) | 0 | 00 |
| 2. Seguro social federal (FICA) | (2) | 0 | 00 | 11. Agua y alcantarillado | (11) | 0 | 00 |
| 3. Seguro de desempleo | (3) | 0 | 00 | 12. Renta | (12) | 0 | 00 |
| 4. Primas del Fondo del Seguro del Estado | (4) | 0 | 00 | 13. Gastos de empaque de productos | (13) | 0 | 00 |
| 5. Aportaciones a planes de salud o accidentes | (5) | 0 | 00 | 14. Gastos de comida pagados a empleados de producción (Total $_____ 0 ) | (14) | 0 | 00 |
| 6. Primas de seguro (Excepto aportaciones a planes de salud o accidentes) | (6) | 0 | 00 | 15. Depreciación (Someta Anejo E Núm. ___ 0 ___ o Anejo E1 Núm. ___ 0 ___) | (15) | 0 | 00 |
| 7. Arbitrios / Impuesto sobre uso | (7) | 0 | 00 | 16. Otros costos directos (Someta detalle) | (16) | 0 | 00 |
| 8. Impuesto sobre ventas y uso en importaciones | (8) | 0 | 00 | 17. **Total otros costos directos** (Sume líneas 1 a la 16. Traslade a la Parte X, línea 4) | (17) | 0 | 00 |
| 9. Reparaciones y mantenimiento | (9) | 0 | 00 | | | | |

Periodo de Conservación: Diez (10) años

Formulario 480.2(EC) Rev. 08.21    Lucena Dairy Inc    66-0546621    Entidades Conducto - Página 5

## Parte XII — Determinación del Ingreso Neto (o Pérdida) de Operaciones

| | Contribución Regular | Contribución Básica Alterna o Alternativa Mínima |
|---|---|---|
| 1. Ingreso neto (o pérdida) de operaciones antes de la deducción por inversión de Capital Privado admisible (Línea 23, Parte VIII menos línea 57, Parte IX) ............ (1) | 0 00 | 0 00 |
| 2. Deducción por inversión de Capital Privado admisible (Véanse instrucciones) ............ (2) | 0 00 | |
| 3. Ingreso neto (o pérdida) de operaciones (Línea 1 menos línea 2) ............ (3) | 0 00 | |
| 4. Menos: Total de ingresos, ganancias o pérdidas reportados al socio o accionista separadamente (Véanse instrucciones) ..... (4) | 0 00 | |
| 5. Ingreso neto (o pérdida) de la industria o negocio de la entidad (Línea 3 menos línea 4. Traslade a la Parte II, línea 5, Columna de "Cantidad") (Véanse instrucciones) ............ (5) | 0 00 | |
| 6. Contribución sobre ingresos de la participación proporcional del socio o accionista en el ingreso de la entidad conducto (Traslade a la Parte II, línea 5, Columna de "Contribución Retenida") (Véanse instrucciones) ............ (6) | 0 00 | |

## Parte XIII — Participación Distribuible en el Ingreso Neto Sujeto a Tasas Preferenciales

| Responsabilidad Contributiva | Ingreso Neto | Contribución Determinada |
|---|---|---|
| 1. Anejo CI Entidad Conducto, Parte V, línea 5 ............ (1) | 30,263 00 | 0 00 |
| (a) Devengado a través de entidades conducto subsidiarias (Línea 1, Columnas C y D, Parte VIII del Formulario 480.6 EC) (1a) | 0 00 | 0 00 |
| 2. Anejo V Entidad Conducto, Parte III, línea 4 ............ (2) | 0 00 | 0 00 |
| (a) Devengado a través de entidades conducto subsidiarias (Línea 2, Columnas C y D, Parte VIII del Formulario 480.6 EC) (2a) | 0 00 | 0 00 |
| 3. Anejo W Entidad Conducto, Parte II, línea 5 ............ (3) | 0 00 | 0 00 |
| (a) Devengado a través de entidades conducto subsidiarias (Línea 3, Columnas C y D, Parte VIII del Formulario 480.6 EC) (3a) | 0 00 | 0 00 |
| 4. Anejo X Entidad Conducto, Parte IV, línea 9 ............ (4) | 0 00 | 0 00 |
| (a) Devengado a través de entidades conducto subsidiarias (Línea 4, Columnas C y D, Parte VIII del Formulario 480.6 EC) (4a) | 0 00 | 0 00 |
| 5. Anejo Y Entidad Conducto, Parte II, línea 9 ............ (5) | 0 00 | 0 00 |
| (a) Devengado a través de entidades conducto subsidiarias (Línea 5, Columnas C y D, Parte VIII del Formulario 480.6 EC) (5a) | 0 00 | 0 00 |
| 6. Anejo Z Entidad Conducto, Parte II, línea 5 ............ (6) | 0 00 | 0 00 |
| (a) Devengado a través de entidades conducto subsidiarias (Línea 6, Columnas C y D, Parte VIII del Formulario 480.6 EC) (6a) | 0 00 | 0 00 |
| 7. Anejo AA Entidad Conducto, Parte III, línea 5 ............ (7) | 0 00 | 0 00 |
| (a) Devengado a través de entidades conducto subsidiarias (Línea 7, Columnas C y D, Parte VIII del Formulario 480.6 EC) (7a) | 0 00 | 0 00 |
| 8. Total (Sume líneas 1 a la 7(a). Traslade a la Parte II, línea 7) ............ (8) | 30,263 00 | 0 00 |

## Parte XIV — Compensación a Directores

| Nombre del director | Número de seguro social | Porcentaje del tiempo dedicado a industria o negocio | Porcentaje de las acciones o participaciones poseídas | | Compensación |
|---|---|---|---|---|---|
| | | | Comunes | Preferidas | |
| | | | | | 0 00 |
| | | | | | 0 00 |
| | | | | | 0 00 |
| | | | | | 0 00 |
| Total de compensación a directores (Véanse instrucciones) ............ (1) | | | | | 0 00 |

## Parte XV — Compensación a Oficiales

| Nombre del oficial | Número de seguro social | Porcentaje del tiempo dedicado a industria o negocio | Porcentaje de las acciones o participaciones poseídas | | Compensación |
|---|---|---|---|---|---|
| | | | Comunes | Preferidas | |
| | | | | | 0 00 |
| | | | | | 0 00 |
| | | | | | 0 00 |
| | | | | | 0 00 |
| Total de compensación a oficiales (Véanse instrucciones) ............ (1) | | | | | 0 00 |

Período de Conservación: Diez (10) años

Formulario 480.2(EC)  Rev. 08.21  **Lucena Dairy Inc**  66-0546621  Entidades Conducto – Página 6

## Parte XVI — Estado de Situación Comparado

| Activos | Al comenzar el año | | Al terminar el año | |
|---|---|---|---|---|
| | | Total | | Total |
| 1. Efectivo en caja y bancos ............. (1) | | 100,721 00 (1) | | 72,412 00 |
| 2. Cuentas a cobrar ...................... (2) | 7,360 00 (2) | 0 00 (2) | 0 00 | |
| 3. Menos: Reserva para cuentas incobrables (3) | 0 00 (3) | 7,360 00 (3) | 0 00 (3) | 0 00 |
| 4. Inventarios ........................... (4) | | 33,720 00 (4) | | 17,513 00 |
| 5. Otros activos corrientes ............. (5) | | 0 00 (5) | | 0 00 |
| 6. Obligaciones a cobrar ................ (6) | | 0 00 (6) | | 0 00 |
| 7. Inversiones ......................... (7) | | 0 00 (7) | | 0 00 |
| 8. Activos depreciables ................ (8) | 2,431,870 00 (8) | | 2,431,870 00 (8) | |
| 9. Menos: Reserva para depreciación ..... (9) | 2,050,087 00 (9) | 381,783 00 (9) | 2,266,237 00 (9) | 165,633 00 |
| 10. Préstamos por cobrar de accionistas o entidades relacionadas ...................... (10) | | 2,877,394 00 (10) | | 0 00 |
| 11. Terrenos ........................... (11) | | 0 00 (11) | | 0 00 |
| 12. Otros activos a largo plazo ......... (12) | | 1,708,080 00 (12) | | 3,731,992 00 |
| 13. Total de Activos ................... (13) | | 5,109,058 00 (13) | | 3,987,550 00 |

### Pasivos y Capital

| Pasivos | | | | |
|---|---|---|---|---|
| 14. Cuentas a pagar .................... (14) | 498,996 00 (14) | | 55,871 00 (14) | |
| 15. Gastos incurridos y no pagados ...... (15) | 5,623 00 (15) | | 25,378 00 (15) | |
| 16. Otros pasivos corrientes ........... (16) | 0 00 (16) | | 0 00 (16) | |
| 17. Obligaciones a pagar a largo plazo .... (17) | 6,200,300 00 (17) | | 5,768,112 00 (17) | |
| 18. Obligaciones a pagar a accionistas o entidades relacionadas ................ (18) | 0 00 (18) | | 150,000 00 (18) | |
| 19. Otras obligaciones a largo plazo ..... (19) | 0 00 (19) | | 0 00 (19) | |
| 20. Total de Pasivos .................. (20) | | 6,704,919 00 (20) | | 5,999,361 00 |

### Capital

| Capital | | | | |
|---|---|---|---|---|
| 21. Capital en acciones | | | | |
| (a) Acciones preferidas ............. (21a) | 0 00 (21a) | | 0 00 (21a) | |
| (b) Acciones comunes .............. (21b) | 1,440,397 00 (21b) | | 1,440,397 00 (21b) | |
| 22. Sobrante de capital o capital social ...... (22) | 0 00 (22) | | 0 00 (22) | |
| 23. Ganancias retenidas o beneficio sin distribuir ... (23) | -3,036,258 00 (23) | | -3,452,208 00 (23) | |
| 24. Reserva ......................... (24) | 0 00 (24) | | 0 00 (24) | |
| 25. Total de Capital ................. (25) | | -1,595,861 00 (25) | | -2,011,811 00 |
| 26. Total Pasivos y Capital ........... (26) | | 5,109,058 00 (26) | | 3,987,550 00 |

## Parte XVII — Reconciliación del Ingreso Neto (o Pérdida) según Libros con el Ingreso Neto Tributable (o Pérdida) según Planilla

1. Ingreso neto (o pérdida) según libros ............. (1) **-415,950 00**
2. Exceso de pérdidas de capital sobre ganancias de capital ....................... (2)
3. Ingreso tributable no registrado en los libros este año (Detalle, use anejo si es necesario)
   (a) _____ $ 0
   (b) _____ $ 0
   (c) _____ $ 0
   Total ........................................ (3) 0 00
4. Gastos registrados en los libros este año no reclamados en esta planilla (Detalle, use anejo si es necesario)
   (a) Comida y entretenimiento (porción no deducible) $ 0
   (b) Depreciación $ 0
   (c) Embarcaciones, aeronaves y propiedad localizada fuera de P. R. $ 0
   (d) Gastos incurridos o pagados a accionistas, personas o entidades relacionadas (porción no deducible) $ 0
   (e) Gastos de viaje y hospedaje (porción no deducible) $ 0
   (f) Indemnización por casos de hostigamiento y gastos relacionados $ 0
   (g) Devaluación Cuota Leche $ 996,380
   (h) _____ $
   Total ........................................ (4) 996,380 00
5. Total (Sume líneas 1 a la 4) ............ (5) **580,430 00**

6. Ingreso registrado en los libros este año no incluido en esta planilla (Detalle, use anejo si es necesario)
   (a) Ingresos exentos (Anejo IE Entidad Conducto, Parte II, línea 21) $ 227,501
   (b) Ingresos excluidos (Anejo IE Entidad Conducto, Parte I, línea 10) $ 50,300
   (c) _____ $ 0
   (d) _____ $ 0
   (e) _____ $ 0
   Total ........................................ (6) 277,801 00
7. Deducciones en esta planilla no llevadas contra el ingreso en los libros este año (Detalle, use anejo si es necesario)
   (a) Depreciación $ 0
   (b) 90% exento $ 272,366
   (c) _____ $ 0
   (d) _____ $ 0
   (e) _____ $ 0
   (f) _____ $ 0
   Total ........................................ (7) 272,366 00
8. Total (Sume líneas 6 y 7) ............ (8) 550,167 00
9. Ingreso neto tributable (o pérdida) según planilla (Línea 5 menos línea 8) ............ (9) 30,263 00

Período de Conservación: Diez (10) años

Formulario 480.2(EC)  Rev. 08.21    Lucena Dairy Inc                66-0546621                Entidades Conducto - Página 7

## Parte XVIII — Análisis de las Ganancias sin Distribuir según Libros

| | | | |
|---|---|---|---|
| 1. Balance al comenzar el año ................ (1) | -3,036,258 |00| |
| 2. Ingreso neto según libros .................... | -415,950 |00| |
| 3. Otros aumentos (Detalle, use anejo si es necesario) _____ | | | |
| _____ | | | |
| _____ (3) | 0 |00| |
| 4. Total (Sume líneas 1, 2 y 3) ............. (4) | -3,452,208 |00| |

| 5. Distribuciones: | (a) Efectivo ........................... (5a) | 0 |00| |
|---|---|---|---|
| | (b) Propiedad ....................... (5b) | 0 |00| |
| | (c) Acciones ......................... (5c) | 0 |00| |
| 6. Otras rebajas (Use anejo si es necesario) _____ | | | |
| _____ | | | |
| 7. Total (Sume líneas 5 y 6) ............. (7) | 0 |00| |
| 8. Balance al finalizar el año (Línea 4 menos línea 7) ..... (8) | -3,452,208 |00| |

## Parte XIX — Cómputo del Porcentaje del Ingreso Bruto Derivado de Actividades Elegibles (Aplica solo a sociedades especiales)

| | Ingresos de actividades elegibles | | Ingresos de actividades no elegibles | |
|---|---|---|---|---|
| | (A) Fuentes de Puerto Rico | (B) Fuentes fuera de Puerto Rico | (C) Fuentes de Puerto Rico | (D) Fuentes fuera de Puerto Rico |
| | 1,541,894 | 0 | 0 | 1,541,894 |

| | | |
|---|---|---|
| 1. Ingreso bruto derivado durante el período (Sume Columnas A a la D) ............... (1) | 1,541,894 |00|
| 2. Ingreso bruto de fuentes de Puerto Rico (Sume Columnas A y C) ............... (2) | 1,541,894 |00|
| 3. Divida la línea 2 entre la línea 1 ............... (3) | 100 %| |
| 4. Ingreso bruto de actividades elegibles (Sume Columnas A y B) ............... (4) | 1,541,894 |00|
| 5. Divida la línea 4 entre la línea 1 ............... (5) | 100 %| |

## Parte XX — Cómputo del Porcentaje de Ingreso Bruto Derivado de la Industria o Negocio (Aplica solo a corporaciones o individuos)

| (A) Ingreso de la explotación de una industria o negocio exclusivamente en P.R. | (B) Ingreso de actividades o relacionadas (incluyendo ingresos de fuentes fuera de P.R.) |
|---|---|
| 0 | 0 |

| | | |
|---|---|---|
| 1. Ingreso bruto derivado durante el período (Sume Columnas A y B) ............... (1) | 0 |00|
| 2. Ingreso bruto de la industria o negocio (Columna A) ............... (2) | 0 |00|
| 3. Divida la línea 2 entre la línea 1 ............... (3) | 0 %| |

## Parte XXI — Cuestionario

| | SÍ | NO | N/A |
|---|---|---|---|
| 1. ¿Mantuvo la entidad durante este año parte de sus récords en un sistema computadorizado? ............... (1) | X | | |
| 2. Los libros de la entidad están a cargo de: Nombre **Top Consulting Group** Dirección **Carr. #130 Km 7.7** **Carr. #130 Km 7.7 Hatillo PR 00659** Correo electrónico (E-mail) **contact@topconsultinggroup.net** Teléfono **(787) 898 - 5070** | | | |
| 3. Indique el método de contabilidad utilizado: 1 ☐ Recibido y Pagado   2 ☒ Acumulación 3 ☐ Otro (especifique): | | | |
| 4. ¿Rindió la entidad los siguientes documentos? (a) Declaraciones Informativas (Véanse instrucciones) ...... (4a) | X | | |
| (b) Comprobantes de Retención (Formulario 499R-2/W-2PR) ... | X | | |
| 5. ¿El volumen de negocio de la entidad o el volumen agregado del grupo de entidades relacionadas, si la entidad es miembro de dicho grupo, es igual o mayor de $10,000,000? (Véanse instrucciones) ... (5) | | X | |
| (a) ¿Incluye estados financieros auditados, según lo dispuesto en la Sección 1061.15 del Código? (Véanse instrucciones) ... (5a) | | | X |
| Número de Estampilla del CPA _____ | | | |
| (b) ¿Incluye Anejo PCI - Posiciones Contributivas Inciertas? .. (5b) | | | X |
| (c) Si la entidad es miembro de un grupo de entidades relacionadas y el volumen de negocio de la entidad no excede de $1,000,000, ¿incluye estados financieros auditados o informe de procedimientos previamente acordados firmado por un CPA con licencia de Puerto Rico, según lo dispuesto en la Sección 1061.15(a)(5)(A) del Código? ............... (5c) | | | |
| Número de Estampilla del Colegio de CPA _____ | | | |
| 6. Si la entidad no es miembro de un grupo de entidades relacionadas, ¿el volumen de negocio de la entidad es igual o mayor de $3,000,000 pero menor de $10,000,000? (6) | | X | |
| (a) ¿Incluye estados financieros auditados o informe de procedimientos previamente acordado firmado por un CPA con licencia de Puerto Rico, según lo dispuesto en la Sección 1061.15(a)(3) del Código? ... (6a) | | | |
| Número de Estampilla del Colegio de CPA _____ | | | |
| 7. ¿Reclamó la entidad gastos relacionados con la titularidad, uso, mantenimiento y depreciación de: (a) Automóviles? ............... (7a) | | X | |
| (b) Embarcaciones? ............... (7b) | | X | |
| (c) ¿Derivó más del 80% de la totalidad de sus ingresos de actividades relacionadas exclusivamente con la pesca o transportación de pasajeros o carga o arrendamiento? ... (7c) | | | X |
| (d) Aviones? ............... (7d) | | X | |
| (c1) ¿Derivó más del 80% de la totalidad de sus ingresos de actividades relacionadas exclusivamente con la transportación de pasajeros o carga o arrendamiento? ... (7c1) | | | X |
| (d) Propiedad residencial fuera de Puerto Rico? ............... (7d) | | X | |
| (d1) ¿Derivó más del 80% de la totalidad de sus ingresos de actividades relacionadas exclusivamente con el alquiler de propiedades a personas no relacionadas? ... (7d1) | | | X |

| | SÍ | NO | N/A |
|---|---|---|---|
| 8. ¿Reclamó la entidad gastos relacionados con: (a) Alojamiento? (excepto empleados del negocio) ... (8a) | | X | |
| (b) Empleados que asistieron a convenciones fuera de Puerto Rico o los Estados Unidos? ............... (8b) | | X | |
| 9. ¿Tiene en vigor una elección bajo la Sección 340 de la LCSI de 1954 al cierre del último año contributivo antes del 1 de julio de 1995? (Aplica solo a sociedades especiales) ............... (9) | | X | |
| 10. ¿Tenía utilidades y beneficios atribuibles a períodos en que no era una entidad conducto, o recibidos en liquidaciones o reorganizaciones? ... (10) | | X | |
| 11. ¿Es la entidad socio de una sociedad o sociedad especial? (Si es más de una someta detalle) ............... (11) Nombre _____ Número de Identificación Patronal de la Sociedad o Sociedad Especial de nivel inferior _____ Indique la proporción o participación ____ 0 % | | X | |
| 12. Anote la cantidad de donativos a municipios (Véanse instrucciones) $ _____ | | | |
| 13. ¿Recibió ingresos de una inversión temporal durante los primeros 36 meses de haber comenzado la explotación de la actividad elegible o de la industria o negocio? ............... (13) | | X | |
| 14. Número de socios o accionistas ............... (14) | 1 | | |
| 15. Número de empleados ............... (15) | 13 | | |
| 16. ¿Recibió ingresos exentos? (Someta Anejo IE Entidad Conducto) ...... (16) | | X | |
| 17. Indique si pagó primas a aseguradores no autorizados ............... (17) | | X | |
| 18. Número de patrono otorgado por el Departamento del Trabajo y Recursos Humanos: **1645160009** | | | |
| 19. ¿Incurrió en pagos a accionistas, personas o entidades relacionadas fuera de Puerto Rico? ............... (19) | | X | |
| (a) ¿Tiene un estudio de precios de transferencia? (Sí contestó "Sí", incluya Modelo SC 6175 - Certificación de Cumplimiento y Disponibilidad de Estudio de Precios de Transferencia) ... (19a) | | X | |
| (b) ¿Obtuvo determinación administrativa para tener derecho a la totalidad de la deducción? (Sí contestó "Sí", someta copia de la misma) (19b) | | X | |
| 20. ¿Reclamó la entidad deducción relacionada con servicios provistos por no residentes de Puerto Rico? (Total $ _____ 0) ... (20) | | X | |
| (a) ¿Pagó el impuesto sobre ventas y uso correspondiente? ... (20a) | | X | |
| 21. ¿Reclamó la corporación gastos de depreciación por propiedad mueble tangible adquirida fuera de Puerto Rico? ............... (21) | | X | |
| (a) ¿Pagó el impuesto sobre ventas y uso correspondiente? ... (21a) | | X | |
| 22. Si marcó que es un Fondo de Capital Privado bajo Ley 185-2014, según enmendada, o Ley 60-2019, según enmendada, indique: (a) Fecha de creación _____ (b) Fecha de inversión _____ (c) ¿Cumple con los requisitos de elegibilidad para el año contributivo? (22c) | | X | |
| 23. ¿Solicitó cambio en período de contabilidad? ............... (23) | | X | |
| (a) Fecha de solicitud _____ (b) Fecha de aprobación _____ | | | |

Período de Conservación: Diez (10) años

| Formulario 480.6 EC | 20 21 | Gobierno de Puerto Rico DEPARTAMENTO DE HACIENDA | 20 21 | Número Confirmación de Radicación Electrónica |
|---|---|---|---|---|
| Rev. 03.21 | | | | X0684473856 |

**DECLARACIÓN INFORMATIVA ENTIDAD CONDUCTO**

☐ 1 SOCIEDAD   ☒ 2 SOCIEDAD ESPECIAL   ☐ 3 CORPORACIÓN DE INDIVIDUOS

Número de Control
000000002

**Participación Distribuible de los Socios o Participación Proporcional de los Accionistas en Ingresos, Pérdidas y Créditos**

Número de Control de Informativa Original
000000001

Año contributivo comenzado el **01** de **ene.** de 20 **21** y terminado el **31** de **dic.** de 20 **21**

Indique el formulario con respecto al cual se prepara esta Declaración Informativa: 1 ☒ 480.2(EC)   2 ☐ 480.1(SC)   3 ☐ 480.2(U)

| Nombre del Socio, Accionista o Miembro | Núm. de Seguro Social o Identificación Patronal del Socio, Accionista o Miembro | ENMENDADA ☒ |
|---|---|---|
| Jorge Lucena Betancourt | | (Día **07** Mes **mar.** Año **2023**) |

| Dirección | | | |
|---|---|---|---|
| PO BOX 69001 | **Hatillo** | **PR** | **00659** |

| Nombre de la Entidad | Núm. de Identificación Patronal de la Entidad | Tipo de Industria |
|---|---|---|
| Lucena Dairy Inc | 66-0546621 | 11212 |

| Dirección | | | |
|---|---|---|---|
| PO BOX 69001 PMB 101 | **Hatillo** | **PR** | **00659-6901** |

## Parte I — INFORMACIÓN DEL SOCIO, ACCIONISTA O MIEMBRO

**A. 1. Socio Gestor** ☒
2. Socio Limitado
3. Socio Ilimitado

**B. TIPO:**
1. Individuo ☒
2. Fideicomiso
3. Caudal Relicto
4. Sociedad
5. Sociedad Especial
6. Corporación

**C. ESTATUS:**
1. Residente ☒
2. No residente

**D. Porcentaje de participación en:**
1. Pérdidas (100 %) _____   2. Ganancias (100 %) _____
**E. Porción de las deudas corrientes de la Entidad asumidas por los socios o accionistas.**
1. Garantizadas: 0
2. No garantizadas: 0
**F. Deudas atribuibles a socios de la Sociedad o Sociedad Especial acogidas a Ley 78-1993 o Ley Núm. 52 de 1983.**
Garantizadas: 0
**G. Número de registro de comerciante de la entidad:** 00592500010
**H.** Sujeto a Ley 154-2010 (Aplica solo a sociedades) ☐ Sí ☐ No
**I.** Indique si es una Sociedad Especial Inversionista ☐ Sí ☐ No
**J.** Elección Contribución Opcional
(Sección 1071.10 o 1115.15 del Código) ..................... ☐ Sí ☒ No

**K.** Socio o accionista sometió Declaración Jurada (Sección 1062.05(a)(1)(A) o 1062.07(a)(1)(B) del Código) ☐ Sí ☒ No
**L.** Socio o accionista efectuó la elección de la Sección 1062.07(a)(1)(A) del Código ................ ☐ Sí ☒ No
**M.** Indique si la Entidad se acogió a la exención bajo las siguientes leyes:
1. Ley Núm. 52 de 1983
2. Ley Núm. 47 de 1987
3. Ley 78-1993
4. Ley 165-1996
5. Ley 135-1997
6. Ley 362-1999
7. Ley 73-2008
8. Ley 74-2010
9. Ley 83-2010
10. Ley 132-2010
11. Ley 27-2011
12. Ley 20-2012
13. Ley 14-2017
14. Ley 60-2019 ☒
15. Otra
Núm. Decreto _____
Sección _____

MARQUE AQUÍ ☐   Elección de la aplicación de la Sección 1114.06(b) o 1115.04(c) del Código de Rentas Internas de Puerto Rico de 2011, según enmendado. (Opción para tratar ciertas partidas como ingreso ordinario (o pérdida).) $ ___ 0 (Véanse instrucciones)

## Parte II — ANÁLISIS DE LA CUENTA DE CAPITAL DEL SOCIO, ACCIONISTA O MIEMBRO

| (a) Aportaciones de capital hechas durante el año | (b) Otros aumentos de base (Someta detalle) | (c) Participación distribuible del socio o accionista en la ganancia o pérdida de la Entidad | (d) Deudas del socio o accionista asumidas y garantizadas por la Entidad | (e) Retiros y distribuciones | (f) Otras disminuciones de base (Véanse instrucciones) |
|---|---|---|---|---|---|
| 0 | 0 | 30,263 | 0 | 0 | 0 |

## Parte III — PARTIDAS DISTRIBUIBLES POR CATEGORÍA

| | | Cantidad | Contribución Retenida |
|---|---|---|---|
| 1. Ganancia (o pérdida) neta en la venta o permuta de activos de capital a largo plazo (Anejo D Entidad Conducto) .... | (1) | 0 00 | |
| 2. Ganancia (o pérdida) neta en la venta o permuta de activos de capital a corto plazo (Anejo D Entidad Conducto) .... | (2) | 0 00 | |
| 3. Ganancia (o pérdida) neta en la venta o permuta de sustancialmente todos los activos dedicados a una actividad bajo la Ley 78-1993 (Anejo D Entidad Conducto) ................ | (3) | 0 00 | |
| 4. Ganancia (o pérdida) neta en la venta o permuta de propiedad utilizada en el negocio (Anejo D Entidad Conducto) .... | (4) | 0 00 | |
| 5. Ingreso neto (o pérdida) de la industria o negocio de la entidad (Véanse instrucciones) .............. | (5) | 0 00 | 0 00 |
| (a) Porción del ingreso neto atribuible a los servicios prestados por los socios o accionistas | (5a) | 0 00 | |
| (b) Ingreso neto (o pérdida) remanente (Línea 5 menos línea 5(a)) ........ | (5b) | 0 00 | |
| 6. Ingreso neto (o pérdida) sobre ingresos parcialmente exentos (Véanse instrucciones) ............. | (6) | 0 00 | 0 00 |
| 7. Ingreso neto (o pérdida) sobre ingresos sujetos a tasa preferencial (Véanse instrucciones) ............ | (7) | 30,263 00 | 0 00 |
| 8. Distribución elegible de dividendos de corporaciones a 15% (Véanse instrucciones) ............. | (8) | 0 00 | |
| 9. Distribuciones de dividendos sujetos a retención a ___ 0 % (Véanse instrucciones) ............ | (9) | 0 00 | 0 00 |
| 10. Ingreso de intereses sobre depósitos en instituciones financieras sujetos a retención (Véanse instrucciones) ... | (10) | 0 00 | 0 00 |
| 11. Ingreso de intereses sobre instituciones financieras no sujetos a retención (Véanse instrucciones) ... | (11) | 0 00 | |
| 12. Otros intereses sujetos a retención a la tasa de 10% (Véanse instrucciones) ............. | (12) | 0 00 | 0 00 |
| 13. Otros intereses sujetos a retención a ___ 0 % (Véanse instrucciones) ............ | (13) | 0 00 | 0 00 |
| 14. Participación distribuible en la ganancia de una sociedad o sociedad especial poseída por la entidad (Véanse instrucciones) | (14) | 0 00 | 0 00 |
| 15. Participación distribuible en la pérdida de una sociedad o sociedad especial poseída por la entidad (Véanse instrucciones) | (15) | 0 00 | |
| 16. Otros ................ | (16) | 0 00 | 0 00 |
| 17. Ingresos exentos (Anejo IE Entidad Conducto) ............ | (17) | 227,501 00 | |
| 18. Ingresos exentos sujetos a contribución básica alterna (Anejo IE Entidad Conducto) (Véanse instrucciones) | (18) | 0 00 | |
| 19. Ajuste por deducciones no admisibles para contribución básica alterna y contribución alternativa mínima (Véanse inst.) | (19) | 0 00 | |
| 20. Otros ajustes para propósitos de la contribución básica alterna (Véanse instrucciones) ............ | (20) | 0 00 | |
| 21. Otros ajustes para propósitos de la contribución alternativa mínima (Véanse instrucciones) ............ | (21) | 0 00 | |
| 22. Donativos (Aplica solo a sociedades) (Véanse instrucciones) ............. | (22) | 0 00 | |
| 23. Volumen de negocios (Véanse instrucciones) ............. | (23) | 1,541,894 00 | |
| 24. Ingreso bruto de la entidad conducto (Véanse instrucciones) ............. | (24) | 0 00 | |
| (a) Ingreso bruto relacionado a la prestación de servicios ............ | (24a) | 0 00 | |
| 25. Ingreso bruto de entidades conducto subsidiarias (Véanse instrucciones) ............ | (25) | 0 00 | |
| (a) Ingreso bruto relacionado a la prestación de servicios ............ | (25a) | 0 00 | |
| 26. Contribución opcional (Sección 1071.10 o 1115.11 del Código) (Véanse instrucciones) ............ | (26) | 0 00 | 0 00 |

Período de Conservación: Diez (10) años

Reproducido por CEGsoft (www.cegsoft.com)

Formulario 480.6 EC Rev. 08.21                                                                                     Página 2

| **Parte IV** | **SOCIOS O ACCIONISTAS EXTRANJEROS NO RESIDENTES** | Cantidad | Contribución Retenida |
|---|---|---|---|
| 1. | Participación distribuible en ingreso neto de la sociedad especial o corporación de individuos ............ (1) | 0 00 | 0 00 |

| **Parte V** | **CRÉDITOS (Véanse instrucciones)** | | |
|---|---|---|---|
| | **A. CRÉDITOS SUJETOS A LA LIMITACIÓN PROVISTA POR LA SECCIÓN 1051.13 DEL CÓDIGO** | | |
| 1. | Crédito atribuible a pérdidas o por inversión en el Fondo de Capital de Inversión, de Turismo u otros fondos o directamente (Anejos Q y Q1) .... (1) | | 0 00 |
| 2. | Crédito por inversión en infraestructura de vivienda (Ley 98-2001, según enmendada) (Véanse instrucciones) ............ (2) | | 0 00 |
| 3. | Crédito por inversión en la adquisición, construcción o rehabilitación de vivienda asequible para alquilar a las personas de edad avanzada (Capítulo 2 de la Ley 140-2001, según enmendada) (Véanse instrucciones) ............ (3) | | 0 00 |
| 4. | Crédito por inversión en construcción en centros urbanos (Ley 212-2002, según enmendada) (Véanse instrucciones) ............ (4) | | 0 00 |
| 5. | Crédito por constitución de servidumbres de conservación elegibles o donación de terrenos elegibles (Ley 183-2001, según enmendada) (Véanse instrucciones) ............ (5) | | 0 00 |
| 6. | Crédito por la compra de créditos contributivos (Complete Parte VII) (Véanse instrucciones) ............ (6) | | 0 00 |
| 7. | Otros créditos sujetos a limitación no incluidos en las líneas anteriores (Someta detalle) ............ (7) | | 0 00 |
| | **B. CRÉDITOS NO SUJETOS A LA LIMITACIÓN PROVISTA POR LA SECCIÓN 1051.13 DEL CÓDIGO** | | |
| 8. | Crédito por retención en el origen sobre distribución de Fomento Industrial (Ley Núm. 8 de 1987) ............ (8) | | 0 00 |
| 9. | Crédito por inversión en desarrollo industria fílmica (Ley 27-2011):  ☐ 1 Proyecto Fílmico o  ☐ 2 Proyecto Infraestructura (Véanse instrucciones) ............ (9) | | 0 00 |
| 10. | Crédito por compra o transmisión de programación televisiva realizada en P.R. (Sección 1051.14) (Véanse instrucciones) ............ (10) | | 0 00 |
| 11. | Crédito por donativos a fundaciones de ex gobernadores (Véanse instrucciones) ............ (11) | | 0 00 |
| 12. | Crédito por donativos al: ☐ 1 Patronato del Palacio de Santa Catalina o  ☐ 2 Patronato del Capitolio Estatal de la Asamblea Legislativa (Véanse instrucciones) ............ (12) | | 0 00 |
| 13. | Crédito por inversión (Sección 6 de la Ley 73-2008) ............ (13) | | 0 00 |
| 14. | Crédito por inversión en zonas de oportunidad (Ley 60-2019) ............ (14) | | 0 00 |
| 15. | Crédito por la compra de créditos contributivos (Complete Parte VII) (Véanse instrucciones) ............ (15) | | 0 00 |
| 16. | Otros créditos no sujetos a limitación no incluidos en las líneas anteriores (Someta detalle) ............ (16) | | 0 00 |

| **Parte VI** | **CONTRIBUCIONES PAGADAS A PAÍSES EXTRANJEROS Y LOS ESTADOS UNIDOS, SUS ESTADOS, TERRITORIOS Y POSESIONES (Véanse inst.)** | | | | | |
|---|---|---|---|---|---|---|
| | | País Extranjero, Estado, Territorio o Posesión de los Estados Unidos | | | Estados Unidos | Total |
| | | A | B | C | | |
| | Nombre del país, estado, territorio o posesión ............ | | | | | |
| 1. | Ingreso neto de fuentes del país, estado, territorio o posesión (1) | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 |
| 2. | Contribución pagada durante el año ............ (2) | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 |

| **Parte VII** | **DETALLE DE COMPRA DE CRÉDITOS CONTRIBUTIVOS** | |
|---|---|---|
| | Marque el bloque correspondiente a la ley (o leyes) bajo la cual adquirió el crédito e indique la cantidad del mismo | |
| | **A. CRÉDITOS SUJETOS A LA LIMITACIÓN PROVISTA POR LA SECCIÓN 1051.13 DEL CÓDIGO** | |
| 1. | ☐ Desperdicios Sólidos (Ley 159-2011) ............ (1) | 0 00 |
| 2. | ☐ Fondo de Capital de Inversión (Ley 46-2000) ............ (2) | 0 00 |
| 3. | ☐ Infraestructura de Vivienda (Ley 98-2001) ............ (3) | 0 00 |
| 4. | ☐ Construcción o Rehabilitación de Vivienda para Alquilar a Familias de Ingresos Bajos o Moderados o Inversión en la Adquisición, Construcción o Rehabilitación de Vivienda Asequible para Alquilar a las Personas de Edad Avanzada (Ley 140-2001, según enmendada) para ............ (4) | 0 00 |
| 5. | ☐ Servidumbre de Conservación (Ley 183-2001) ............ (5) | 0 00 |
| 6. | ☐ Revitalización de los Centros Urbanos (Ley 212-2002) ............ (6) | 0 00 |
| 7. | ☐ Otro: _____ ............ (7) | 0 00 |
| 8. | Total de crédito por la compra de créditos contributivos sujetos a limitación (Traslade a la Parte V, línea 6) ............ (8) | 0 00 |
| | **B. CRÉDITOS NO SUJETOS A LA LIMITACIÓN PROVISTA POR LA SECCIÓN 1051.13 DEL CÓDIGO** | |
| 9. | ☐ Desarrollo Turístico (Ley 78-1993 y Ley 74-2010) ............ (9) | 0 00 |
| 10. | ☐ Inversión Elegible Turística (Ley 60-2019) ............ (10) | 0 00 |
| 11. | ☐ Desarrollo Industria Fílmica (Ley 27-2011) ............ (11) | 0 00 |
| 12. | ☐ Industrias Creativas (Ley 60-2019) ............ (12) | 0 00 |
| 13. | ☐ Incentivos Económicos (Investigación y Desarrollo) (Sección 5(c) de la Ley 73-2008) ............ (13) | 0 00 |
| 14. | ☐ Incentivos Económicos (Inversión Industrial) (Sección 6 de la Ley 73-2008) ............ (14) | 0 00 |
| 15. | ☐ Incentivos Energía Verde (Investigación y Desarrollo) (Ley 83-2010) ............ (15) | 0 00 |
| 16. | ☐ Inversión en Investigación y Desarrollo (Ley 60-2019) ............ (16) | 0 00 |
| 17. | ☐ Zonas de Oportunidad (Ley 60-2019) ............ (17) | 0 00 |
| 18. | ☐ Otro: _____ ............ (18) | 0 00 |
| 19. | Total de crédito por la compra de créditos contributivos no sujetos a limitación (Traslade a la Parte V, línea 15) ............ (19) | 0 00 |

| **Parte VIII** | **PARTICIPACIÓN DISTRIBUIBLE EN EL INGRESO NETO SUJETO A TASAS PREFERENCIALES** | | Devengado a través de Entidades Conducto Subsidiarias | | |
|---|---|---|---|---|---|
| | Responsabilidad Contributiva | A - Ingreso Neto | B - Contribución Retenida | C - Ingreso Neto | D - Contribución Retenida |
| 1. | Anejo CI Entidad Conducto (Tributa a ___ 0 %) ............ (1) | 30,263 00 | 0 00 | 0 00 | 0 00 |
| 2. | Anejo V Entidad Conducto (Tributa a ___ 0 %) ............ (2) | 0 00 | 0 00 | 0 00 | 0 00 |
| 3. | Anejo W Entidad Conducto (Tributa a ___ 0 %) ............ (3) | 0 00 | 0 00 | 0 00 | 0 00 |
| 4. | Anejo X Entidad Conducto (Tributa a ___ 0 %) ............ (4) | 0 00 | 0 00 | 0 00 | 0 00 |
| 5. | Anejo Y Entidad Conducto (Tributa a ___ 0 %) ............ (5) | 0 00 | 0 00 | 0 00 | 0 00 |
| 6. | Anejo Z Entidad Conducto (Tributa a ___ 0 %) ............ (6) | 0 00 | 0 00 | 0 00 | 0 00 |
| 7. | Anejo AA Entidad Conducto (Tributa a ___ 0 %) ............ (7) | 0 00 | 0 00 | 0 00 | 0 00 |
| 8. | Total (Sume líneas 1 a la 7. Traslade a la Parte III, línea 7. Ver inst.) (8) | 30,263 00 | 0 00 | 0 00 | 0 00 |

Período de Conservación: Diez (10) años

Reproducido por CEGsoft (www.cegsoft.com)

**Anejo CI Entidad Conducto**
Rev.08.21

**CONTRIBUCIÓN SOBRE INGRESOS PARA NEGOCIOS EXENTOS ACOGIDOS A LA LEY 60-2019**
Para rendirse con el Formulario 480.2(EC)

**20 21**

Año contributivo comenzado el 01 de ene. de 2021 y terminado el 31 de dic. de 2021

Nombre de la Entidad: Lucena Dairy Inc

Número de Identificación Patronal: 66-0546621

| Tipo de Negocio | Número de Caso |
|---|---|
| Vaqueria | C-22-2-21914 |

Número de empleos directamente relacionados con la actividad exenta:
Actual: 13   Requerido por Decreto: 0

Tipo de Decreto: 1 ☐ Nuevo  2 ☒ Conversión  3 ☐ Renegociación

Período de efectividad del decreto para conversión sobre ingresos:
Comienza: 01/01/2021   Termina: 31/12/2021

**Actividad Exenta bajo el Subtítulo B de la Ley 60-2019:**
1 ☐ Capítulo 3 - Exportación de Bienes y Servicios
   ☐ Capítulo 4 - Finanzas, Inversiones y Seguros
      ☐ (a) Asegurador Internacional
2 ☐ Capítulo 5 - Economía del Visitante
4 ☐ Capítulo 6 - Manufactura
5 ☐ Capítulo 7 - Infraestructura y Energía Verde
   ☐ (a) Infraestructura
   ☐ (b) Energía Verde

6 ☒ Capítulo 8 - Agroindustrias
   ☒ (a) Agricultor Bona Fide
7 ☐ Capítulo 9 - Industrias Creativas
8 ☐ Capítulo 10 - Emprendimiento
   ☐ (a) Agricultor Bona Fide
9 ☐ Capítulo 11 - Otras Industrias:
   ☐ (a) Porteadores - Transporte Aéreo
   ☐ (b) Porteadores - Transporte Marítimo
   ☐ (c) Industria de Barcos Cruceros de P.R.
10 ☐ Otro:

**Parte I    Ingreso Promedio del Período Base (Véanse Instrucciones)**

Ingreso promedio del período base según determinado en su decreto: ................................ 0

**Parte II    Determinación del Ingreso Bruto de Operaciones**

**A. Ingreso de venta de bienes o productos**
1. Ventas netas de bienes o productos (Véanse instrucciones) ........................... (1) 1,541,894 00
2. Menos: Costos de ventas o costos directos de producción (De la Parte VI, línea 7) ... (2) 622,316 00
3. Ganancia (o pérdida) bruta en la venta de bienes o productos (Línea 1 menos línea 2) . (3) 919,578 00
   (Porcentaje margen de ganancia bruta: 2020 ____ 0% 2021 ____ 0%)

**B. Ingreso de manufactura**
4. Ingresos ........................................................................ (4) 0 00
5. Menos: Costos de ventas o costos directos de producción (De la Parte VI, línea 7) ... (5) 0 00
6. Ganancia (o pérdida) bruta de manufactura (Línea 4 menos línea 5) ................ (6) 0 00
   (Porcentaje margen de ganancia bruta: 2020 ____ 0% 2021 ____ 0%)

**C. Ingreso de servicios**
7. Ingreso bruto generado en la venta de servicios .................................. (7) 0 00

**D. Otros ingresos**
8. Ganancia de activos de capital (Someta Anejo D Entidad Conducto) ................ (8) 0 00
9. Ganancia (o pérdida) neta en la venta o permuta de propiedad que no sea activo de capital (Someta Anejo D Entidad Conducto) ... (9) 0 00
10. Renta ......................................................................... (10) 0 00
11. Intereses ..................................................................... (11) 0 00
12. Regalías ...................................................................... (12) 0 00
13. Otros ingresos (Someta detalle) ............................................... (13) 0 00
14. Total de ingresos (Sume líneas 3 y 6 a la 13) ................................. (14) 919,578 00

**Parte III    Deducciones**

**A. Partidas que deben ser reportadas en declaraciones informativas:**
1. Compensación a directores (Véanse instrucciones Parte XIV de la planilla) ........ (1) 0 00
2. Compensación a oficiales (Véanse instrucciones Parte XV de la planilla) .......... (2) 0 00
3. Salarios, comisiones y bonificaciones a empleados (Véanse instrucciones) ........ (3) 261,139 00
4. Salarios pagados a jóvenes universitarios (Total $ ____ 0 ) Programa de Pasantías del Departamento de Hacienda (Total $ ____ 0 ) Véanse instrucciones) ... (4) 0 00
5. Pagos por servicios prestados en Puerto Rico (Véanse instrucciones) ............. (5) 49,156 00
6. Pagos por servicios prestados fuera de Puerto Rico (Véanse instrucciones) ....... (6) 0 00
7. Servicios subcontratados ...................................................... (7) 0 00
8. Alquiler, renta y cánones pagados (Véanse instrucciones) (Mueble $ ____ 0 )(Inmueble $ ____ 0 ) ... (8) 0 00
9. Primas de seguro (Excepto aportaciones a planes de salud o seguros) (Véanse instrucciones) ... (9) 0 00
10. Servicios de telecomunicaciones .............................................. (10) 0 00
11. Servicios de internet y televisión por cable o satélite ...................... (11) 0 00
12. Servicios combinados ("Bundles") (Véanse instrucciones) ...................... (12) 0 00
13. Anuncios ..................................................................... (13) 0 00
14. Regalías ..................................................................... (14) 0 00
15. Pagos por herramientas virtuales y tecnológicas y otras suscripciones ........ (15) 0 00
16. Cuotas de colegiación y membresías de instituciones profesionales pagadas a beneficio del empleado ... (16) 0 00
17. Cuotas de mantenimiento pagadas a asociaciones de residentes o condómines .... (17) 0 00
18. Pagos por indemnización judicial o extrajudicial ............................. (18) 0 00
19. Ciertos otros gastos (Véanse instrucciones) ................................. (19) 0 00
20. Subtotal (Sume líneas 1 a la 19) ............................................ (20) 310,295 00

**B. Partidas no reportadas en declaraciones informativas:**
21. Intereses sobre deudas de negocio: Hipotecarios $ ____ 0 Arrendamiento automóviles $ ____ 0 y Otros $ ____ 11,670 ... (21) 11,670 00
22. Contribuciones, patentes y licencias:
   (a) Contribución sobre la propiedad (Mueble $ ____ 0 )(Inmueble $ ____ 0 ) ... (22a) 0 00
   (b) Otras contribuciones y patentes $ ____ 0 Licencias $ ____ 0 Otros $ ____ 0 ... (22b) 0 00
   (c) Póliza del Fondo del Seguro del Estado ................................... (22c) 14,060 00
   (d) Impuesto sobre ventas y uso .............................................. (22d) 0 00
   (e) Aportación especial por servicios profesionales y consultivos bajo la Ley 48-2013, según enmendada ... (22e) 0 00
23. Depreciación y amortización (Someta Anejo E Núm. 1 ) ....................... (23) 216,151 00
24. Depreciación para negocios con volumen menor o igual a $3,000,000 (Someta Anejo E1 Núm. ____ ) ... (24) 0 00
25. Energía eléctrica ........................................................... (25) 23,798 00
26. Agua y alcantarillado ....................................................... (26) 112 00
27. Aportaciones a planes de salud o accidentes ................................. (27) 0 00
28. Seguro social federal (FICA) ................................................ (28) 21,642 00
29. Seguro de desempleo ......................................................... (29) 1,732 00
30. Aportación a planes de pensiones cualificados (Véanse instrucciones. Someta Modelo SC 6042) ... (30) 0 00
31. Aportación a patronos que emplean personas impedidas (Véanse instrucciones) .. (31) 0 00
32. Subtotal (Sume líneas 21 a la 31) ........................................... (32) 289,186 00

Rev. 08.21  Lucena Dairy Inc                    66-0546621                    Anejo CI Entidad Conducto - Página 2

## Parte III   Deducciones (Continuación)

**C. Otras deducciones:**

| | | |
|---|---|---|
| 33. Gastos de automóviles (Millaje_____0) (Véanse instrucciones) | (33) | 0 00 |
| 34. Gastos de otros vehículos de motor (Véanse instrucciones) | (34) | 16,376 00 |
| 35. Reparaciones y mantenimiento | (35) | 0 00 |
| 36. Gastos de viajes (Total de gastos $_____0) | (36) | 0 00 |
| 37. Gastos de comida y entretenimiento (Total de gastos $_____0) (Véanse instrucciones) | (37) | 0 00 |
| 38. Materiales y efectos de oficina | (38) | 0 00 |
| 39. Materiales utilizados directamente en la industria o negocio | (39) | 0 00 |
| 40. Sellos, comprobantes y aranceles | (40) | 0 00 |
| 41. Cargos de envío y franqueo | (41) | 0 00 |
| 42. Uniformes | (42) | 0 00 |
| 43. Estacionamientos y peaje | (43) | 0 00 |
| 44. Gastos de oficina | (44) | 0 00 |
| 45. Cargos bancarios | (45) | 0 00 |
| 46. Deudas incobrables | (46) | 0 00 |
| 47. Aportaciones a cuentas de aportación educativa para beneficiarios de sus empleados (Véanse instrucciones) | (47) | 0 00 |
| 48. Gastos incurridos o pagados a accionistas, personas o entidades relacionadas fuera de Puerto Rico (Véanse instrucciones) (Total $_____0) | (48) | 0 00 |
| 49. Deducción por gastos incurridos o pagados a accionistas, personas o entidades relacionadas, totalmente deducibles (Véanse instrucciones) | (49) | 0 00 |
| 50. Pérdidas ocasionadas por fuego, huracán, otros siniestros o por robo (Véanse instrucciones) | (50) | 0 00 |
| 51. Cargos de administración | (51) | 0 00 |
| 52. Gastos en propiedades arrendadas a la Compañía de Fomento Industrial de Puerto Rico o almacén de la Compañía de Comercio y Exportación (Véanse instrucciones) | (52) | 0 00 |
| 53. Otras deducciones (Someta detalle) | (53) | 1,091 00 |
| 54. **Subtotal** (Sume líneas 33 a la 53) | (54) | 17,467 00 |
| 55. Donativos (No aplica a sociedades. Véanse instrucciones) | (55) | 0 00 |
| 56. Total de deducciones (Sume líneas 20, 32, 54 y 55) | (56) | 616,948 00 |

## Parte IV   Determinación del Ingreso Neto (o Pérdida) Sujeto a Contribución

| | | |
|---|---|---|
| 1. Total de ingresos (De la Parte II, línea 14) | (1) | 919,578 00 |
| 2. Total de deducciones (De la Parte III, línea 56) | (2) | 616,948 00 |
| 3. Ingreso neto (o pérdida) de operaciones del año (Línea 1 menos línea 2) | (3) | 302,630 00 |
| 4. Pérdida neta en operaciones del año anterior (Véanse instrucciones) | (4) | 0 00 |
| 5. Ingreso neto de desarrollo industrial sujeto a deducción especial (Línea 3 menos línea 4. Si es mayor de cero, **no continúe**) | (5) | 302,630 00 |
| 6. Menos: Cantidad exenta (Véanse instrucciones): 1 ☑ 90%  2 ☐ 100%  3 ☐ Otro___0 % 4 ☐ Cantidad $_____0 | (6) | 272,367 00 |
| 7. Menos: Cantidad exenta de $1,200,000 si es Asegurador Internacional (Véanse instrucciones) | (7) | 0 00 |
| 8. Menos: Deducción especial por inversión en edificios, estructuras, maquinaria y equipo (Incluyendo el tipo de energía verde o altamente eficiente) (Véanse inst.) | (8) | 0 00 |
| 9. Ingreso neto de la actividad elegible luego de la deducción especial (Línea 5 menos líneas 6, 7 y 8) | (9) | 30,263 00 |
| 10. Menos: Ingreso promedio del período base (Igual a la Parte I. Véanse instrucciones) | (10) | 0 00 |
| 11. Ingreso neto de la actividad elegible sujeto a contribución (Línea 9 menos línea 10) | (11) | 30,263 00 |

## Parte V   Cómputo de la Contribución

| | | |
|---|---|---|
| 1. Contribución sobre el ingreso neto de la actividad elegible (De la Parte IV, línea 11) 1 ☐ 4%  2 ☐ Código  3 ☐ Tasa fija__0 % | (1) | 0 00 |
| 2. Contribución sobre el ingreso promedio del período base (Multiplique Parte I por la tasa aplicable): 1 ☐ Código  2 ☐ Tasa fija__0 % | (2) | 0 00 |
| 3. Contribución determinada (Sume líneas 1 y 2) | (3) | 0 00 |
| 4. Créditos aplicables (Someta detalle) (Véanse instrucciones) | (4) | 0 00 |
| 5. Contribución total (Línea 3 menos línea 4. Esta cantidad debe ser pagada por la entidad conducto en representación de sus dueños. La cantidad así pagada deberá ser incluida en la Parte XIII, línea 1 de la planilla) (Véanse instrucciones) | (5) | 0 00 |

## Parte VI   Costo de Ventas

| | | |
|---|---|---|
| 1. Inventario al comienzo del año 1 ☐ "C"  2 ☐ "C" o "VM" | (1) | 0 00 |
| 2. Compra de materiales o mercadería | (2) | 0 00 |
| 3. Jornales directos | (3) | 0 00 |
| 4. Otros costos directos (De la Parte VII, línea 17) | (4) | 622,316 00 |
| 5. Costo de bienes disponibles para la venta (Sume líneas 1 a la 4) | (5) | 622,316 00 |
| 6. Menos: Inventario al finalizar el año 1 ☐ "C"  2 ☐ "C" o "VM" | (6) | 0 00 |
| 7. Total de costo de ventas o costos directos de producción (Línea 5 menos línea 6. Véanse instrucciones) | (7) | 622,316 00 |

## Parte VII   Otros Costos Directos

| Partida | | Importe | Partida | | Importe |
|---|---|---|---|---|---|
| 1. Jornales, sueldos y bonificaciones | (1) | 0 00 | 10. Energía eléctrica | (10) | 0 00 |
| 2. Seguro social federal (FICA) | (2) | 0 00 | 11. Agua y alcantarillado | (11) | 0 00 |
| 3. Seguro de desempleo | (3) | 0 00 | 12. Renta | (12) | 25,021 00 |
| 4. Primas del Fondo del Seguro del Estado | (4) | 0 00 | 13. Gastos de empaque de productos | (13) | 0 00 |
| 5. Aportaciones a planes de salud o accidentes | (5) | 0 00 | 14. Gastos de comida pagados a empleados de producción (Total $_____0) | (14) | 0 00 |
| 6. Primas de seguro (Excepto aportaciones a planes de salud o accidentes) | (6) | 20,154 00 | 15. Depreciación (Someta Anejo E Núm.__0 o Anejo E1 Núm.__0) | (15) | 0 00 |
| 7. Arbitrios / Impuesto sobre uso | (7) | 0 00 | 16. Otros costos directos (Someta detalle) | (16) | 501,196 00 |
| 8. Impuesto sobre ventas y uso en importaciones | (8) | 75,945 00 | 17. **Total otros costos directos** (Sume líneas 1 a la 16. Traslade a la Parte VI, línea 4) | (17) | 622,316 00 |
| 9. Reparaciones y mantenimiento | (9) | 0 00 | | | |

Período de Conservación: Diez (10) años

Lucena Dairy Inc

66-0546621

**GOBIERNO DE PUERTO RICO**

**DETALLE ADJUNTO DEL FORMULARIO 480.2(EC)**

**PLANILLA INFORMATIVA SOBRE INGRESOS DE ENTIDADES CONDUCTO**

**PARA EL AÑO TERMINADO EN 31/12/2021**

**Anejo CI, Página 2, Parte III, Línea 53 - Otras Deducciones**

| Descripción | Cantidad |
|---|---|
| MISCELANEOS | $762 |
| PUBLICIDAD | $329 |
| **Total** | $1,091 |

Reproducido por CEGsoft (www.cegsoft.com)

Lucena Dairy Inc

66-0546621

**GOBIERNO DE PUERTO RICO**

**DETALLE ADJUNTO DEL FORMULARIO 480.2(EC)**

**PLANILLA INFORMATIVA SOBRE INGRESOS DE ENTIDADES CONDUCTO**

**PARA EL AÑO TERMINADO EN 31/12/2021**

**Anejo CI, Página 2, Parte VII, Línea 16 - Otros costos directos**

| Descripción | Cantidad |
|---|---|
| LABORATORIOS | $8,500 |
| MEDICINAS | $98,349 |
| VETERINARIOS | $4,226 |
| ALIMENTOS  Y HENO | $354,331 |
| FERTILIZANTES | $1,900 |
| TRANSPORTE | $3,130 |
| INSEMINACION | $30,760 |
| **Total** | **$501,196** |

Reproducido por CEGsoft (www.cegsoft.com)

**Anejo E**
Rev. 08.21

# DEPRECIACIÓN

## 2021

Año contributivo comenzado el __01__ de __ene.__ de 2021 y terminado el __31__ de __dic.__ de 2021

Anejo E Núm.

Nombre del contribuyente

Lucena Dairy Inc

Número de Seguro Social o Identificación Patronal

66-0546621

| 1. Clase de propiedad (en caso de edificaciones, indique el tipo de material utilizado en la construcción). | 2. Fecha de adquisición. | 3. Costo u otra base (excluya el costo del terreno). En el caso de automóviles, la base no debe exceder de $30,000 por vehículo. | | 4. Depreciación reclamada en años anteriores. | | 5. Estimado de vida usado para computar depreciación. | 6. Depreciación reclamada este año. | |
|---|---|---|---|---|---|---|---|---|
| **(a) Depreciación Corriente** | | | | | | | | |
| Véase Detalle Adjunto | Varios | 3,149,354 | 00 | 1,819,270 | 00 | Varios | 204,751 | 00 |
| | | | | | 00 | | | 00 |
| | | | 00 | | 00 | | | 00 |
| Total | | | | 1,819,270 | 00 | | 204,751 | 00 |
| **(b) Depreciación Flexible** | | | | | | | | |
| | | | | 0 | 00 | 0 | 0 | 00 |
| | | | | 0 | 00 | | 0 | 00 |
| | | | 00 | | 00 | | | 00 |
| Total | | | | 0 | 00 | | 0 | 00 |
| **(c) Depreciación Acelerada** | | | | | | | | |
| | | | 00 | 0 | 00 | | 0 | 00 |
| | | | | | 00 | | | 00 |
| | | | 00 | 0 | 00 | | 0 | 00 |
| Total | | | | 0 | 00 | | 0 | 00 |
| **(d) Amortización** *(ej. Goodwill)* | | | | | | | | |
| | | | 00 | 0 | 00 | | 0 | 00 |
| | | | 00 | | 00 | | | 00 |
| | | | 00 | 0 | 00 | | 0 | 00 |
| Total | | | | 0 | 00 | | 0 | 00 |
| **(e) Automóviles** *(Véanse instrucciones)* | | | | | | | | |
| Vehiculo Vaqueria | | 30,000 | 00 | 230,817 | 00 | 5 | 11,400 | 00 |
| | | | | 0 | 00 | 0 | 0 | 00 |
| | | | 00 | | 00 | | | 00 |
| Total | | | | 230,817 | 00 | | 11,400 | 00 |

(f) Vehículos bajo arrendamiento financiero (Formulario 480.7D) (Cantidad de vehículos _____ 0 ) ............................... 0 | 00

**TOTAL:** (Sume el Total de líneas (a) a la (f) de la Columna 6. Traslade a los Anejos J, K, L, M y N Individuo, según aplique, o a la línea correspondiente de otras planillas) ............................... 216,151 | 00

Período de Conservación: Diez (10) años

NUMERO DE CONFIRMACION: X0684473856

Reproducido por CEGsoft (www.cegsoft.com)

**Lucena Dairy Inc**

**66-0546621**

**GOBIERNO DE PUERTO RICO**

**PARA EL AÑO TERMINADO EN 31/12/2021**

**Depreciación Corriente**

| Clase de propiedad | Fecha de adquisición | Costo u otra base | Depreciación reclamada en años anteriores | Estimado de vida útil | Depreciación reclamada este año |
|---|---|---|---|---|---|
| Ganado Vacuno | | $735,600 | $424,200 | 15 | $3,560 |
| Maquinaria y Equipo | | $491,542 | $449,658 | 0 | $5,831 |
| Mejoras | | $945,412 | $945,412 | 0 | $0 |
| Equipo Nuevo | | $976,800 | $0 | 5 | $195,360 |
| | | $0 | $0 | 0 | $0 |
| | | | | Total | $204,751 |

Página 1

Reproducido por CEGsoft (www.cegsoft.com)

NUMERO DE CONFIRMACION:X068447385S

| **Anejo IE Entidad Conducto** Rev. 08.21 | **INGRESOS EXCLUIDOS Y EXENTOS** Año contributivo comenzado el _01_ de _ene._ de 2021 y terminado el _31_ de _dic._ de 2021 | **2021** |
|---|---|---|
| Nombre de la Entidad | | Número de Identificación Patronal |
| Lucena Dairy Inc | | 66-0546621 |

**Parte I    Exclusiones del Ingreso Bruto**

| | | |
|---|---|---|
| 1. Seguro de vida ................................................................................ | (1) | 0 00 |
| 2. Donaciones, mandas, legados y herencias .......................................... | (2) | 0 00 |
| 3. Seguro de plantación ...................................................................... | (3) | 0 00 |
| 4. Ingreso derivado de la condonación de deudas (Véanse instrucciones) ..... | (4) | 0 00 |
| 5. Ingreso neto (o pérdida neta) de fuentes fuera de Puerto Rico no relacionado con la operación llevada a cabo en Puerto Rico por una corporación extranjera | (5) | 0 00 |
| 6. Cantidad recibida por cualquier subsidio o estímulo pagado por el Gobierno Federal por consecuencia del Covid-19 (Someta detalle) | (6) | 50,300 00 |
| 7. Cantidad recibida por cualquier subsidio o estímulo pagado por el Gobierno de Puerto Rico por consecuencia del Covid-19 (Someta detalle) | (7) | 0 00 |
| 8. Intereses sobre hipotecas sobre propiedad residencial localizada en Puerto Rico otorgadas después del 1 de enero de 2014 . | (8) | 0 00 |
| 9. Otras exclusiones (Someta detalle) (Véanse instrucciones) ................... | (9) | 0 00 |
| 10. **Total** (Sume líneas 1 a la 9. Traslade a la línea 6(b), Parte XVII de la planilla) | (10) | 50,300 00 |

**Parte II    Exenciones del Ingreso Bruto**

| | | |
|---|---|---|
| 1. Intereses sobre los siguientes instrumentos: | | |
| A) Obligaciones del Gobierno de los Estados Unidos, sus estados, territorios o subdivisiones políticas ..... | (1A) | 0 00 |
| B) Obligaciones del Gobierno de Puerto Rico ................................. | (1B) | 0 00 |
| C) Valores Ley de Préstamos Agrícolas ......................................... | (1C) | 0 00 |
| D) Ciertas Hipotecas (Véanse instrucciones) .................................. | (1D) | 0 00 |
| E) Préstamos otorgados por un banco comercial a una corporación especial propiedad de trabajadores para ciertos propósitos . | (1E) | 0 00 |
| F) Préstamos otorgados por un banco comercial en Puerto Rico para la adquisición y pago de certificados de membresía en una corporación especial propiedad de trabajadores | (1F) | 0 00 |
| G) Préstamos otorgados por un banco comercial en Puerto Rico para la compra o inversión en acciones preferidas de una corporación especial propiedad de trabajadores | (1G) | 0 00 |
| H) Préstamos a pequeñas y medianas empresas hasta $250,000 para su establecimiento o expansión ..... | (1H) | 0 00 |
| I) Préstamos para capitalización de pequeñas y medianas empresas hasta $250,000 ..... | (1I) | 0 00 |
| J) Bonos, pagarés u otras obligaciones bajo la Sección 6070.56(h) de la Ley 60-2019 ..... | (1J) | 0 00 |
| K) Otros intereses sujetos a contribución básica alterna reportados en un Formulario 480.6D ..... | (1K) | 0 00 |
| L) Otros intereses no sujetos a contribución básica alterna reportados en un Formulario 480.6D ..... | (1L) | 0 00 |
| M) Otros intereses sujetos a contribución básica alterna no reportados en un Formulario 480.6D (Someta detalle) ..... | (1M) | 0 00 |
| N) Otros intereses no sujetos a contribución básica alterna no reportados en un Formulario 480.6D (Someta detalle) ..... | (1N) | 0 00 |
| 2. Dividendos recibidos: | | |
| A) Sujetos a contribución básica alterna reportados en un Formulario 480.6D ..... | (2A) | 0 00 |
| B) No sujetos a contribución básica alterna reportados en un Formulario 480.6D ..... | (2B) | 0 00 |
| C) Sujetos a contribución básica alterna no reportados en un Formulario 480.6D (Someta detalle) ..... | (2C) | 0 00 |
| D) No sujetos a contribución básica alterna no reportados en un Formulario 480.6D (Someta detalle) ..... | (2D) | 0 00 |
| 3. Recobro de deudas incobrables, contribuciones anteriores, recargos y otras partidas ..... | (3) | 0 00 |
| 4. Ingreso de agencias o sindicatos de noticias ..... | (4) | 0 00 |
| 5. Ciertos ingresos relacionados con la operación de corporaciones especiales propiedad de trabajadores (Véanse instrucciones) ..... | (5) | 0 00 |
| 6. Ingreso recibido o devengado en relación con la celebración de juegos deportivos organizados por asociaciones o federaciones internacionales | (6) | 0 00 |
| 7. Ingreso derivado por el Asegurador Internacional o por una Compañía Tenedora del Asegurador Internacional ..... | (7) | 0 00 |
| 8. Entradas de asociaciones de dueños de embarcaciones y protección e indemnización mutua ..... | (8) | 0 00 |
| 9. Ingresos provenientes de edificios arrendados al Gobierno de Puerto Rico para hospitales públicos, casas de salud y escuelas públicas (Contratos vigentes al 22 de noviembre de 2010) | (9) | 0 00 |
| 10. Ingreso derivado por el contribuyente de la reventa de propiedad mueble o servicios cuya adquisición estuvo sujeta a tributación bajo la Sección 3070.01 o la Sección 2101 del Código de Rentas Internas de Puerto Rico de 1994 | (10) | 0 00 |
| 11. Distribuciones de Cantidades Previamente Notificadas como Distribuciones Elegibles Implícitas bajo la Sección 1023.06(j) ..... | (11) | 0 00 |
| 12. Distribuciones de Dividendos o Beneficios del Ingreso de Fomento Industrial de Negocios Exentos y en Liquidación bajo la Ley 73-2008 y Ley 135-1997 | (12) | 0 00 |
| 13. Renta de propiedad residencial bajo la Ley 132-2010 ..... | (13) | 0 00 |
| 14. Ingresos recibidos por diseñadores y traductores hasta $6,000 bajo la Ley 516-2004 ..... | (14) | 0 00 |
| 15. Ingreso generado por un negocio nuevo que opere bajo un acuerdo especial para la creación de empresas jóvenes (Véanse inst.) ..... | (15) | 0 00 |
| 16. Participación distribuible en los ingresos exentos de entidades conducto (Formulario 480.6 EC) ..... (16A) | (16) | 0 00 |
| A) Monto del ingreso exento sujeto a contribución básica alterna (Véanse instrucciones) | 0 00 | |
| 17. Otros pagos sujetos a contribución básica alterna reportados en un Formulario 480.6D ..... | (17) | 0 00 |
| 18. Otros pagos no sujetos a contribución básica alterna reportados en un Formulario 480.6D ..... | (18) | 0 00 |
| 19. Otras exenciones sujetas a contribución básica alterna no reportadas en un Formulario 480.6D (Someta detalle) ..... | (19) | 0 00 |
| 20. Otras exenciones no sujetas a contribución básica alterna no reportadas en un Formulario 480.6D (Someta detalle) ..... | (20) | 227,501 00 |
| 21. **Total** (Sume líneas 1 a la 20. Traslade a la línea 6(a), Parte XVII de la planilla) ..... | (21) | 227,501 00 |

NUMERO DE CONFIRMACION:X0684473856                    Reproducido por CEGsoft (www.cegsoft.com)

Lucena Dairy Inc

66-0546621

**GOBIERNO DE PUERTO RICO**

**DETALLE ADJUNTO DEL FORMULARIO 480.2(EC)**

**PLANILLA INFORMATIVA SOBRE INGRESOS DE ENTIDADES CONDUCTO**

**PARA EL AÑO TERMINADO EN 31/12/2021**

**Anejo IE, Parte I, Línea 6 - Cantidad recibida por cualquier subsidio o estímulo pagado por el Gobierno Federal por consecuencia del Covid-19**

| Descripción | Cantidad |
|---|---|
| CONDONACION PPP | $50,300 |
| Total | $50,300 |

Reproducido por CEGsoft (www.cegsoft.com)

Lucena Dairy Inc

66-0546621

**GOBIERNO DE PUERTO RICO**

**DETALLE ADJUNTO DEL FORMULARIO 480.2(EC)**

**PLANILLA INFORMATIVA SOBRE INGRESOS DE ENTIDADES CONDUCTO**

**PARA EL AÑO TERMINADO EN 31/12/2021**

**Anejo IE, Parte II, Línea 20 - Otras exenciones no sujetas a contribución básica
alterna no reportadas en un Formulario 480.6D**

| Descripción | Cantidad |
|---|---|
| Incentivo ASDA | $28,643 |
| Incentivo Farm Service Agency | $152,583 |
| USDA | $46,275 |
| Total | $227,501 |

Reproducido por CEGsoft (www.cegsoft.com)

**Modelo SC 2909 B**
Rev. 18 feb 22

GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA

**AUTORIZACIÓN A ESPECIALISTAS EN PLANILLAS PARA LA RADICACIÓN ELECTRÓNICA Y FIRMA DIGITAL DE LA PLANILLA INFORMATIVA SOBRE INGRESOS DE ENTIDADES CONDUCTO**

La Secciones 1061.03, 1061.06 y 1061.07 del Código de Rentas Internas de Puerto Rico de 2011, según enmendado (Código), establecen los requisitos de radicación de la planilla informativa sobre ingresos de toda sociedad, sociedad especial y corporación de individuos, respectivamente (en adelante "Entidad Conducto") y permite que la misma sea autenticada mediante firma digital. La Entidad Conducto que designe a un Especialista en Planillas, Declaraciones y Reclamaciones de Reintegro (Especialista) para firmar de forma digital, en su representación, su planilla, deberá completar este modelo y entregarlo al Especialista junto con copia de la licencia de conducir o pasaporte del socio gestor u otro oficial principal de dicha Entidad.

## Parte I - Información de la Entidades Conducto

| Nombre de la Entidad | Número de Identificación Patronal |
|---|---|
| Lucena Dairy Inc | 66-0546621 |

| Dirección | Correo Electrónico | Teléfono |
|---|---|---|
| PO BOX 69001 PMB 101<br><br>Hatillo PR 00659-6901 | contact@topconsultinggroup.net | (787) 898 - 8078 |

## Parte II - Información de la Planilla Informativa sobre Ingresos de Entidades Conducto

| | | | |
|---|---|---|---|
| 1. Año Contributivo ......... | | **2021** | |
| 2. Tipo de Entidad: ☐ Sociedad  ☒ Sociedad Especial  ☐ Corporacion de Individuos | | | |
| 3. Total Formularios 480.6 EC ......... | | **1** | |
| | | Cantidad | Contribución Retenida |
| 4. Total de ingreso neto (o pérdida) de las partidas distribuibles por categoría (Página 1, Parte II, línea 17 de la planilla) ........ | | $ 30,263 | $ 0 |
| 5. Contribución Opcional (Sección 1071.10 o 1115.11 del Código) (Página 1, Parte II, línea 27 de la planilla) ......... | | $ 0 | $ 0 |

## Parte III - Designación de Especialista

| Nombre del Especialista (en letra de molde) | Número de Seguro Social o Identificación Patronal |
|---|---|
| Elisamuel Rivera  Rivera | 66-0537733 |

| Nombre de la Firma o Negocio | Número de Registro |
|---|---|
| CPA Elisamuel Rivera Rivera CSP | 0006252 |

| Dirección Postal | Correo Electrónico | Teléfono |
|---|---|---|
| PO Box 1643<br><br>San Sebastian PR 00685 | erivera@cpaerr.com | (787) 896 - 6200 |

**Actos Autorizados** – El Especialita está autorizado a radicar electrónicamente y a firmar de forma digital la Planilla Informativa sobre Ingresos de Entidades Conducto de la Entidad para el año contributivo ___2021___.

## Parte IV - Firma del Contribuyente

Declaro bajo penalidad de perjurio que he examinado la copia electrónica de la Planilla Informativa sobre Ingresos Entidades Conducto, los anejos y documentos que se acompañan para el año contributivo ___2021___ y que la misma es cierta, correcta y completa. Autorizo al Especialista a radicar por medios electrónicos y a firmar de forma digital la Planilla Informativa sobre Ingresos Entidades Conducto para el año contributivo indicado en esta Autorización.

Nombre del Socio Gestor u Oficial Principal (en letra de molde)

| Firma del Socio Gestor u Oficial Principal | Fecha |
|---|---|
| | |

**Si esta Autorización no está firmada y fechada la misma no será válida.**

Período de Conservación: Diez (10) años.

Reproducido por CEGsoft (www.cegsoft.com)

**EXHIBIT**

**1b**

Blumberg No. 5208

Gobierno de Puerto Rico

# Departamento de Hacienda

## Planilla Informativa sobre Ingresos de Entidades Conducto
### Confirmación de Radicación Electrónica

Rev. 02.22

Informative Income Tax Return Pass-Through Entity
Confirmation of Electronic Filing

Período Contributivo - Taxable Year
**01/01/2022 - 31/12/2022**

**Nombre de la Entidad** ............................................
*Entity's Name*

Lucena Dairy Inc

**Número de Identificación Patronal** ........................
*Employer Identification Number*

66-0546621

**Número de Confirmación de Planilla** ....................
*Confirmation Number of Return*

X1943324928

**Fecha y Hora de Radicación** ................................
*Date and Time of Filing*

06/09/2023 5:12:22 PM

**Total Formularios 480.6 EC** ...................................
*Total Forms 480.60 EC*

1

**Esta planilla requiere que se sometan evidencias**      Sí / Yes ☐
*This return requires to submit evidences*      No ☒

**La evidencia deberá ser radicada *únicamente* de forma electrónica a través del Sistema Unificado de Rentas Internas (SURI) accediendo: *https://suri.hacienda.pr.gov*. Para la radicación de evidencia deberá ingresar el número de confirmación de planilla aquí provisto.**

*The evidence must be filed only electronically through the Internal Revenue Integrated System (SURI, for its Spanish acronym) available at: https://suri.hacienda.pr.gov. For the filing of evidence you must enter the return confirmation number herein provided.*

Período de Conservación: Diez (10) años
Retention Period: Ten (10) years

Reproducido por CEGsoft (www.cegsoft.com)

Formulario 480.2(EC) Rev. 10.22

**GOBIERNO DE PUERTO RICO**
**DEPARTAMENTO DE HACIENDA**

**2022** — **2022**

| Revisor: | Liquidador: | | Número de Control |
|---|---|---|---|

**PLANILLA INFORMATIVA SOBRE INGRESOS DE ENTIDADES CONDUCTO**

Investigado Por:

AÑO CONTRIBUTIVO COMENZADO EL
01 de ene. de 20 22 Y TERMINADO EL 31 de dic. de 20 22

Fecha __/__/__

R M N

☐ PLANILLA ENMENDADA
☐ Marque aquí si está enmendando únicamente los Formularios 480.6 EC (Véanse instrucciones)

AÑO CONTRIBUTIVO: 1 ☒ NATURAL / 2 ☐ ECONÓMICO
3 ☐ 52-53 SEMANAS: Año contributivo comenzado el __ y terminado el __
4 ☐ PERÍODO CORTO: Comenzado el __ y terminado el __

Nombre de la Entidad
Lucena Dairy Inc

Número de Identificación Patronal
66-0546621

Dirección Postal PO BOX 69001 PMB 101

Hatillo PR          00659-6901   Código Postal

| Clave Industrial | Cod. Municipal |
|---|---|
| 1121 | 05 |

Localización de la Industria o Negocio Principal - Número, Calle, Pueblo
Carr 635 Bo Dominquito
Arecibo PR 00612

Número de Teléfono - Extensión
(787) 898 - 8078

Sello de Recibido

Naturaleza de la Industria o Negocio Principal
Vaqueria

Código NAICS
11212

Fecha de creación o incorporación
Día 22 / Mes 02 / Año 1997

Número de Registro de Comerciante
00592500001

Lugar de creación o incorporación
Domestica

☐ Marque aquí si incluye Modelo SC 6045 con esta planilla

Número de Recibo:

Marque el encasillado correspondiente, si aplica: 1 ☐ Primera planilla  2 ☐ Última planilla  ☐ Cambio en período (Véanse inst.) Importe:

En cualquier momento durante el año, ¿(a) ¿recibió (como recompensa, premio o compensación); o (b) vendió, intercambió, regaló o de otra manera dispuso de un activo digital? o ¿tiene un interés financiero en un activo digital? ☐ Sí ☒ No

☐ Marque aquí si es un Fondo de Capital Privado (Véanse instrucciones)
☐ Marque aquí si esta es la primera planilla que rinde como entidad conducto (Ver inst.)
☐ Marque aquí si es miembro de un grupo de entidades (Véanse instrucciones) ☐ Grupo
Total Formularios 480.6 EC 1

☐ Marque aquí si se acogió a la contribución opcional de la Sección 1071.10 del Código (Someta Anejo BB Entidad Conducto) ☐ Gran Contribuyente (Véanse inst.)

| **Parte I** | **Tipo de Exención** | | | Sí | No |
|---|---|---|---|---|---|
| 1. ¿Tiene la entidad algún decreto de exención? Si contestó "Sí", indique bajo cuál ley **Ley 60-2019** | | | | | X |
| 2. Si la entidad tiene un decreto de exención, ¿optó porque la exención no le aplique para este año? | | | | | X |
| 3. ¿Es la entidad accionista de otra entidad que tenga vigente un decreto de exención? (Si es más de una entidad someta detalle) | | | | N | A |
| Indique: Nombre de la entidad _____ Número de identificación patronal _____ | | | | | |
| 4. Indique las disposiciones de su decreto fueron concedidas bajo: 1 ☐ Sociedad Especial / 2 ☐ Corporación de Individuos | | | | | |

| **Parte II** | **Partidas Distribuibles por Categoría** | | Cantidad | Contribución Retenida |
|---|---|---|---|---|
| 1. Ganancia (o pérdida) neta en la venta o permuta de activos de capital a largo plazo (Anejo D Entidad Conducto) | (1) | | 0 00 | |
| 2. Ganancia (o pérdida) neta en la venta o permuta de activos de capital a corto plazo (Anejo D Entidad Conducto) | (2) | | 0 00 | |
| 3. Ganancia (o pérdida) neta en la venta o permuta de sustancialmente todos los activos dedicados a una actividad bajo la Ley 78-1993 (Anejo D Entidad Conducto) | (3) | | 0 00 | |
| 4. Ganancia (o pérdida) neta en la venta o permuta de propiedad utilizada en el negocio (Anejo D Entidad Conducto) | (4) | | 0 00 | |
| 5. Ingreso neto (o pérdida) de la industria o negocio de la entidad (Parte XII, líneas 5J, según aplique) (Véanse inst.) | (5) | | 0 00 | |
| (a) Porción del ingreso neto atribuible a los servicios prestados por los dueños (5a) | | 0 00 | | |
| (b) Ingreso neto (o pérdida) remanente (Línea 5 menos línea 5(a)) (5b) | | 0 00 | | |
| 6. Ingreso neto (o pérdida) sobre ingresos parcialmente exentos (Anejo L Entidad Conducto, Parte I, línea 5) (Véanse inst.) | (6) | | 0 00 | 0 00 |
| 7. Ingreso neto (o pérdida) sobre ingresos sujetos a tasa preferencial (Parte XIII, línea 6) (Véanse instrucciones) | (7) | | -33,874 00 | 0 00 |
| 8. Distribución elegible de dividendos de corporaciones a 15% (Véanse instrucciones) | (8) | | 0 00 | 0 00 |
| 9. Distribuciones de dividendos sujetos a retención a ____ 0 % (Véanse instrucciones) | (9) | | 0 00 | 0 00 |
| 10. Ingreso de intereses sobre depósitos en instituciones financieras sujetos a retención (Véanse instrucciones) | (10) | | 0 00 | 0 00 |
| 11. Ingreso de intereses sobre depósitos en instituciones financieras no sujetos a retención (Véanse instrucciones) | (11) | | 0 00 | |
| 12. Otros intereses sujetos a retención a la tasa de 10% (Véanse instrucciones) | (12) | | 0 00 | 0 00 |
| 13. Otros intereses sujetos a ____ 0 % (Véanse instrucciones) | (13) | | 0 00 | 0 00 |
| 14. Participación distribuible en la ganancia de una entidad conducto poseída por la entidad (Véanse instrucciones) | (14) | | 0 00 | |
| 15. Participación distribuible en la pérdida de una entidad conducto poseída por la entidad (Véanse instrucciones) | (15) | | 0 00 | |
| 16. Otros (Someta detalle) | (16) | | 0 00 | 0 00 |
| 17. Total de ingreso neto (o pérdida) de las partidas distribuibles por categoría (Sume líneas 1 a la 16) | (17) | | -33,874 00 | 0 00 |
| 18. Ingresos exentos (Someta Anejo IE Entidad Conducto) | (18) | | 448,848 00 | |
| 19. Ingresos exentos sujetos a contribución básica alterna (Someta Anejo IE Entidad Conducto) | (19) | | 0 00 | |
| 20. Ajuste por deducciones no admisibles para la contribución básica alterna y contribución alternativa mínima (Véanse inst.) | (20) | | 0 00 | |
| 21. Otros ajustes para propósitos de la contribución básica alterna (Véanse instrucciones) | (21) | | 0 00 | |
| 22. Otros ajustes para propósitos de la contribución alternativa mínima (Véanse instrucciones) | (22) | | 0 00 | |
| 23. Donativos (Someta detalle) | (23) | | 0 00 | |
| 24. Volumen de negocios (Véanse instrucciones) | (24) | | 1,571,162 00 | |
| 25. Ingreso bruto de la entidad conducto (Véanse instrucciones) | (25) | | 62,479 00 | |
| (a) Ingreso bruto relacionado a la prestación de servicios (25a) | | 0 00 | | |
| 26. Ingreso bruto de entidades conducto subsidiarias (Véanse instrucciones) | (26) | | 0 00 | |
| (a) Ingreso bruto relacionado a la prestación de servicios (26a) | | 0 00 | | |
| 27. Contribución opcional (Sección 1071.10 del Código) (Véanse instrucciones) | (27) | | 0 00 | 0 00 |

**JURAMENTO**

Yo, Jorge Lucena , socio gestor u oficial principal de la entidad a nombre de la cual se hace esta Planilla Informativa sobre Ingresos de Entidades Conducto, bajo el más solemne juramento y so pena de perjurio, declaro que he examinado la misma (incluyendo anejos y estados que la acompañan), y que según mi mejor conocimiento es una planilla informativa exacta, correcta y completa, hecha de buena fe, de acuerdo con el Código de Rentas Internas de Puerto Rico de 2011, según enmendado, y su Reglamento.

Firma del socio gestor u oficial principal                    Fecha

**Para Uso del Especialista Solamente**

Declaro bajo pena de perjurio que he examinado esta planilla (incluyendo los anejos y estados adjuntos), y a mi mejor conocimiento y creencia, los datos en la misma son ciertos, correctos y constituyen en conjunto una planilla exacta y completa. La declaración de la persona que prepara esta planilla es con relación a la información recibida y ésta puede ser verificada.

Nombre del Especialista (Letra de Molde)
Elisamuel Rivera Rivera

Núm. de Registro
0006252

Nombre de la Firma
CPA Elisamuel Rivera Rivera CSP

Firma del Especialista                    Fecha

☐ Marque si es especialista

Ave Emerito Estrada 1151
San Sebastian PR

Código postal 00685

**NOTA AL CONTRIBUYENTE:** Indique si hizo pagos por la preparación de su planilla: ☒ Sí ☐ No. Si contestó "Sí", exija la firma y el número de registro del Especialista.

Período de Conservación: Diez (10) años

Formulario 480.2(EC) Rev. 10.22   Lucena Dairy Inc   66-0546621   Entidades Conducto - Página 2

| Parte III | Dueños Extranjeros No Residentes | Cantidad | Contribución Retenida |
|---|---|---|---|
| 1. Participación distribuible en ingreso neto de la entidad conducto ............................ (1) | | 0 00 | 0 00 |

**Parte IV   Créditos (Véanse instrucciones)**

| | A - Pre Manejador de Créditos Contributivos | B - Post Manejador de Créditos Contributivos |
|---|---|---|
| **A. CRÉDITOS SUJETOS A LA LIMITACIÓN PROVISTA POR LA SECCIÓN 1051.13 DEL CÓDIGO** | | |
| 1. Crédito atribuible a pérdidas a por inversión en el Fondo de Capital de Inversión, de Turismo u otros fondos o directamente (Anejos Q y Q1) ............................................................................................ (1) | 0 00 | 0 00 |
| 2. Crédito por inversión en infraestructura de vivienda (Ley 98-2001, según enmendada) (Véanse instrucciones) .......... (2) | 0 00 | 0 00 |
| 3. Crédito por inversión en la adquisición, construcción o rehabilitación de vivienda asequible para alquiler a las personas de edad avanzada (Capítulo 2 de la Ley 140-2001, según enmendada) (Véanse instrucciones) ...... (3) | 0 00 | 0 00 |
| 4. Crédito por inversión en construcción en centros urbanos (Ley 212-2002, según enmendada) (Véanse instrucciones) (4) | 0 00 | 0 00 |
| 5. Crédito por constitución de servidumbres de conservación elegibles o donación de terrenos elegibles (Ley 183-2001, según enmendada) (Véanse instrucciones) ............................................................ (5) | 0 00 | 0 00 |
| 6. Crédito por la compra de créditos contributivos (Complete Parte VI) (Véanse instrucciones) .......................... (6) | 0 00 | 0 00 |
| 7. Otros créditos sujetos a limitación no incluidos en las líneas anteriores (Someta detalle) ............................ (7) | 0 00 | 0 00 |
| **B. CRÉDITOS NO SUJETOS A LA LIMITACIÓN PROVISTA POR LA SECCIÓN 1051.13 DEL CÓDIGO** | | |
| 8. Crédito por retención en el origen sobre dividendos de Fomento Industrial (Ley Núm. 8 de 1987) .................... (8) | 0 00 | 0 00 |
| 9. Crédito por inversión en desarrollo industria fílmica (Ley 27-2011): ☐ 1 Proyecto Fílmico o ☐ 2 Proyecto Infraestructura (Véanse instrucciones) ................................................................................ (9) | 0 00 | 0 00 |
| 10. Crédito por compra o transmisión de programación televisiva realizada en P.R. (Sección 1051.14) (Véanse instrucciones) (10) | 0 00 | 0 00 |
| 11. Crédito por donativos a fundaciones de ex gobernadores (Véanse instrucciones) .................................... (11) | 0 00 | 0 00 |
| 12. Crédito por donativos al: ☐ 1 Patronato del Palacio de Santa Catalina ☐ 2 Patronato del Capitolio Estatal de la Asamblea Legislativa (Véanse instrucciones) ...................................................... (12) | 0 00 | 0 00 |
| 13. Crédito por inversión (Sección 6 de la Ley 73-2008) ................................................................ (13) | 0 00 | 0 00 |
| 14. Crédito por inversión en zonas de oportunidad (Ley 60-2019) ...................................................... (14) | 0 00 | 0 00 |
| 15. Crédito por la compra de créditos contributivos (Complete Parte VI) (Véanse instrucciones) ........................ (15) | 0 00 | 0 00 |
| 16. Otros créditos no sujetos a limitación no incluidos en las líneas anteriores (Someta detalle) ...................... (16) | 0 00 | 0 00 |

**Parte V   Contribuciones Pagadas a Países Extranjeros y los Estados Unidos, sus Estados, Territorios y Posesiones**

| | País Extranjero, Estado, Territorio o Posesión de los Estados Unidos | | | Estados Unidos | Total |
|---|---|---|---|---|---|
| Nombre del país, estado, territorio o posesión ........ | A | B | C | | |
| 1. Ingreso neto de fuentes del país, estado, territorio o posesión .. (1) | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 |
| 2. Contribución pagada durante el año .............. (2) | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 |

**Parte VI   Detalle de Compra de Créditos Contributivos (Véanse instrucciones)**

| Marque el bloque correspondiente a la ley (o leyes) bajo la cual adquirió el crédito e indique la cantidad del mismo: | A - Pre Manejador de Créditos Contributivos | B - Post Manejador de Créditos Contributivos |
|---|---|---|
| **A. CRÉDITOS SUJETOS A LA LIMITACIÓN PROVISTA POR LA SECCIÓN 1051.13 DEL CÓDIGO** | | |
| 1. ☐ Desperdicios Sólidos (Ley 159-2011) .............................................................. (1) | 0 00 | 0 00 |
| 2. ☐ Fondo de Capital de Inversión (Ley 46-2000) ...................................................... (2) | 0 00 | 0 00 |
| 3. ☐ Infraestructura de Vivienda (Ley 98-2001) ........................................................ (3) | 0 00 | 0 00 |
| 4. ☐ Construcción o Rehabilitación de Vivienda para Alquiler a Familias de Ingresos Bajos o Moderados o Inversión en la Adquisición, Construcción o Rehabilitación de Vivienda Asequible para Alquiler a las Personas de Edad Avanzada (Ley 140-2001, según enmendada) ...................................... (4) | 0 00 | 0 00 |
| 5. ☐ Servidumbre de Conservación (Ley 183-2001) .................................................... (5) | 0 00 | 0 00 |
| 6. ☐ Revitalización de los Centros Urbanos (Ley 212-2002) .......................................... (6) | 0 00 | 0 00 |
| 7. ☐ Otro: | | |
| 8. Total crédito por la compra de créditos contributivos sujetos a limitación (Sume líneas 1 a la 7, Columnas A y B, respectivamente. Traslade a la Parte IV, línea 6) ...................................... (8) | 0 00 | 0 00 |
| **B. CRÉDITOS NO SUJETOS A LA LIMITACIÓN PROVISTA POR LA SECCIÓN 1051.13 DEL CÓDIGO** | | |
| 9. ☐ Desarrollo Turístico (Ley 78-1993 y Ley 74-2010) ................................................ (9) | 0 00 | 0 00 |
| 10. ☐ Inversión Elegible Turística (Ley 60-2019) ...................................................... (10) | 0 00 | 0 00 |
| 11. ☐ Desarrollo Industria Fílmica (Ley 27-2011) ...................................................... (11) | 0 00 | 0 00 |
| 12. ☐ Industrias Creativas (Ley 60-2019) .............................................................. (12) | 0 00 | 0 00 |
| 13. ☐ Incentivos Económicos (Investigación y Desarrollo) (Sección 5(c) de la Ley 73-2008) ............ (13) | 0 00 | 0 00 |
| 14. ☐ Incentivos Económicos (Inversión Industrial) (Sección 6 de la Ley 73-2008) .................... (14) | 0 00 | 0 00 |
| 15. ☐ Incentivos Energía Verde (Investigación y Desarrollo) (Ley 83-2010) ............................ (15) | 0 00 | 0 00 |
| 16. ☐ Inversión en Investigación y Desarrollo (Ley 60-2019) .......................................... (16) | 0 00 | 0 00 |
| 17. ☐ Zonas de Oportunidad (Ley 60-2019) ............................................................ (17) | 0 00 | 0 00 |
| 18. ☐ Otro: | | |
| 19. Total crédito por la compra de créditos contributivos no sujetos a limitación (Sume líneas 9 a la 18, Columnas A y B, respectivamente. Traslade a la Parte IV, línea 15) ...................................... (19) | 0 00 | 0 00 |

**Parte VII   Cómputo de la Contribución sobre la Ganancia Implícita**

| | | |
|---|---|---|
| 1. Responsabilidad contributiva (Anejo GI Entidad Conducto, Parte IV, línea 14) ................................ (1) | | 0 00 |
| 2. Menos cantidad pagada: | | |
| (a) Prórroga automática o planilla original ........................................ (2a) | 0 00 | |
| (b) Contribución estimada y retenida en el origen (Véanse instrucciones) ............ (2b) | 0 00 | |
| (c) Con la planilla .............................................................. (2c) | 0 00 | |
| (d) Total (Sume líneas 2(a) a la 2(c)) .......................................... (2d) | | 0 00 |
| 3. Balance pendiente de pago (Línea 1 menos línea 2(d)). Si la línea 2(d) es mayor que la línea 1, anote la diferencia en la línea 4) ...... (3) | | 0 00 |
| 4. Contribución pagada en exceso (Línea 1 menos línea 2(d)) ...................................................... (4) | | 0 00 |

Período de Conservación: Diez (10) años

Formulario 480.2(EC) Rev. 10.22 Lucena Dairy Inc     66-0546621     Entidades Conducto - Página 3

## Parte VIII — Determinación del Ingreso Bruto de Operaciones

**A. Ingreso de venta de bienes o productos y por construcción de obras**

| | | |
|---|---|---|
| 1. Ventas netas de bienes o productos e ingresos por construcción de obras (Véanse instrucciones) ........ (1) | 0 | 00 |
| 2. Menos: Costos de ventas o costos directos de producción (De la Parte X, línea 7) ................ (2) | 0 | 00 |
| 3. Ganancia (o pérdida) bruta de la venta de bienes o productos (Línea 1 menos línea 2) | | |
|   (Porcentaje margen de ganancia bruta: 2021 _____ 0 %   2022 _____ 0 %. Véanse instrucciones) ........ (3) | 0 | 00 |

**B. Ingreso de manufactura**

| | | |
|---|---|---|
| 4. Ingresos ........................................................... (4) | 0 | 00 |
| 5. Menos: Costos de ventas o costos directos de producción (De la Parte X, línea 7) ................ (5) | 0 | 00 |
| 6. Ganancia (o pérdida) bruta de manufactura (Línea 4 menos línea 5) | | |
|   (Porcentaje margen de ganancia bruta: 2021 _____ 0 %   2022 _____ 0 %. Véanse instrucciones) ........ (6) | 0 | 00 |

**C. Ingreso de servicios**

| | | |
|---|---|---|
| 7. Ingreso bruto generado en la venta de servicios: (a) Prestados directamente por la entidad $_____ 0 y (b) Devengado a través de entidades conducto $_____ 0 ................................................... (7) | 0 | 00 |

**D. Otros ingresos**

| | | |
|---|---|---|
| 8. Ganancia neta (o pérdida) de propiedad utilizada en el negocio y que no sea activo de capital (Anejo D Entidad Conducto, Parte IV, línea 1-1) ........ (8) | 0 | 00 |
| 9. Ganancia neta (o pérdida) de propiedad utilizada en el negocio que tributa como ganancia de capital a largo plazo (Anejo D Entidad Conducto, Parte V, línea 15) ........ (9) | 0 | 00 |
| 10. Renta ........................................................... (10) | 0 | 00 |
| 11. Intereses: (a) Sujetos a la tasa preferencial de 10% _____ 0 (b) Otros _____ 0 ........ (11) | 0 | 00 |
| 12. Dividendos de corporaciones: (a) Domésticas _____ 0 (b) Extranjeras _____ 0 ........ (12) | 0 | 00 |
| 13. Participación distribuible en el ingreso neto de entidades conducto (Anejo R Entidad Conducto) ........ (13) | 0 | 00 |
| 14. Ingreso neto derivado de las operaciones de una entidad financiera internacional que opera como una unidad de un banco ........ (14) | 0 | 00 |
| 15. Fletes y pasajes ................................................... (15) | 0 | 00 |
| 16. Regalías ........................................................ (16) | 0 | 00 |
| 17. Condonación de deudas (Someta Formulario 480.6A) ........ (17) | 0 | 00 |
| 18. Espectáculos públicos ............................................ (18) | 0 | 00 |
| 19. Otros ingresos reportados en un Formulario 480.6A o 480.6B ........ (19) | 0 | 00 |
| 20. Ingresos misceláneos (Someta detalle) ........ (20) | 0 | 00 |
| 21. **Total de ingresos** (Sume líneas 3 y 6 a la 20) ........ (21) | 0 | 00 |
| 22. **Menos:** Cantidad exenta bajo Ley 135-2014 (Véanse instrucciones) (Ingreso de servicios $_____ ) ........ (22) | | |
| 23. Total de ingreso bruto de operaciones (Línea 21 menos línea 22) ........ (23) | 0 | 00 |

## Parte IX — Deducciones

| | Contribución Regular | | Contribución Básica Alterna o Alternativa Mínima | |
|---|---|---|---|---|
| **A. Partidas que deben ser reportadas en declaraciones informativas:** | | | | |
| 1. Compensación a directores (Véanse instrucciones Parte XIV) ........ (1) | 0 | 00 | 0 | 00 |
| 2. Compensación a oficiales (Véanse instrucciones Parte XV) ........ (2) | 0 | 00 | 0 | 00 |
| 3. Salarios, comisiones y bonificaciones a empleados (Véanse instrucciones) ........ (3) | 0 | 00 | 0 | 00 |
| 4. Salarios pagados a jóvenes universitarios (Total $_____ 0) Programas Pasantías del Departamento de Hacienda (Total $_____ 0) (Véanse instrucciones) ........ (4) | 0 | 00 | 0 | 00 |
| 5. Pagos por servicios prestados en Puerto Rico (Véanse instrucciones) ........ (5) | 0 | 00 | 0 | 00 |
| 6. Pagos por servicios prestados fuera de Puerto Rico (Véanse instrucciones) ........ (6) | 0 | 00 | 0 | 00 |
| 7. Servicios subcontratados ........ (7) | 0 | 00 | 0 | 00 |
| 8. Alquiler, renta y cánones pagados (Mueble $_____ 0) (Inmueble $_____ 0) (Véanse instrucciones) ........ (8) | 0 | 00 | 0 | 00 |
| 9. Primas de seguro (Excepto aportaciones a planes de salud o accidentes) (Véanse instrucciones) ........ (9) | 0 | 00 | 0 | 00 |
| 10. Servicios de telecomunicaciones ........ (10) | 0 | 00 | 0 | 00 |
| 11. Servicios de internet y televisión por cable o satélite ........ (11) | 0 | 00 | 0 | 00 |
| 12. Servicios combinados ("Bundles") (Véanse instrucciones) ........ (12) | 0 | 00 | 0 | 00 |
| 13. Anuncios ........ (13) | 0 | 00 | 0 | 00 |
| 14. Regalías ........ (14) | 0 | 00 | 0 | 00 |
| 15. Pagos por herramientas virtuales y tecnológicas y otras suscripciones ........ (15) | 0 | 00 | 0 | 00 |
| 16. Cuotas de colegiación y membresías de asociaciones profesionales pagadas a beneficio del empleado ........ (16) | 0 | 00 | 0 | 00 |
| 17. Cuotas de mantenimiento pagadas a asociaciones de residentes o condómines ........ (17) | 0 | 00 | 0 | 00 |
| 18. Pagos por indemnización judicial o extrajudicial ........ (18) | 0 | 00 | 0 | 00 |
| 19. Ciertos otros gastos (Véanse instrucciones) ........ (19) | 0 | 00 | 0 | 00 |
| 20. **Subtotal** (Sume líneas 1 a la 19) ........ (20) | 0 | 00 | 0 | 00 |
| **B. Partidas no reportadas en declaraciones informativas:** | | | | |
| 21. Intereses sobre deudas de negocio: Hipotecarios $_____ 0 Arrendamiento automóviles $_____ 0 y Otros $_____ 0 ........ (21) | 0 | 00 | 0 | 00 |
| 22. Contribuciones, patentes y licencias: | | | | |
|   (a) Contribución sobre la propiedad (Mueble $_____ 0) (Inmueble $_____ 0) ........ (22a) | 0 | 00 | 0 | 00 |
|   (b) Otras contribuciones: Patentes $_____ 0 Licencias $_____ 0 y Otros $_____ 0 ........ (22b) | 0 | 00 | 0 | 00 |
|   (c) Póliza del Fondo del Seguro del Estado ........ (22c) | 0 | 00 | 0 | 00 |
|   (d) Impuesto sobre ventas y uso ........ (22d) | 0 | 00 | 0 | 00 |
|   (e) Aportación especial por servicios profesionales y consultivos bajo la Ley 48-2013, según enmendada ........ (22e) | 0 | 00 | 0 | 00 |
| 23. Depreciación y amortización (Someta Anejo E Núm. _____ 0) ........ (23) | 0 | 00 | 0 | 00 |
| 24. Depreciación para negocios con volumen menor o igual a $3,000,000 (Someta Anejo E1 Núm. _____ 0) ........ (24) | 0 | 00 | 0 | 00 |
| 25. Energía eléctrica ........ (25) | 0 | 00 | 0 | 00 |
| 26. Agua y alcantarillado ........ (26) | 0 | 00 | 0 | 00 |
| 27. Aportaciones a planes de salud o accidentes ........ (27) | 0 | 00 | 0 | 00 |
| 28. Seguro social federal (FICA) ........ (28) | 0 | 00 | 0 | 00 |
| 29. Seguro de desempleo ........ (29) | 0 | 00 | 0 | 00 |
| 30. Aportación a planes de pensiones cualificados (Véanse instrucciones, Someta Modelo SC 6042) ........ (30) | 0 | 00 | 0 | 00 |
| 31. Deducción a patronos por: Personas impedidas $_____ 0 y Período de lactancia $_____ 0 (Véanse inst.) ........ (31) | 0 | 00 | 0 | 00 |
| 32. **Subtotal** (Sume líneas 21 a la 31) ........ (32) | 0 | 00 | 0 | 00 |

Período de Conservación: Diez (10) años

Formulario 480.2(EC) Rev. 10.22    Lucena Dairy Inc    66-0546621    Entidades Conducto - Página 4

**Parte IX**   Deducciones (Continuación)

C. Otras deducciones: Indique si incluye con esta planilla (Véanse instrucciones): ◯ 1 Estado Financiero Auditado ◯ 2 Informe de Procedimientos Previamente Acordados ("AUP") Número de Estampilla del Colegio de CPA de Puerto Rico_____ ◯ 3 Formulario de verificación de diligencia debida ("DDC") Núm. Agente Acreditado Especialista_____

| | Contribución Regular | | Contribución Básica Alterna o Alternativa Mínima | |
|---|---|---|---|---|
| 33. Gastos de automóviles (Millaje_____0_) (Véanse instrucciones) .......... AUP ◯ DDC ◯ (33) | 0 | 00 | 0 | 00 |
| 34. Gastos de otros vehículos de motor (Véanse instrucciones) ......... AUP ◯ DDC ◯ (34) | 0 | 00 | 0 | 00 |
| 35. Reparaciones y mantenimiento ......... AUP ◯ DDC ◯ (35) | 0 | 00 | 0 | 00 |
| 36. Gastos de viajes (Total de gastos $_____0_) ......... AUP ◯ DDC ◯ (36) | 0 | 00 | 0 | 00 |
| 37. Gastos de comida y entretenimiento (Total de gastos $_____0_) (Véanse instrucciones).. AUP ◯ DDC ◯ (37) | 0 | 00 | 0 | 00 |
| 38. Materiales y efectos de oficina ......... AUP ◯ DDC ◯ (38) | 0 | 00 | 0 | 00 |
| 39. Materiales utilizados directamente en la industria o negocio ......... AUP ◯ DDC ◯ (39) | 0 | 00 | 0 | 00 |
| 40. Sellos, comprobantes y aranceles ......... AUP ◯ DDC ◯ (40) | 0 | 00 | 0 | 00 |
| 41. Cargos de envío y franqueo ......... AUP ◯ DDC ◯ (41) | 0 | 00 | 0 | 00 |
| 42. Uniformes ......... AUP ◯ DDC ◯ (42) | 0 | 00 | 0 | 00 |
| 43. Estacionamientos y peaje ......... AUP ◯ DDC ◯ (43) | 0 | 00 | 0 | 00 |
| 44. Gastos de oficina ......... AUP ◯ DDC ◯ (44) | 0 | 00 | 0 | 00 |
| 45. Cargos bancarios ......... AUP ◯ DDC ◯ (45) | 0 | 00 | 0 | 00 |
| 46. Deudas incobrables ......... AUP ◯ DDC ◯ (46) | 0 | 00 | 0 | 00 |
| 47. Aportaciones a cuentas de aportación educativa para los beneficiarios de sus empleados (Véanse instrucciones) ......... AUP ◯ DDC ◯ (47) | 0 | 00 | 0 | 00 |
| 48. Gastos incurridos o pagados a accionistas, personas o entidades relacionadas fuera de Puerto Rico (Véanse instrucciones) (Total $_____0_) ......... AUP ◯ DDC ◯ (48) | 0 | 00 | 0 | 00 |
| 49. Deducción por gastos incurridos o pagados a accionistas, personas o entidades relacionadas, totalmente deducibles (Véanse instrucciones) ......... (49) | 0 | 00 | 0 | 00 |
| 50. Pérdidas ocasionadas por fuego, huracán, otros siniestros o por robo (Véanse instrucciones) ......... (50) | 0 | 00 | 0 | 00 |
| 51. Cargos de administración ......... AUP ◯ DDC ◯ (51) | 0 | 00 | 0 | 00 |
| 52. Gastos en propiedades arrendadas a la Compañía de Fomento Industrial de Puerto Rico o almacén de la Compañía de Comercio y Exportación (Véanse instrucciones) ......... AUP ◯ DDC ◯ (52) | 0 | 00 | 0 | 00 |
| 53. Otras deducciones (Someta detalle) ......... (53) | 0 | 00 | 0 | 00 |
| 54. **Subtotal** (Sume líneas 33 a la 53) ......... (54) | 0 | 00 | 0 | 00 |
| 55. Total de deducciones antes de donativos (Sume líneas 20, 32 y 54) ......... (55) | 0 | 00 | 0 | 00 |
| 56. Donativos ......... (56) | 0 | 00 | 0 | 00 |
| 57. **Total de deducciones** (Sume líneas 55 y 56) ......... (57) | 0 | 00 | 0 | 00 |
| 58. Ajuste por deducciones no admisibles para contribución básica alterna y contribución alternativa mínima (Línea 55, primera Columna menos línea 55, segunda Columna. Anote aquí el resultado y traslade a la Parte II, línea 20) ......... (58) | | | 0 | 00 |

**Parte X**   Costo de Ventas

| | | | |
|---|---|---|---|
| 1. Inventario al comienzo del año 1 ☐ "C"   2 ☐ "C" o "VM" ......... (1) | | 0 | 00 |
| 2. Compra de materiales o mercadería ......... (2) | | 0 | 00 |
| 3. Jornales directos ......... (3) | | 0 | 00 |
| 4. Otros costos directos (De la Parte XI, línea 17) ......... (4) | | 0 | 00 |
| 5. Costo de bienes disponibles para la venta (Sume líneas 1 a la 4) ......... (5) | | 0 | 00 |
| 6. Menos: Inventario al finalizar el año 1 ☐ "C"   2 ☐ "C" o "VM" ......... (6) | | 0 | 00 |
| 7. Total de costo de ventas o costos directos de producción (Línea 5 menos línea 6. Véanse instrucciones) ......... (7) | | 0 | 00 |

**Parte XI**   Otros Costos Directos

| Partida | Importe | | Partida | Importe | |
|---|---|---|---|---|---|
| 1. Jornales, sueldos y bonificaciones ......... (1) | 0 | 00 | 10. Energía eléctrica ......... (10) | 0 | 00 |
| 2. Seguro social federal (FICA) ......... (2) | 0 | 00 | 11. Agua y alcantarillado ......... (11) | 0 | 00 |
| 3. Seguro de desempleo ......... (3) | 0 | 00 | 12. Renta ......... (12) | 0 | 00 |
| 4. Primas del Fondo del Seguro del Estado ......... (4) | 0 | 00 | 13. Gastos de empaque de productos ......... (13) | 0 | 00 |
| 5. Aportaciones a planes de salud o accidentes ......... (5) | 0 | 00 | 14. Gastos de comida pagados a empleados de producción (Total $_____) ......... (14) | 0 | 00 |
| 6. Primas de seguro (Excepto aportaciones a planes de salud o accidentes) ......... (6) | 0 | 00 | 15. Depreciación (Someta Anejo E Núm. ___0___ o Anejo E1 Núm. ___0__) ......... (15) | 0 | 00 |
| 7. Arbitrios / Impuesto sobre uso ......... (7) | 0 | 00 | 16. Otros costos directos (Someta detalle) ......... (16) | 0 | 00 |
| 8. Impuesto sobre ventas y uso en importaciones ......... (8) | 0 | 00 | 17. **Total otros costos directos** (Sume líneas 1 a la 16. Traslade a la Parte X, línea 4) ......... (17) | 0 | 00 |
| 9. Reparaciones y mantenimiento ......... (9) | 0 | 00 | | | |

Período de Conservación: Diez (10) años

Formulario 480.2(EC)  Rev. 10.22          Entidades Conducto - Página 6

**Parte XVI**   Estado de Situación Comparado

| Activos | | Al comenzar el año | Total | | Al terminar el año | Total |
|---|---|---|---|---|---|---|
| 1. Efectivo en caja y bancos ......................... | (1) | | 72,412  00 | (1) | | 36,776  00 |
| 2. Cuentas a cobrar ..................................... | (2) | 0  00 | | (2) | 0  00 | |
| 3. Menos: Reserva para cuentas incobrables ... | (3) | 0  00 | 0  00 | (3) | ( 0  00 ) | 0  00 |
| 4. Inventarios ............................................... | (4) | | 17,513  00 | (4) | | 17,513  00 |
| 5. Otros activos corrientes .......................... | (5) | | 0  00 | (5) | | 0  00 |
| 6. Obligaciones a cobrar .............................. | (6) | | 0  00 | (6) | | 0  00 |
| 7. Inversiones ............................................. | (7) | | 0  00 | (7) | | 0  00 |
| 8. Activos depreciables ............................... | (8) | 2,431,870  00 | | (8) | 2,444,951  00 | |
| 9. Menos: Reserva para depreciación ........... | (9) | 2,266,237  00 | 165,633  00 | (9) | 2,383,148  00 | 61,803  00 |
| 10. Préstamos por cobrar de accionistas o entidades relacionadas ......................................... | (10) | | 0  00 | (10) | | 3,159,035  00 |
| 11. Terrenos ................................................. | (11) | | 0  00 | (11) | | 0  00 |
| 12. Otros activos a largo plazo ..................... | (12) | | 3,731,992  00 | (12) | | 715,100  00 |
| 13. Total de Activos ..................................... | (13) | | 3,987,550  00 | (13) | | 3,990,227  00 |
| **Pasivos y Capital** | | | | | | |
| **Pasivos** | | | | | | |
| 14. Cuentas a pagar ..................................... | (14) | 55,871  00 | | (14) | 55,872  00 | |
| 15. Gastos incurridos y no pagados ............... | (15) | 25,378  00 | | (15) | 31,376  00 | |
| 16. Otros pasivos corrientes ......................... | (16) | 0  00 | | (16) | 0  00 | |
| 17. Obligaciones a pagar a largo plazo ......... | (17) | 5,768,112  00 | | (17) | 5,661,730  00 | |
| 18. Obligaciones a pagar a accionistas o entidades relacionadas ......................................... | (18) | 150,000  00 | | (18) | 150,000  00 | |
| 19. Otras obligaciones a largo plazo ............. | (19) | 0  00 | | (19) | 0  00 | |
| 20. Total de Pasivos .................................... | (20) | | 5,999,361  00 | (20) | | 5,898,978  00 |
| **Capital** | | | | | | |
| 21. Capital en acciones | | | | | | |
|   (a) Acciones preferidas ......................... | (21a) | 0  00 | | (21a) | 0  00 | |
|   (b) Acciones comunes .......................... | (21b) | 1,440,397  00 | | (21b) | 1,440,397  00 | |
| 22. Sobrante de capital o capital social ......... | (22) | 0  00 | | (22) | 0  00 | |
| 23. Ganancias retenidas o beneficio sin distribuir ... | (23) | -3,452,208  00 | | (23) | -3,349,148  00 | |
| 24. Reserva .................................................. | (24) | 0  00 | | (24) | 0  00 | |
| 25. Total de Capital ..................................... | (25) | | -2,011,811  00 | (25) | | -1,908,751  00 |
| 26. Total Pasivos y Capital .......................... | (26) | | 3,987,550  00 | (26) | | 3,990,227  00 |

**Parte XVII**   Reconciliación del Ingreso Neto (o Pérdida) según Libros con el Ingreso Neto Tributable (o Pérdida) según Planilla

1. Ingreso neto (o pérdida) según libros ............... (1)   110,110  00
2. Exceso de pérdidas de capital sobre ganancias de capital ......................................... (2)   0  00
3. Ingreso tributable no registrado en los libros este año (Detalle, use anejo si es necesario)
  (a) _____ $ _____ 0
  (b) _____ $ _____ 0
  (c) _____ $ _____ 0
  Total ........................................... (3)   0  00
4. Gastos registrados en los libros este año no reclamados en esta planilla (Detalle, use anejo si es necesario)
  (a) Comida y entretenimiento (porción no deducible) $ _____ 0
  (b) Depreciación $ _____ 0
  (c) Embarcaciones, aeronaves y propiedad localizada fuera de P.R. $ _____ 0
  (d) Gastos incurridos o pagados a accionistas, personas o entidades relacionadas (porción no deducible) $ _____ 0
  (e) Gastos de viaje y hospedaje (porción no deducible) $ _____ 0
  (f) Indemnización por casos de hostigamiento y gastos relacionados $ _____ 0
  (g) _____ $ _____ 0
  (h) _____ $ _____ 0
  Total ........................................... (4)   0  00
5. **Total** (Sume líneas 1 a la 4) ..................... (5)   110,110  00

6. Ingreso registrado en los libros este año no incluido en esta planilla (Detalle, use anejo si es necesario)
  (a) Ingresos exentos (Anejo IE Entidad Conducto, Parte II, línea 21) $ _____ 448,848
  (b) Ingresos excluidos (Anejo IE Entidad Conducto, Parte I, línea 10) $ _____ 0
  (c) _____ $ _____ 0
  (d) _____ $ _____ 0
  (e) _____ $ _____ 0
  Total ........................................... (6)   448,848  00
7. Deducciones en esta planilla no llevadas contra el ingreso en los libros este año (Detalle, use anejo si es necesario)
  (a) Depreciación $ _____ 0
  (b) 90% Exento $ _____ -304,864
  (c) _____ $ _____ 0
  (d) _____ $ _____ 0
  (e) _____ $ _____ 0
  (f) _____ $ _____ 0
  Total ........................................... (7)   -304,864  00
8. **Total** (Sume líneas 6 y 7) ........................ (8)   143,984  00
9. Ingreso neto tributable (o pérdida) según planilla (Línea 5 menos línea 8) ......................... (9)   -33,874  00

Período de Conservación: Diez (10) años

NUMERO DE CONFIRMACION:X1943324928        Reproducido por CEGsoft (www.cegsoft.com)

Formulario 480.2(EC) Rev. 10.22 Lucena Dairy Inc · · · · · · · · · · · · · · · · · · · · · · · 66-0546621 · · · Entidades Conducto - Página 7

## Parte XVIII — Análisis de las Ganancias sin Distribuir según Libros

| | | |
|---|---|---|
| 1. Balance al comenzar el año | (1) | -3,452,208 00 |
| 2. Ingreso neto según libros | (2) | 110,110 00 |
| 3. Otros aumentos (Detalle, use anejo si es necesario) _____ | | |
| | (3) | 0 00 |
| 4. Total (Sume líneas 1, 2 y 3) | (4) | -3,342,098 00 |

| | | |
|---|---|---|
| 5. Distribuciones: (a) Efectivo | (5a) | 7,050 00 |
| (b) Propiedad | (5b) | 0 00 |
| (c) Acciones | (5c) | 0 00 |
| 6. Otras rebajas (Use anejo si es necesario) _____ | | |
| | (6) | 0 00 |
| 7. Total (Sume líneas 5 y 6) | (7) | 7,050 00 |
| 8. Balance al finalizar el año (Línea 4 menos línea 7) | (8) | -3,349,148 00 |

## Parte XIX — Cómputo del Porcentaje del Ingreso Bruto Derivado de Actividades Elegibles

| | Ingresos de actividades elegibles | | Ingresos de actividades no elegibles | |
|---|---|---|---|---|
| (A) Fuentes de Puerto Rico | (B) Fuentes fuera de Puerto Rico | (C) Fuentes de Puerto Rico | (D) Fuentes fuera de Puerto Rico |
| 1,571,162 | 0 | 0 | 0 |

| | | |
|---|---|---|
| 1. Ingreso bruto derivado durante el período (Sume Columnas A a la D) | (1) | 1,571,162 |
| 2. Ingreso bruto de fuentes de Puerto Rico (Sume Columnas A y C) | (2) | 1,571,162 |
| 3. Divida la línea 2 entre la línea 1 | (3) | 100 % |
| 4. Ingreso bruto de actividades elegibles (Sume Columnas A y B) | (4) | 1,571,162 |
| 5. Divida la línea 4 entre la línea 1 | (5) | 100 % |

## Parte XX — Cómputo del Porcentaje de Ingreso Bruto Derivado de la Industria o Negocio

| (A) Ingreso de la explotación de una industria o negocio exclusivamente en P.R. | (B) Ingreso de actividades no relacionadas (incluyendo ingresos de fuentes fuera de P.R.) |
|---|---|
| 0 | 0 |

| | | |
|---|---|---|
| 1. Ingreso bruto derivado durante el período (Sume Columnas A y B) | (1) | 0 00 |
| 2. Ingreso bruto de la industria o negocio (Columna A) | (2) | 0 00 |
| 3. Divida la línea 2 entre la línea 1 | (3) | 0 % |

## Parte XXI — Cuestionario

| | SÍ | NO | N/A |
|---|---|---|---|
| 1. ¿Mantuvo la entidad durante este año parte de sus récords en un sistema computadorizado? (1) | X | | |
| 2. Los libros de la entidad están a cargo de: | | | |

Nombre **Top Consulting Group**
Dirección **Carr #130 Km 7.7**
**Hatillo PR 00659**
Correo electrónico (E-mail) **contact@topconsultinggroup.net**
Teléfono **(787) 898 - 5070**

3. Indique el método de contabilidad utilizado:
1 ☐ Recibido y Pagado   2 ☒ Acumulación
3 ☐ Otro (especifique): _____

| | SÍ | NO | N/A |
|---|---|---|---|
| 4. ¿Rindió la entidad los siguientes documentos? | | | |
| Declaraciones Informativas (Véanse instrucciones) (4a) | X | | |
| Comprobantes de Retención (Formulario 499R-2/W-2PR) (4b) | X | | |
| 5. ¿El volumen de negocio de la entidad o el volumen agregado del grupo de entidades relacionadas, si la entidad es miembro de dicho grupo, es igual o mayor de $10,000,000? (Véanse instrucciones) (5) | | X | |
| (a) ¿Incluye estados financieros auditados, según lo dispuesto en la Sección 1061.15 del Código? (Véanse instrucciones) (5a) | | X | |
| Número de Estampilla del Colegio de CPA _____ | | | |
| (b) ¿Incluye Anejo PCI - Posiciones Contributivas Inciertas? (5b) | | X | |
| (c) Si la entidad es miembro de un grupo de entidades relacionadas y el volumen de negocio de la entidad es menor de $3,000,000, ¿incluye estados financieros auditados o informe de procedimientos previamente acordados firmados por un CPA con licencia de Puerto Rico, según lo dispuesto en la Sección 1061.15(a)(5)(A)(i) del Código? (5c) | | X | |
| Número de Estampilla del Colegio de CPA _____ | | | |
| (d) Si la entidad es miembro de un grupo de entidades relacionadas y el volumen de negocio de la entidad es igual o mayor de $3,000,000, ¿incluye estados financieros auditados firmados por un CPA con licencia de Puerto Rico, según lo dispuesto en la Sección 1061.15(a)(5)(A)(i) del Código? (5d) | | X | |
| 6. Si la entidad es miembro de un grupo de entidades relacionadas, ¿el volumen de negocio de la entidad es igual o mayor de $3,000,000 pero menor de $10,000,000? (6) | | X | |
| (a) ¿Incluye estados financieros auditados o informe de procedimientos previamente acordados firmados por un CPA con licencia de Puerto Rico, según lo dispuesto en la Sección 1061.15(a)(3) del Código? (6a) | | | |
| Número de Estampilla del Colegio de CPA _____ | | | |
| 7. ¿Reclamó la entidad gastos relacionados con la titularidad, uso, mantenimiento y depreciación de: | | | |
| (a) Automóviles? (7a) | X | | |
| (b) Embarcaciones? (7b) | | X | |
| (1) ¿Derivó más del 80% de la totalidad de sus ingresos de actividades relacionadas exclusivamente con la pesca o transportación de pasajeros o carga o arrendamiento? (7b1) | | | X |
| (c) Aeronaves? (7c) | | X | |
| (1) ¿Derivó más del 80% de la totalidad de sus ingresos de actividades relacionadas exclusivamente con la transportación de pasajeros o carga o arrendamiento? (7c1) | | | X |
| (d) Propiedad residencial fuera de Puerto Rico? (7d) | | X | |
| (1) ¿Derivó más del 80% de la totalidad de sus ingresos de actividades relacionadas exclusivamente con el alquiler de propiedades a personas no relacionadas? (7d1) | | | X |

| | SÍ | NO | N/A |
|---|---|---|---|
| 8. ¿Reclamó gastos relacionados con: | | | |
| (a) Alojamiento? (excepto empleados del negocio) (8a) | | X | |
| (b) ¿Empleados que asistieron a convenciones fuera de Puerto Rico o los Estados Unidos? (8b) | | X | |
| 9. ¿Tiene en vigor una elección bajo la Sección 340 de LCSI de 1954 al cierre del último año contributivo antes del 1 de julio de 1995? (9) | | | |
| 10. ¿Tenía actividades y beneficios atribuibles a períodos en que no era una entidad conducto, o recibidos en liquidaciones o reorganizaciones? (10) | | | |
| Anote la cantidad $ _____ | | | |
| 11. ¿Es la entidad dueño de una entidad conducto? (Si es más de una someta detalle) (11) | | | |
| Nombre _____ | | | |
| Número de Identificación Patronal de la entidad conducto de nivel inferior _____ | | | |
| Indique la proporción de participación _____ 0 % | | | |
| 12. Anote la cantidad de donativos a municipios (Véanse instrucciones) $ _____ | | | |
| 13. ¿Recibió ingresos de una inversión temporal durante los primeros 36 meses de haber comenzado la explotación de la actividad elegible o de la industria o negocio? (13) | | | |
| 14. Número de dueños _____ 1 | | | |
| 15. Número de empleados _____ 13 | | | |
| 16. ¿Recibió ingresos exentos? (Someta Anejo IE Entidad Conducto) (16) | X | | |
| 17. Indique si pagó primas a aseguradores no autorizados (17) | | X | |
| 18. Número de patrono otorgado por el Departamento del Trabajo y Recursos Humanos: _____ 1645160009 | | | |
| 19. ¿Incurrió o pagó gastos a accionistas, personas o entidades relacionadas fuera de Puerto Rico? (19) | | X | |
| (a) ¿Tiene un estudio de precios de transferencia? (Si contestó "Sí", incluya Modelo SC 6175 - Certificación de Cumplimiento y Disponibilidad de Estudio de Precios de Transferencia) (19a) | | | X |
| (b) ¿Obtuvo determinación administrativa para tener derecho a la totalidad del deducción? (Si contestó "Sí", someta copia de la misma) (19b) | | | X |
| 20. ¿Reclamó la entidad gastos relacionados con servicios provistos por no residentes de Puerto Rico? (Total) (20) | | X | |
| (a) ¿Pagó el impuesto sobre ventas y uso correspondiente? (20a) | | | X |
| 21. ¿Reclamó la corporación gastos de depreciación por propiedad mueble tangible adquirida durante el año? (21) | | X | |
| (a) ¿Pagó el impuesto sobre ventas y uso correspondiente? (21a) | | | X |
| 22. Si marcó que es un Fondo de Capital Privado bajo Ley 185-2014, según enmendada, o Ley 60-2019, según enmendada, indique: | | | |
| (a) Fecha de creación _____ | | | |
| (b) Fecha de elección _____ | | | |
| (c) ¿Cumple con los requisitos de elegibilidad para el año contributivo? (22c) | | | X |
| 23. ¿Solicitó cambio en período de contabilidad? (23) | | | X |
| (a) Fecha de solicitud _____ | | | |
| (b) Fecha de aprobación _____ | | | |

Período de Conservación: Diez (10) años

Lucena Dairy Inc

66-0546621

### GOBIERNO DE PUERTO RICO

### DETALLE ADJUNTO DEL FORMULARIO 480.2(EC)

### PLANILLA INFORMATIVA SOBRE INGRESOS DE ENTIDADES CONDUCTO

### PARA EL AÑO TERMINADO EN 31/12/2022

### Página 7, Parte XVIII, Línea 6 - Otras Rebajas

| Descripción | Cantidad |
|---|---|
| | $0 |
| Total | $0 |

Reproducido por CEGsoft (www.cegsoft.com)

**Formulario 480.6 EC**
Rev. 10.22

**20 22**

Gobierno de Puerto Rico
DEPARTAMENTO DE HACIENDA

**DECLARACIÓN INFORMATIVA ENTIDAD CONDUCTO**

**Participación Distribuible**
**de los Dueños en Ingresos, Pérdidas y Créditos**

Año contributivo comenzado el _01_ de _ene._ de 20_22_ y terminado el _31_ de _dic._ de 20_22_

**20 22**

Número Confirmación de Radicación Electrónica
X1943324928

Número de Control
000000001

Número de Control de Informativa Original

| Indique el formulario con respecto al cual se prepara esta Declaración Informativa: 1 [X] 480.2(EC) 2 ☐ 480.1(SC) 3 ☐ 480.2(U) |

Nombre del Dueño
Jorge Lucena

Núm. de Seguro Social o Identificación Patronal del Dueño

ENMENDADA ☐
(Día_____ Mes_____ Año_____)

Dirección
PO BOX 69001                                      Hatillo                    PR          00659

Nombre de la Entidad
Lucena Dairy Inc

Núm. de Identificación Patronal de la Entidad
66-0546621

Tipo de Industria
11212

Dirección
PO BOX 69001 PMB 101                              Hatillo                    PR          00659-6901

**Parte I       INFORMACIÓN DEL DUEÑO**

**A. 1. Socio Gestor** [X]
**2. Socio Limitado** ☐
**3. Socio Ilimitado** ☐

**B. TIPO:**
**1. Individuo** [X]
**2. Fideicomiso** ☐
**3. Caudal Relicto** ☐
**4. Entidad Conducto** ☐
**5. Corporación** ☐

**C. ESTATUS:**
**1. Residente** [X]
**2. No residente** ☐

**D. Porcentaje de participación en:**
1. Pérdidas (100.%)        2. Ganancias (100.%)
**E. Porción de las deudas corrientes de la Entidad asumidas por los dueños.**
1. Garantizadas:   0
2. No garantizadas:   0
**F. Deudas atribuibles a dueños de la Entidad Conducto acogidas a Ley 78-1993 y Ley Núm. 52 de 1983.**
Garantizadas:   0
**G. Número de registro de comerciante de la entidad:**
00592500010
**H.** Sujeto a Ley 154-2010 .............................. ☐Sí [X]No
**I.** Elección Contribución Opcional
(Sección 1071.10 del Código) .................... ☐Sí [X]No

**J. Dueño sometió Declaración Jurada**
(Sección 1062.07(a)(1)(B) del Código) ........... ☐Sí [X]No
**K.** Dueño efectuó la elección de la
Sección 1062.07(a)(1)(A) del Código ............ ☐Sí [X]No
**I.** Indique si la Entidad se acogió a la exención bajo las siguientes leyes:
1. Ley Núm. 52 de 1983
2. Ley Núm. 47 de 1987
3. Ley 78-1993
4. Ley 165-1996
5. Ley 135-1997
6. Ley 362-1999
7. Ley 73-2008
8. Ley 74-2010
9. Ley 83-2010
10. Ley 132-2010
11. Ley 27-2011
12. Ley 20-2012
13. Ley 14-2017
Núm. Decreto
14. Ley 60-2019 [X]
Sección _____
15. Otra _____

**Parte II       ANÁLISIS DE LA CUENTA DE CAPITAL DEL DUEÑO**

| (a) Aportaciones de capital hechas durante el año | (b) Otros aumentos de base (Someta detalle) | (c) Participación distribuible del dueño en la ganancia o pérdida de la Entidad | (d) Deudas del dueño asumidas y garantizadas por la Entidad | (e) Retiros y distribuciones | (f) Otras disminuciones de base (Véanse instrucciones) |
|---|---|---|---|---|---|
| 0 | 0 | -33,874 | 0 | 7,050 | |

**Parte III       PARTIDAS DISTRIBUIBLES POR CATEGORÍA**

| | | Cantidad | Contribución Retenida |
|---|---|---|---|
| 1. Ganancia (o pérdida) neta en la venta o permuta de activos de capital a largo plazo (Anejo D Entidad Conducto) .... | (1) | 0 00 | |
| 2. Ganancia (o pérdida) neta en la venta o permuta de activos de capital a corto plazo (Anejo D Entidad Conducto) .... | (2) | 0 00 | |
| 3. Ganancia (o pérdida) neta en la venta o permuta de sustancialmente todos los activos dedicados a una actividad bajo la Ley 78-1993 (Anejo D Entidad Conducto) ......................... | (3) | 0 00 | |
| 4. Ganancia (o pérdida) neta en la venta o permuta de propiedad utilizada en el negocio (Anejo D Entidad Conducto) .... | (4) | 0 00 | |
| 5. Ingreso neto (o pérdida) de la industria o negocio de la entidad (Véanse instrucciones) .......................... | (5) | 0 00 | 0 00 |
| (a) Porción del ingreso neto atribuible a los servicios prestados por los dueños ............... | (5a) | 0 00 | |
| (b) Ingreso neto (o pérdida) remanente (Línea 5 menos línea 5(a)) ......................... | (5b) | 0 00 | |
| 6. Ingreso neto (o pérdida) sobre ingresos parcialmente exentos (Véanse instrucciones) ................. | (6) | 0 00 | 0 00 |
| 7. Ingreso neto (o pérdida) sobre ingresos sujetos a tasa preferencial (Véanse instrucciones) .............. | (7) | 33,874 00 | 0 00 |
| 8. Distribución elegible de dividendos de corporaciones a 15% (Véanse instrucciones) ................. | (8) | 0 00 | |
| 9. Distribuciones de dividendos sujetos a retención a _____0%_ (Véanse instrucciones) ................. | (9) | 0 00 | |
| 10. Ingreso de intereses sobre depósitos en instituciones financieras sujetos a retención (Véanse instrucciones) ...... | (10) | 0 00 | 0 00 |
| 11. Ingreso de intereses sobre depósitos en instituciones financieras no sujetos a retención (Véanse instrucciones) ... | (11) | 0 00 | |
| 12. Otros intereses sujetos a retención a la tasa de 10% (Véanse instrucciones) ................. | (12) | 0 00 | 0 00 |
| 13. Otros intereses sujetos a retención a _____0 %_ (Véanse instrucciones) ................. | (13) | 0 00 | |
| 14. Participación distribuible en la ganancia de una entidad conducto poseída por la entidad (Véanse instrucciones) .... | (14) | 0 00 | 0 00 |
| 15. Participación distribuible de una entidad conducto poseída por la entidad (Véanse instrucciones) ........... | (15) | 0 00 | |
| 16. Otros ............................................... | (16) | 0 00 | 0 00 |
| 17. Total de ingreso neto (o pérdida) de las partidas distribuibles por categoría (Sume líneas 1 a la 16) .... | (17) | 33,874 00 | 0 00 |
| 18. Ingresos exentos (Anejo IE Entidad Conducto) ................. | (18) | 448,848 00 | |
| 19. Ingresos exentos sujetos a contribución básica alterna (Anejo IE Entidad Conducto) (Véanse instrucciones) ...... | (19) | 0 00 | |
| 20. Ajuste por deducciones no admisibles para contribución básica alterna y contribución alternativa mínima (Véanse inst.) .. | (20) | 0 00 | |
| 21. Otros ajustes para propósitos de la contribución básica alterna (Véanse instrucciones) ................. | (21) | 0 00 | |
| 22. Otros ajustes para propósitos de la contribución alternativa mínima (Véanse instrucciones) ................. | (22) | 0 00 | |
| 23. Donativos (Véanse instrucciones) ................. | (23) | 0 00 | |
| 24. Volumen de negocios (Véanse instrucciones) ................. | (24) | 1,571,162 00 | |
| 25. Ingreso bruto de la entidad conducto (Véanse instrucciones) ................. | (25) | 62,479 00 | |
| (a) Ingreso bruto relacionado con la prestación de servicios ................. | (25a) | 0 00 | |
| 26. Ingreso bruto de entidades conducto subsidiarias (Véanse instrucciones) ................. | (26) | 0 00 | |
| (a) Ingreso bruto relacionado a la prestación de servicios ................. | (26a) | 0 00 | |
| 27. Contribución opcional (Sección 1071.10 del Código) (Véanse instrucciones) ................. | (27) | 0 00 | |

Período de Conservación: Diez (10) años

Reproducido por CEGsoft (www.cegsoft.com)

Formulario 480.6 EC  Rev. 10.22

Página 2

| Parte IV | DUEÑOS EXTRANJEROS NO RESIDENTES | | Cantidad | Contribución Retenida |
|---|---|---|---|---|
| 1. | Participación distribuible en ingreso neto de la entidad conducto ............... (1) | | 0 00 | |

| Parte V | CRÉDITOS (Véanse instrucciones) | A - Pre Manejador de Créditos Contributivos | B - Post Manejador de Créditos Contributivos |
|---|---|---|---|
| **A. CRÉDITOS SUJETOS A LA LIMITACIÓN PROVISTA POR LA SECCIÓN 1051.13 DEL CÓDIGO** | | | |
| 1. | Crédito atribuible a pérdidas o por inversión en el Fondo de Capital de Inversión, de Turismo u otros fondos o directamente (Anejos Q y Q1) ............... (1) | 0 00 | 0 00 |
| 2. | Crédito por inversión en infraestructura de vivienda (Ley 98-2001, según enmendada) (Véanse instrucciones) ............... (2) | 0 00 | 0 00 |
| 3. | Crédito por inversión en la adquisición, construcción o rehabilitación de vivienda asequible para alquiler a las personas de edad avanzada (Capítulo 2 de la Ley 140-2001, según enmendada) (Véanse instrucciones) ............... (3) | 0 00 | 0 00 |
| 4. | Crédito por inversión en construcción en centros urbanos (Ley 212-2002, según enmendada) (Véanse instrucciones) ............... (4) | 0 00 | 0 00 |
| 5. | Crédito por constitución de servidumbres de conservación elegibles o donación de terrenos elegibles (Ley 183-2001, según enmendada) (Véanse instrucciones) ............... (5) | 0 00 | 0 00 |
| 6. | Crédito por la compra de créditos contributivos (Complete Parte VII) (Véanse instrucciones) ............... (6) | 0 00 | 0 00 |
| 7. | Otros créditos sujetos a la limitación no incluidos en las líneas anteriores (Someta detalle) ............... (7) | 0 00 | 0 00 |
| **B. CRÉDITOS NO SUJETOS A LA LIMITACIÓN PROVISTA POR LA SECCIÓN 1051.13 DEL CÓDIGO** | | | |
| 8. | Crédito por retención en el origen sobre dividendos de Fomento Industrial (Ley Núm. 8 de 1987) ............... (8) | 0 00 | 0 00 |
| 9. | Crédito por inversión en desarrollo industria fílmica (Ley 27-2011): ☐ 1 Proyecto Fílmico o ☐ 2 Proyecto Infraestructura (Véanse instrucciones) ............... (9) | 0 00 | 0 00 |
| 10. | Crédito por compra o transmisión de programación televisiva realizada en P.R. (Sección 1051.14) (Véanse instrucciones) ............... (10) | 0 00 | 0 00 |
| 11. | Crédito por donativos a fundaciones de ex gobernadores (Véanse instrucciones) ............... (11) | 0 00 | 0 00 |
| 12. | Crédito por donativos al: ☐ 1 Patronato del Palacio de Santa Catalina  ☐ 2 Patronato del Capitolio Estatal de la Asamblea Legislativa (Véanse instrucciones) ............... (12) | 0 00 | 0 00 |
| 13. | Crédito por inversión (Sección 6 de la Ley 73-2008) ............... (13) | 0 00 | 0 00 |
| 14. | Crédito por inversión en zonas de oportunidad (Ley 60-2019) ............... (14) | 0 00 | 0 00 |
| 15. | Crédito por la compra de créditos contributivos (Complete Parte VII) (Véanse instrucciones) ............... (15) | 0 00 | 0 00 |
| 16. | Otros créditos no sujetos a limitación no incluidos en las líneas anteriores (Someta detalle) ............... (16) | 0 00 | 0 00 |

| Parte VI | CONTRIBUCIONES PAGADAS A PAISES EXTRANJEROS Y LOS ESTADOS UNIDOS, SUS ESTADOS, TERRITORIOS Y POSESIONES (Véanse inst.) | | | | | |
|---|---|---|---|---|---|---|
| | | País Extranjero, Estado, Territorio o Posesión de los Estados Unidos | | | Estados Unidos | Total |
| | | A | B | C | | |
| | Nombre del país, estado, territorio o posesión | | | | | |
| 1. | Ingreso neto de fuentes del país, estado, territorio o posesión (1) | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 |
| 2. | Contribución pagada durante el año ............... (2) | 0 00 | 0 00 | 0 00 | 0 00 | 0 00 |

| Parte VII | DETALLE DE COMPRA DE CRÉDITOS CONTRIBUTIVOS | A - Pre Manejador de Créditos Contributivos | B - Post Manejador de Créditos Contributivos |
|---|---|---|---|
| Marque el bloque correspondiente a la ley (o leyes) bajo la cual adquirió el crédito e indique la cantidad del mismo: | | | |
| **A. CRÉDITOS SUJETOS A LA LIMITACIÓN PROVISTA POR LA SECCIÓN 1051.13 DEL CÓDIGO** | | | |
| 1. | ☐ Desperdicios Sólidos (Ley 159-2011) ............... (1) | 0 00 | 0 00 |
| 2. | ☐ Fondo de Capital de Inversión (Ley 46-2000) ............... (2) | 0 00 | 0 00 |
| 3. | ☐ Infraestructura de Vivienda (Ley 98-2001) ............... (3) | 0 00 | 0 00 |
| 4. | ☐ Construcción o Rehabilitación de Vivienda para Alquiler a Familias de Ingresos Bajos o Moderados o Inversión en la Adquisición, Construcción o Rehabilitación de Vivienda Asequible para Alquiler a las Personas de Edad Avanzada (Ley 140-2001, según enmendada) ............... (4) | 0 00 | 0 00 |
| 5. | ☐ Servidumbre de Conservación (Ley 183-2001) ............... (5) | 0 00 | 0 00 |
| 6. | ☐ Revitalización de los Centros Urbanos (Ley 212-2002) ............... (6) | 0 00 | 0 00 |
| 7. | ☐ Otro: ............... (7) | 0 00 | 0 00 |
| 8. | Total de crédito por la compra de créditos contributivos sujetos a limitación (Sume líneas 1 a la 7, Columnas A y B, respectivamente. Traslade a la Parte V, línea 6) ............... (8) | 0 00 | 0 00 |
| **B. CRÉDITOS NO SUJETOS A LA LIMITACIÓN PROVISTA POR LA SECCIÓN 1051.13 DEL CÓDIGO** | | | |
| 9. | ☐ Desarrollo Turístico (Ley 78-1993 y Ley 74-2010) ............... (9) | 0 00 | 0 00 |
| 10. | ☐ Inversión Elegible Turística (Ley 60-2019) ............... (10) | 0 00 | 0 00 |
| 11. | ☐ Desarrollo Industria Fílmica (Ley 27-2011) ............... (11) | 0 00 | 0 00 |
| 12. | ☐ Industrias Creativas (Ley 60-2019) ............... (12) | 0 00 | 0 00 |
| 13. | ☐ Incentivos Económicos (Investigación y Desarrollo) (Sección 5(c) de la Ley 73-2008) ............... (13) | 0 00 | 0 00 |
| 14. | ☐ Incentivos Económicos (Inversión Industrial) (Sección 6 de la Ley 73-2008) ............... (14) | 0 00 | 0 00 |
| 15. | ☐ Incentivos Energía Verde (Investigación y Desarrollo) (Ley 83-2010) ............... (15) | 0 00 | 0 00 |
| 16. | ☐ Inversión en Investigación y Desarrollo (Ley 60-2019) ............... (16) | 0 00 | 0 00 |
| 17. | ☐ Zonas de Oportunidad (Ley 60-2019) ............... (17) | 0 00 | 0 00 |
| 18. | ☐ Otro: ............... (18) | 0 00 | 0 00 |
| 19. | Total de crédito por la compra de créditos contributivos no sujetos a limitación (Sume líneas 9 a la 18, Columnas A y B, respectivamente. Traslade a la Parte V, línea 15) ............... (19) | 0 00 | 0 00 |

| Parte VIII | PARTICIPACIÓN DISTRIBUIBLE EN EL INGRESO NETO SUJETO A TASAS PREFERENCIALES | | | Devengado a través de Entidades Conducto Subsidiarias | |
|---|---|---|---|---|---|
| | Responsabilidad Contributiva | A - Ingreso Neto | B - Contribución Retenida | C - Ingreso Neto | D - Contribución Retenida |
| 1. | Anejo CI Entidad Conducto (Tributa a ____ 0%) ............... (1) | -33,874 00 | 0 00 | 0 00 | 0 00 |
| 2. | Anejo V Entidad Conducto (Tributa a ____ 0%) ............... (2) | 0 00 | 0 00 | 0 00 | 0 00 |
| 3. | Anejo W Entidad Conducto (Tributa a ____ 0%) ............... (3) | 0 00 | 0 00 | 0 00 | 0 00 |
| 4. | Anejo X Entidad Conducto (Tributa a ____ 0%) ............... (4) | 0 00 | 0 00 | 0 00 | 0 00 |
| 5. | Anejo Y Entidad Conducto (Tributa a ____ 0%) ............... (5) | 0 00 | 0 00 | 0 00 | 0 00 |
| 6. | Anejo Z Entidad Conducto (Tributa a ____ 0%) ............... (6) | 0 00 | 0 00 | 0 00 | 0 00 |
| 7. | Anejo AA Entidad Conducto (Tributa a ____ 0%) ............... (7) | 0 00 | 0 00 | 0 00 | 0 00 |
| 8. | Total (Sume líneas 1 a la 7. Traslade a la Parte III, línea 7. Ver inst.) ............... (8) | -33,874 00 | 0 00 | 0 00 | 0 00 |

Período de Conservación: Diez (10) años

Reproducido por CEGsoft (www.cegsoft.com)

| Anejo CI Entidad Conducto<br>Rev. 10.22 | CONTRIBUCIÓN SOBRE INGRESOS PARA NEGOCIOS EXENTOS ACOGIDOS A LA LEY 60-2019<br>Para rendirse con el Formulario 480.2(EC)<br>Año contributivo comenzado el 01 de ene. de 2022 y terminado el 31 de dic. de 2022 | **20 22** |
|---|---|---|

**Nombre de la Entidad**
Lucena Dairy Inc

**Número de Identificación Patronal**
66-0546621

| Tipo de Negocio<br>Vaqueria | Número de Caso<br>C-22-2-21914 | Actividad Exenta bajo el Subtítulo B de la Ley 60-2019: |
|---|---|---|

Número de empleos directamente relacionados con la actividad exenta:
Actual: ___13___   Requerido por Decreto: ___0___

Tipo de Decreto: 1 ☐ Nuevo  2 ☒ Conversión  3 ☐ Renegociación

Período de efectividad del decreto sobre ingresos:
Comienza: __01/01/2022__  Termina: __31/12/2022__

Actividad Exenta bajo el Subtítulo B de la Ley 60-2019:
- 1 ☐ Capítulo 3 - Exportación de Bienes y Servicios
- 2 ☐ Capítulo 4 - Finanzas, Inversiones y Seguros
  - ☐ (a) Asegurador Internacional
- 3 ☐ Capítulo 5 - Economía del Visitante
- 4 ☐ Capítulo 6 - Manufactura
- 5 ☐ Capítulo 7 - Infraestructura y Energía Verde:
  - ☐ (a) Infraestructura
  - ☐ (b) Energía Verde
- 6 ☒ Capítulo 8 - Agroindustrias
  - ☒ Agricultor Bona Fide
- 7 ☐ Capítulo 9 - Industrias Creativas
- 8 ☐ Capítulo 10 - Empresarismo
- 9 ☐ Capítulo 11 - Otras Industrias:
  - ☐ (a) Porteadores - Transporte Aéreo
  - ☐ (b) Porteadores - Transporte Marítimo
  - ☐ (c) Industria de Barcos Cruceros de P.R.
- 10 ☐ Otros _____

| **Parte I** | **Ingreso Promedio del Período Base (Véanse instrucciones)** | | |
|---|---|---|---|
| Ingreso promedio del período base según determinado en su decreto: | | | 0 |

| **Parte II** | **Determinación del Ingreso Bruto de Operaciones** | | |
|---|---|---|---|
| **A. Ingreso de venta de bienes o productos** | | | |
| 1. Ventas netas de bienes o productos (Véanse instrucciones) | | (1) | 1,571,162 00 |
| 2. Menos: Costos de ventas o costos directos de producción (De la Parte VI, línea 7) | | (2) | 1,508,683 00 |
| 3. Ganancia (o pérdida) bruta en la venta de bienes o productos (Línea 1 menos línea 2) | | (3) | 62,479 00 |
| (Porcentaje margen de ganancia bruta: 2021 ___0__% 2022 ___0__%) | | | |
| **B. Ingreso de manufactura** | | | |
| 4. Ingresos | | (4) | 0 00 |
| 5. Menos: Costos de ventas o costos directos de producción (De la Parte VI, línea 7) | | (5) | 0 00 |
| 6. Ganancia (o pérdida) bruta de manufactura (Línea 4 menos línea 5) | | (6) | 0 00 |
| (Porcentaje margen de ganancia bruta: 2021 ___0__% 2022 ___0__%) | | | |
| **C. Ingreso de servicios** | | | |
| 7. Ingreso bruto generado en la venta de servicios | | (7) | 0 00 |
| **D. Otros ingresos** | | | |
| 8. Ganancia de activos de capital (Someta Anejo D Entidad Conducto) | | (8) | 0 00 |
| 9. Ganancia (o pérdida) neta en la venta o permuta de propiedad que no sea activo de capital (Someta Anejo D Entidad Conducto) | | (9) | 0 00 |
| 10. Renta | | (10) | 0 00 |
| 11. Intereses | | (11) | 0 00 |
| 12. Regalías | | (12) | 0 00 |
| 13. Otros ingresos (Someta detalle) | | (13) | 0 00 |
| 14. Total de ingresos (Sume líneas 3 y 6 a la 13) | | (14) | 62,479 00 |

| **Parte III** | **Deducciones** | | |
|---|---|---|---|
| **A. Partidas que deben ser reportadas en declaraciones informativas:** | | | |
| 1. Compensación a directores (Véanse instrucciones Parte XIV de la planilla) | | (1) | 0 00 |
| 2. Compensación a oficiales (Véanse instrucciones Parte XV de la planilla) | | (2) | 0 00 |
| 3. Salarios, comisiones y bonificaciones a empleados (Véanse instrucciones) | | (3) | 0 00 |
| 4. Salarios pagados a jóvenes universitarios (Total $___0__) Programa de Pasantías del Departamento de Hacienda (Total $___0__) (Véanse instrucciones) | | (4) | 0 00 |
| 5. Pagos por servicios prestados en Puerto Rico (Véanse instrucciones) | | (5) | 58,362 00 |
| 6. Pagos por servicios prestados fuera de Puerto Rico (Véanse instrucciones) | | (6) | 0 00 |
| 7. Servicios subcontratados | | (7) | 0 00 |
| 8. Alquiler, renta y cánones pagados (Véanse instrucciones) (Mueble $___0__) (Inmueble $___0__) | | (8) | 0 00 |
| 9. Primas de seguro (Excepto aportaciones a planes de salud o accidentes) (Véanse instrucciones) | | (9) | 0 00 |
| 10. Servicios de telecomunicaciones | | (10) | 0 00 |
| 11. Servicios de internet y televisión por cable o satélite | | (11) | 0 00 |
| 12. Servicios combinados ("Bundles") (Véanse instrucciones) | | (12) | 0 00 |
| 13. Anuncios | | (13) | 0 00 |
| 14. Regalías | | (14) | 0 00 |
| 15. Pagos por herramientas virtuales y tecnológicas y otras suscripciones | | (15) | 0 00 |
| 16. Cuotas de colegiación y membresías de asociaciones profesionales pagadas a beneficio del empleado | | (16) | 0 00 |
| 17. Cuotas de mantenimiento pagadas a asociaciones de residentes o condómines | | (17) | 0 00 |
| 18. Pagos por indemnización judicial o extrajudicial | | (18) | 0 00 |
| 19. Ciertos otros gastos (Véanse instrucciones) | | (19) | 0 00 |
| 20. **Subtotal** (Sume líneas 1 a la 19) | | (20) | 58,362 00 |
| **B. Partidas no reportadas en declaraciones informativas:** | | | |
| 21. Intereses sobre deudas de negocio: Hipotecarios $___0__ Arrendamiento automóviles $___0__ y Otros $__293,209__ | | (21) | 293,209 00 |
| 22. Contribuciones, patentes y licencias: | | | |
| (a) Contribución sobre la propiedad (Mueble $___0__) (Inmueble $___0__) | | (22a) | 0 00 |
| (b) Otras contribuciones, patentes $___0__ Licencias $__3,588__ Otros $___0__ | | (22b) | 3,588 00 |
| (c) Póliza del Fondo del Seguro del Estado | | (22c) | 0 00 |
| (d) Impuesto sobre ventas y uso | | (22d) | 0 00 |
| (e) Aportación especial por servicios profesionales y consultivos bajo la Ley 48-2013, según enmendada | | (22e) | 0 00 |
| 23. Depreciación y amortización (Someta Anejo E Núm. __0__) | | (23) | 0 00 |
| 24. Depreciación para negocios con volumen menor o igual a $3,000,000 (Someta Anejo E-1 Núm. __0__) | | (24) | 0 00 |
| 25. Energía eléctrica | | (25) | 0 00 |
| 26. Agua y alcantarillado | | (26) | 0 00 |
| 27. Aportaciones a planes de salud o accidentes | | (27) | 0 00 |
| 28. Seguro social federal (FICA) | | (28) | 0 00 |
| 29. Seguro de desempleo | | (29) | 0 00 |
| 30. Aportación a planes de pensiones cualificados (Véanse instrucciones, Someta Modelo SC 6042) | | (30) | 0 00 |
| 31. Compensación a patronos por: Personas impedidas $___0__ y Período de lactancia $___0__ (Véanse instrucciones) | | (31) | 0 00 |
| 32. **Subtotal** (Sume líneas 21 a la 31) | | (32) | 296,797 00 |

Rev. 10.22 Lucena Dairy Inc     66-0546621     Anejo CI Entidad Conducto - Página 2

### Parte III    Deducciones (Continuación)

**C. Otras deducciones:**

| | | |
|---|---|---:|
| 33. Gastos de automóviles (Millaje_____0) (Véanse instrucciones) | (33) | 0 00 |
| 34. Gastos de otros vehículos de motor (Véanse instrucciones) | (34) | 26,312 00 |
| 35. Reparaciones y mantenimiento | (35) | 0 00 |
| 36. Gastos de viajes (Total de gastos $_____0) | (36) | 0 00 |
| 37. Gastos de comida y entretenimiento (Total de gastos $_____0) (Véanse instrucciones) | (37) | 0 00 |
| 38. Materiales y efectos de oficina | (38) | 0 00 |
| 39. Materiales utilizados directamente en la industria o negocio | (39) | 0 00 |
| 40. Sellos, comprobantes y aranceles | (40) | 0 00 |
| 41. Cargos de envío y franqueo | (41) | 0 00 |
| 42. Uniformes | (42) | 0 00 |
| 43. Estacionamientos y peaje | (43) | 0 00 |
| 44. Gastos de oficina | (44) | 0 00 |
| 45. Cargos bancarios | (45) | 0 00 |
| 46. Deudas incobrables | (46) | 0 00 |
| 47. Aportaciones a cuentas de aportación educativa para los beneficiarios de sus empleados (Véanse instrucciones) | (47) | 0 00 |
| 48. Gastos incurridos o pagados a accionistas, personas o entidades relacionadas fuera de Puerto Rico (Véanse instrucciones) (Total $_____0) | (48) | 0 00 |
| 49. Deducción por gastos incurridos o pagados a accionistas, personas o entidades relacionadas, totalmente deducibles (Véanse instrucciones) | (49) | 0 00 |
| 50. Pérdidas ocasionadas por fuego, huracán, otros siniestros o por robo (Véanse instrucciones) | (50) | 0 00 |
| 51. Cargos de administración | (51) | 0 00 |
| 52. Gastos en propiedades arrendadas a la Compañía de Fomento Industrial de Puerto Rico o almacén de la Compañía de Comercio y Exportación (Véanse instrucciones) | (52) | 0 00 |
| 53. Otras deducciones (Someta detalle) | (53) | 19,745 00 |
| 54. Subtotal (Sume líneas 33 a la 53) | (54) | 46,057 00 |
| 55. Donativos | (55) | 0 00 |
| 56. Total de deducciones (Sume líneas 20, 32, 54 y 55) | (56) | 401,216 00 |

### Parte IV    Determinación del Ingreso Neto (o Pérdida) Sujeto a Contribución

| | | |
|---|---|---:|
| 1. Total de ingresos (De la Parte II, línea 14) | (1) | 62,479 00 |
| 2. Total de deducciones (De la Parte III, línea 56) | (2) | 401,216 00 |
| 3. Ingreso neto (o pérdida) de operaciones del año (Línea 1 menos línea 2) | (3) | -338,737 00 |
| 4. Pérdida neta en operaciones del año anterior (Véanse instrucciones) | (4) | 0 00 |
| 5. Ingreso neto de desarrollo industrial sujeto a deducción especial (Línea 3 menos línea 4. Si es mayor de cero, **no continúo**) | (5) | -338,737 00 |
| 6. Menos: Cantidad exenta (Véanse instrucciones): 1 ☐ 90% 2 ☐ 100% 3 ☐ Otro __0% / 4 ☐ Cantidad $_____0 | (6) | 0 00 |
| 7. Menos: Cantidad exenta de $1,200,000 si es Asegurador Internacional (Véanse instrucciones) | (7) | 0 00 |
| 8. Menos: Deducción especial por inversión en edificios, estructuras, maquinaria y equipo (Incluyendo equipo de energía verde o altamente eficiente) (Véanse inst.) | (8) | 0 00 |
| 9. Ingreso neto de la actividad elegible luego de la deducción especial (Línea 5 menos líneas 6, 7 y 8) | (9) | 0 00 |
| 10. Menos: Ingreso promedio del período base (Igual a la Parte I. Véanse instrucciones) | (10) | 0 00 |
| 11. Ingreso neto de la actividad elegible sujeto a contribución (Línea 9 menos línea 10) | (11) | 0 00 |

### Parte V    Cómputo de la Contribución

| | | |
|---|---|---:|
| 1. Contribución sobre el ingreso neto de la actividad elegible (De la Parte V, línea 11): 1 ☐ 4% 2 ☐ Código 3 ☐ Tasa fija __0% | (1) | 0 00 |
| 2. Contribución sobre el ingreso promedio del período base (Multiplique Parte I por la tasa aplicable): 1 ☐ Código 2 ☐ Tasa fija __0% | (2) | 0 00 |
| 3. Contribución determinada (Sume líneas 1 y 2) | (3) | 0 00 |
| 4. Créditos aplicables (Someta detalle) (Véanse instrucciones) | (4) | 0 00 |
| 5. Contribución total (Línea 3 menos línea 4. Esta cantidad debe ser pagada por la entidad conducto como pago estimado de la contribución sobre ingresos de la participación distribuible en el ingreso en representación de sus dueños e informado a cada uno de ellos, según corresponda. La cantidad así pagada deberá ser incluida en la Parte XIII, línea 1 de la planilla) (Véanse instrucciones) | (5) | 0 00 |

### Parte VI    Costo de Ventas

| | | |
|---|---|---:|
| 1. Inventario al comienzo del año 1 ☐ "C" 2 ☐ "C" o "VM" | (1) | 0 00 |
| 2. Compra de materiales o mercadería | (2) | 0 00 |
| 3. Jornales directos | (3) | 0 00 |
| 4. Otros costos directos (De la Parte VII, línea 17) | (4) | 1,508,683 00 |
| 5. Costo de bienes disponibles para la venta (Sume líneas 1 a la 4) | (5) | 1,508,683 00 |
| 6. Menos: Inventario al finalizar el año 1 ☐ "C" 2 ☐ "C" o "VM" | (6) | 0 00 |
| 7. Total de costos de ventas o costos directos de producción (Línea 5 menos línea 6. Véanse instrucciones) | (7) | 1,508,683 00 |

### Parte VII    Otros Costos Directos

| Partida | Importe | | Partida | Importe | |
|---|---:|---|---|---:|---|
| 1. Jornales, sueldos y bonificaciones (1) | 309,706 00 | | 10. Energía eléctrica (10) | 9,279 00 | |
| 2. Seguro social federal (FICA) (2) | 0 00 | | 11. Agua y alcantarillado (11) | 9,829 00 | |
| 3. Seguro de desempleo (3) | 0 00 | | 12. Renta (12) | 18,000 00 | |
| 4. Primas del Fondo del Seguro del Estado (4) | 0 00 | | 13. Gastos de empaque de productos (13) | 0 00 | |
| 5. Aportaciones a planes de salud o accidentes (5) | 0 00 | | 14. Gastos de comida pagados a empleados de producción (Total $_____0) (14) | 0 00 | |
| 6. Primas de seguro (Excepto aportaciones a planes de salud o accidentes) (6) | 17,317 00 | | 15. Depreciación (Someta Anejo E Núm. ____1____ o Anejo E1 Núm.____) (15) | 116,910 00 | |
| 7. Arbitrios / Impuesto sobre uso (7) | 0 00 | | 16. Otros costos directos (Someta detalle) (16) | 886,859 00 | |
| 8. Impuesto sobre ventas y uso en importaciones (8) | 0 00 | | 17. **Total otros costos directos** (Sume líneas 1 a la 16. Traslade a la Parte VI, línea 4) (17) | 1,508,683 00 | |
| 9. Reparaciones y mantenimiento (9) | 140,783 00 | | | | |

Período de Conservación: Diez (10) años

Lucena Dairy Inc

66-0546621

GOBIERNO DE PUERTO RICO

DETALLE ADJUNTO DEL FORMULARIO 480.2(EC)

PLANILLA INFORMATIVA SOBRE INGRESOS DE ENTIDADES CONDUCTO

PARA EL AÑO TERMINADO EN 31/12/2022

Anejo CI, Página 2, Parte III, Línea 53 - Otras Deducciones

| Descripción | Cantidad |
|---|---|
| Gastos Miscellaneos | $681 |
| Gastos Operacionales | $9,933 |
| Gasto Renta Equipo | $9,131 |
| **Total** | **$19,745** |

Reproducido por CEGsoft (www.cegsoft.com)

Lucena Dairy Inc

66-0546621

### GOBIERNO DE PUERTO RICO

### DETALLE ADJUNTO DEL FORMULARIO 480.2(EC)

### PLANILLA INFORMATIVA SOBRE INGRESOS DE ENTIDADES CONDUCTO

### PARA EL AÑO TERMINADO EN 31/12/2022

**Anejo CI, Página 2, Parte VII, Línea 6 - Primas de seguro (Excepto aportaciones a planes de salud o accidentes)**

| Descripción | Cantidad |
|---|---|
| Eastern American Insurance | $3,987 |
| Coop Seguros Multiples | $5,761 |
| Commodity Credit Corp | $7,569 |
| **Total** | **$17,317** |

Página 1

Reproducido por CEGsoft (www.cegsoft.com)

Lucena Dairy Inc

66-0546621

**GOBIERNO DE PUERTO RICO**

**DETALLE ADJUNTO DEL FORMULARIO 480.2(EC)**

**PLANILLA INFORMATIVA SOBRE INGRESOS DE ENTIDADES CONDUCTO**

**PARA EL AÑO TERMINADO EN 31/12/2022**

Anejo CI, Página 2, Parte VII, Línea 16 - Otros costos directos

| Descripción | Cantidad |
|---|---|
| Alimentos y heno | $747,525 |
| Inseminacion | $25,925 |
| Transporte | $2,460 |
| Fertilizantes | $1,376 |
| Veterinario y Medicinas | $109,573 |
| Total | $886,859 |

Página 1

Reproducido por CEGsoft (www.cegsoft.com)

**Anejo E**
Rev. 09.22

**DEPRECIACIÓN**

**2022**

Año contributivo comenzado el _01_ de _ene._ de _2022_ y terminado el _31_ de _dic._ de _2022_

Anejo E Núm. _1_

Nombre del contribuyente

Lucena Dairy Inc

Número de Seguro Social o Identificación Patronal

66-0546621

| 1. Clase de propiedad (en caso de edificaciones, indique el tipo de material utilizado en la construcción). | 2. Fecha de adquisición. | 3. Costo u otra base (excluya el costo del terreno). En el caso de automóviles, la base no debe exceder de $30,000 por vehículo. | 4. Depreciación reclamada en años anteriores. | 5. Estimado de vida usado para continuar depreciación. | 6. Depreciación reclamada este año. |
|---|---|---|---|---|---|
| **(a) Depreciación Corriente** | | | | | |
| Véase Detalle Adjunto | Varios | 3,162,435 00 | 2,341,861 00 | Varios | 105,510 00 |
| | | 00 | 00 | | 00 |
| | | 00 | 00 | | 00 |
| Total | | | 2,341,861 00 | | 105,510 00 |
| **(b) Depreciación Flexible** | | | | | |
| | | | 00 | | 00 |
| | | | 00 | | 00 |
| | | | 00 | | 00 |
| Total | | | 0 00 | | 0 00 |
| **(c) Depreciación Acelerada** | | | | | |
| | | 00 | 00 | | 00 |
| | | 00 | 00 | | 00 |
| | | 00 | 00 | | 00 |
| Total | | | 0 00 | | 0 00 |
| **(d) Amortización (ej. Goodwill)** | | | | | |
| | | 00 | 00 | | 00 |
| | | 00 | 00 | | 00 |
| | | 00 | 00 | | 00 |
| Total | | | 0 00 | | 0 00 |
| **(e) Automóviles (Véanse instrucciones)** | | | | | |
| Vehículo Vaquería | | 30,000 00 | 242,217 00 | 5 | 6,000 00 |
| Vehículo Vaquería | | 30,000 00 | 0 00 | 5 | 5,400 00 |
| Total | | | 242,217 00 | | 11,400 00 |

(f) Vehículos bajo arrendamiento financiero (Formulario 480.7D) (Cantidad de vehículos _____ 0 _____) ................................ 0 00

**TOTAL:** (Sume el Total de líneas (a) a la (f) de la Columna 6. Traslade a los Anejos J, K, L, M y N Individuo, según aplique, o a la línea correspondiente de otras planillas) ...................................................................... 116,910 00

Período de Conservación: Diez (10) años

PRADICADO ELECTRÓNICAMENTE

NÚMERO DE CONFIRMACION:X1943324928

Reproducido por CEGsoft (www.cegsoft.com)

Lucena Dairy Inc

66-0546621

GOBIERNO DE PUERTO RICO

PARA EL AÑO TERMINADO EN 31/12/2022

Depreciación Corriente

| Clase de propiedad | Fecha de adquisición | Costo u otra base | Depreciación reclamada en años anteriores | Estimado de vida útil | Depreciación reclamada este año |
|---|---|---|---|---|---|
| Ganado Vacuno | | $745,600 | $745,600 | 5 | $0 |
| Maquinaria y Equipo | | $491,542 | $455,489 | 5 | $5,831 |
| Mejoras | | $948,493 | $945,412 | 5 | $1,679 |
| Equipo Nuevo | | $976,800 | $195,360 | 5 | $96,000 |
| | | | | Total | $105,510 |

Reproducido por CESsoft (www.cegsoft.com)

NUMERO DE CONFIRMACION:X194332492B

| **Anejo IE Entidad Conducto** | **INGRESOS EXCLUIDOS Y EXENTOS** | **2022** |
|---|---|---|
| Rev. 10.22 | Año contributivo comenzado el 01 de ene. de 2022 y terminado el 31 de dic. de 2022 | |

| Nombre de la Entidad | Número de Identificación Patronal |
|---|---|
| Lucena Dairy Inc | 66-0546621 |

**Parte I   Exclusiones del Ingreso Bruto**

| | | |
|---|---|---|
| 1. Seguro de vida | (1) | 0 00 |
| 2. Donaciones, mandas, legados y herencias | (2) | 0 00 |
| 3. Seguro de plantación | (3) | 0 00 |
| 4. Ingreso derivado de la condonación de deudas (Véanse instrucciones) | (4) | 0 00 |
| 5. Ingreso neto (o pérdida neta) de fuentes fuera de Puerto Rico no relacionado con la operación llevada a cabo en Puerto Rico por una corporación extranjera | (5) | 0 00 |
| 6. Cantidad recibida por cualquier subsidio o estímulo pagado por el Gobierno Federal por consecuencia del Covid-19 (Someta detalle) | (6) | 0 00 |
| 7. Cantidad recibida por cualquier subsidio o estímulo pagado por el Gobierno de Puerto Rico por consecuencia del Covid-19 (Someta detalle) | (7) | 0 00 |
| 8. Intereses sobre hipotecas sobre propiedad residencial localizada en Puerto Rico otorgadas después del 1 de enero de 2014 | (8) | 0 00 |
| 9. Otras exclusiones (Someta detalle) (Véanse instrucciones) | (9) | 0 00 |
| 10. **Total** (Sume líneas 1 a la 9. Traslade a la línea 6(b), Parte XVII de la planilla) | (10) | 0 00 |

**Parte II   Exenciones del Ingreso Bruto**

| | | |
|---|---|---|
| 1. Intereses sobre los siguientes instrumentos: | | |
| A) Obligaciones del Gobierno de los Estados Unidos, sus estados, territorios o subdivisiones políticas | (1A) | 0 00 |
| B) Obligaciones del Gobierno de Puerto Rico | (1B) | 0 00 |
| C) Valores Ley de Préstamos Agrícolas | (1C) | 0 00 |
| D) Ciertas Hipotecas (Véanse instrucciones) | (1D) | 0 00 |
| E) Préstamos otorgados por un banco comercial a una corporación especial propiedad de trabajadores para ciertos propósitos | (1E) | 0 00 |
| F) Préstamos otorgados por un banco comercial en Puerto Rico para la adquisición y pago de certificados de membresía en una corporación especial propiedad de trabajadores | (1F) | 0 00 |
| G) Préstamos otorgados por un banco comercial en Puerto Rico para la compra o inversión en acciones preferidas de una corporación especial propiedad de trabajadores | (1G) | 0 00 |
| H) Préstamos a pequeñas y medianas empresas hasta $250,000 para su establecimiento o expansión | (1H) | 0 00 |
| I) Préstamos para capitalización de pequeñas y medianas empresas hasta $250,000 | (1I) | 0 00 |
| J) Bonos, pagarés u otras obligaciones bajo la Sección 6070.56(h) de la Ley 60-2019, según enmendada | (1J) | 0 00 |
| K) Otros intereses sujetos a contribución básica alterna reportados en un Formulario 480.6D | (1K) | 0 00 |
| L) Otros intereses no sujetos a contribución básica alterna reportados en un Formulario 480.6D | (1L) | 0 00 |
| M) Otros intereses sujetos a contribución básica alterna no reportados en un Formulario 480.6D (Someta detalle) | (1M) | 0 00 |
| N) Otros intereses no sujetos a contribución básica alterna no reportados en un Formulario 480.6D (Someta detalle) | (1N) | 0 00 |
| 2. Dividendos recibidos: | | |
| A) Sujetos a contribución básica alterna reportados en un Formulario 480.6D | (2A) | 0 00 |
| B) No sujetos a contribución básica alterna reportados en un Formulario 480.6D | (2B) | 0 00 |
| C) Sujetos a contribución básica alterna no reportados en un Formulario 480.6D (Someta detalle) | (2C) | 0 00 |
| D) No sujetos a contribución básica alterna no reportados en un Formulario 480.6D (Someta detalle) | (2D) | 0 00 |
| 3. Recobro de deudas incobrables, contribuciones anteriores, recargos y otras partidas | (3) | 0 00 |
| 4. Ingreso de agencias o sindicatos de noticias | (4) | 0 00 |
| 5. Ciertos ingresos relacionados con la operación de corporaciones especiales propiedad de trabajadores (Véanse instrucciones) | (5) | 0 00 |
| 6. Ingreso recibido o devengado en relación con la celebración de juegos deportivos organizados por asociaciones o federaciones internacionales | (6) | 0 00 |
| 7. Ingreso derivado por el Asegurador Internacional o por una Compañía Tenedora del Asegurador Internacional | (7) | 0 00 |
| 8. Entradas de asociaciones de dueños de embarcaciones y protección e indemnización mutua | (8) | 0 00 |
| 9. Ingresos provenientes de edificios arrendados al Gobierno de Puerto Rico para hospitales públicos, casas de salud y escuelas públicas (Contratos vigentes al 22 de noviembre de 2010) | (9) | 0 00 |
| 10. Ingreso derivado por el contribuyente de la reventa de propiedad mueble o servicios cuya adquisición estuvo sujeta a tributación bajo la Sección 3070.01 o la Sección 2101 del Código de Rentas Internas de Puerto Rico de 1994 | (10) | 0 00 |
| 11. Distribuciones de Cantidades Previamente Notificadas como Distribuciones Elegibles Implícitas bajo la Sección 1023.06(j) | (11) | 0 00 |
| 12. Distribuciones de Dividendos o Beneficios del Ingreso de Fomento Industrial de Negocios Exentos y en Liquidación bajo la Ley 73-2008 y Ley 135-1997 | (12) | 0 00 |
| 13. Renta de propiedad residencial bajo la Ley 132-2010 | (13) | 0 00 |
| 14. Ingresos recibidos por diseñadores y traductores hasta $6,000 bajo la Ley 516-2004 | (14) | 0 00 |
| 15. Ingreso generado por un negocio nuevo que opere bajo un acuerdo especial para la creación de empresas jóvenes (Véanse inst.) | (15) | 0 00 |
| 16. Participación distribuible en los ingresos exentos de entidades conducto (Formulario 480.6 EC) | (16) | 0 00 |
| A) Monto del ingreso exento sujeto a contribución básica alterna (Véanse instrucciones) | (16A) 0 | |
| 17. Otros pagos sujetos a contribución básica alterna reportados en un Formulario 480.6D | (17) | 0 00 |
| 18. Otros pagos no sujetos a contribución básica alterna reportados en un Formulario 480.6D | (18) | 0 00 |
| 19. Otras exenciones sujetas a contribución básica alterna no reportadas en un Formulario 480.6D (Someta detalle) | (19) | 0 00 |
| 20. Otras exenciones no sujetas a contribución básica alterna no reportadas en un Formulario 480.6D (Someta detalle) | (20) | 448,848 00 |
| 21. **Total** (Sume líneas 1 a la 20. Traslade a la línea 6(a), Parte XVII de la planilla) | (21) | 448,848 00 |

Lucena Dairy Inc

66-0546621

**GOBIERNO DE PUERTO RICO**

**DETALLE ADJUNTO DEL FORMULARIO 480.2(EC)**

**PLANILLA INFORMATIVA SOBRE INGRESOS DE ENTIDADES CONDUCTO**

**PARA EL AÑO TERMINADO EN 31/12/2022**

**Anejo IE, Parte II, Línea 20 - Otras exenciones no sujetas a contribución básica alterna no reportadas en un Formulario 480.6D**

| Descripción | Cantidad |
|---|---|
| Incentivo USDA | $324,581 |
| Incentivos ASDA | $108,275 |
| Incentivos de Farm Service | $15,992 |
| **Total** | **$448,848** |

Reproducido por CEGsoft (www.cegsoft.com)

**Modelo SC 2909 B**
Rev. 18 feb 22

GOBIERNO DE PUERTO RICO
DEPARTAMENTO DE HACIENDA

**AUTORIZACIÓN A ESPECIALISTAS EN PLANILLAS PARA LA RADICACIÓN ELECTRÓNICA
Y FIRMA DIGITAL DE LA PLANILLA INFORMATIVA SOBRE INGRESOS DE
ENTIDADES CONDUCTO**

Las Secciones 1061.03, 1061.06 y 1061.07 del Código de Rentas Internas de Puerto Rico de 2011, según enmendado (Código), establecen los requisitos de radicación de la planilla informativa sobre ingresos de toda sociedad, sociedad especial y corporación de individuos, respectivamente (en adelante "Entidad Conducto") y permite que la misma sea autenticada mediante firma digital. La Entidad Conducto que designe a un Especialista en Planillas, Declaraciones y Reclamaciones de Reintegro (Especialista) para firmar de forma digital, en su representación, su planilla, deberá completar este modelo y entregarlo al Especialista junto con copia de la licencia de conducir o pasaporte del socio gestor u otro oficial principal de dicha Entidad.

## Parte I - Información de la Entidades Conducto

| Nombre de la Entidad | | Número de Identificación Patronal |
|---|---|---|
| Lucena Dairy Inc | | 66-0546621 |

| Dirección<br>PO BOX 69001 PMB 101<br><br>Hatillo PR 00659-6901 | Correo Electrónico<br>contact@topconsultinggroup.net | Teléfono<br>(787) 898 - 8078 |
|---|---|---|

## Parte II - Información de la Planilla Informativa sobre Ingresos de Entidades Conducto

1. Año Contributivo ........................................................................................................ **2022**

2. Tipo de Entidad:  ☐ Sociedad   ☒ Sociedad Especial   ☐ Corporacion de Individuos

3. Total Formularios 480.6 EC ...................................................................................... **1**

|  | | Cantidad | Contribución Retenida |
|---|---|---|---|
| 4. Total de ingreso neto (o pérdida) de las partidas distribuibles por categoria (Página 1, Parte II, línea 17 de la planilla) ........ | | $ -33,874 | $ 0 |
| 5. Contribución Opcional (Sección 1071.10 o 1115.11 del Código) (Página 1, Parte II, línea 27 de la planilla) ........................ | | $ 0 | $ 0 |

## Parte III - Designación de Especialista

| Nombre del Especialista (en letra de molde) | Número de Seguro Social o Identificación Patronal |
|---|---|
| Elisamuel Rivera Rivera | 66-0537733 |

| Nombre de la Firma o Negocio | Número de Registro |
|---|---|
| CPA Elisamuel Rivera Rivera CSP | 0006252 |

| Dirección Postal<br>Ave Emerito Estrada 1151<br><br>San Sebastian PR 00685 | Correo Electrónico<br>erivera@cpaerr.com | Teléfono<br>(787) 896 - 6200 |
|---|---|---|

**Actos Autorizados –** El Especialista está autorizado a radicar electrónicamente y a firmar de forma digital la Planilla Informativa sobre Ingresos de Entidades Conducto de la Entidad para el año contributivo **2022** .

## Parte IV - Firma del Contribuyente

Declaro bajo penalidad de perjurio que he examinado la copia electrónica de la Planilla Informativa sobre Ingresos Entidades Conducto, los anejos y documentos que se acompañan para el año contributivo **2022** y que la misma es cierta, correcta y completa. Autorizo al Especialista a radicar por medios electrónicos y a firmar de forma digital la Planilla Informativa sobre Ingresos Entidades Conducto para el año contributivo indicado en esta Autorización.

Nombre del Socio Gestor u Oficial Principal (en letra de molde)

| Firma del Socio Gestor u Oficial Principal | Fecha |
|---|---|

**Si esta Autorización no está firmada y fechada la misma no será válida.**

Período de Conservación: Diez (10) años.

Reproducido por CEGsoft (www.cegsoft.com)

 

**CPA Elisamuel Rivera Rivera, CSP**
Contadores y Consultores Gerenciales

PO Box 1643 | San Sebastián, PR 00685 | Tels: 787.280.6200 | 787.896.6200 | Fax: 787.280.5464 | erivera@cpaerr.com | support@cpaerr.com

<u>Informe de Compilación de los Contadores Públicos Independientes</u>

Junta de Directores
Lucena Dairy, Inc.

La gerencia es responsable por el estado financiero que se acompaña de Lucena Dairy, Inc., el cual comprende el estado de situación al 31 de diciembre de 2022 y los correspondientes estados de ingresos y déficit acumulado y flujos de efectivo para el año terminado en esa fecha y las notas correspondientes a los estados financieros de acuerdo con los principios de contabilidad generalmente aceptados en los Estados Unidos de América. Hemos realizado el trabajo de compilación de acuerdo a las Normas de Contabilidad y Servicios de Compilación promulgadas por el Comité de Contabilidad y Servicios de Compilación del AICPA. No hemos auditado o revisado los estados financieros y tampoco hemos sido requeridos de realizar cualquier procedimiento para verificar la precisión o lo completo de la información provista por la gerencia. Por lo tanto, no expresamos una opinión, ni proveemos ninguna forma de certeza en estos estados financieros.

CPA E3 ⟶ R R CSP
CPA Elisamuel Rivera Rivera CSP
Licencia Número 15, expira el
1 de diciembre de 2025

28 de junio de 2023

La estampilla número E523163 del Colegio de Contadores Públicos Autorizados de Puerto Rico fue adherida al original de este informe.

Lucena Dairy, Inc.

## ESTADO DE SITUACIÓN

"Véase informe de Compilación de los Contadores"

31 de diciembre de 2022

### ACTIVOS

**ACTIVOS CORRIENTES**

| | | |
|---|---:|---:|
| Efectivo | $ | 57,408 |
| Inventario | | 17,513 |
| Total activos corrientes | | 74,921 |

**PROPIEDAD Y EQUIPO-AL COSTO**

| | | |
|---|---:|---:|
| Ganado vacuno (nota E) | $ 745,600 | |
| Edificios y mejoras | 948,493 | |
| Maquinaria y equipo | 491,542 | |
| Vehículos | 259,316 | |
| | 2,444,951 | |
| Menos depreciación y amortización acumulada (nota A3) | ( 2,383,147) | 61,804 |

**OTROS ACTIVOS**

| | | |
|---|---:|---:|
| Cuota de producción (nota A4, A6) | 711,700 | |
| Fianzas y otros activos | 3,400 | |
| Compañía relacionada (nota B) | 3,159,035 | 3,874,135 |

| | | |
|---|---|---:|
| | $ | 4,010,860 |

2

Lucena Dairy, Inc.

## ESTADO DE SITUACIÓN – CONTINUACIÓN

"Véase informe de Compilación de los Contadores"

31 de diciembre de 2022

### PASIVOS

**PASIVOS CORRIENTES**

| | | |
|---|---:|---:|
| Porción corriente de obligación por pagar a largo plazo (nota C) | | $ 5,515,176 |
| Cuentas por pagar | | |
|   Suplidores | $ 55,871 | |
|   Accionista | 150,000 | 205,871 |
| Gastos acumulados por pagar | | 31,377 |
| Total pasivos corrientes | | 5,752,424 |

**OBLIGACIÓN POR PAGAR A LARGO PLAZO (nota C)**

| | | |
|---|---:|---:|
| | | 146,554 |

**PATRIMONIO ACCIONISTA**

| | | |
|---|---:|---:|
| Acciones comunes, 100,000 autorizadas con $10 valor par, pagadas pero no emitidas | 1,000,000 | |
| Capital adicional pagado | 440,397 | |
| Déficit acumulado | ( 3,328,515) | ( 1,888,118) |
| | | $ 4,010,860 |

Las notas que se acompañan son parte integral de este estado.

Lucena Dairy, Inc.

## ESTADO DE OPERACIONES

"Véase informe de Compilación de los Contadores"

Para el año terminado en 31 de diciembre de 2022

| | | |
|---|---:|---:|
| Ingresos (nota A2, E) | | $ 1,571,162 |
| Costos de producción, incluye depreciación de $116,910 (nota A7) | | 1,467,419 |
| Beneficio bruto | | 103,743 |
| Gastos generales y administrativos | | 108,009 |
| Ingreso operacional | | ( 4,266) |
| Otros ingresos (gastos) | | |
| Incentivos exentos | $ 448,848 | |
| Intereses | ( 293,208) | 155,640 |
| INGRESO NETO | | $ 151,374 |

Las notas que se acompañan son parte integral de este estado.

4

Lucena Dairy, Inc.

ESTADO DE CAMBIOS EN CAPITAL

"Véase informe de Compilación de los Contadores"

Año terminado en 31 de diciembre de 2022

| | Acciones Comunes | | Capital Adicional Pagado | Déficit Acumulado | Total |
|---|---|---|---|---|---|
| | Acciones | Cantidad | | | |
| Balance al 31 de diciembre de 2021 | 100,000 | $1,000,000 | $ 440,397 | ($ 3,472,839) | ($ 2,032,442) |
| Ganancia neta para el año 2022 | - | - | - | 151,374 | 151,374 |
| Dividendo | | | | ( 7,050) | ( 7,050) |
| Balance al 31 de diciembre de 2022 | 100,000 | $1,000,000 | $ 440,397 | ($ 3,328,515) | ($ 1,888,118) |

Las notas que se acompañan son parte integral de este estado.

6

Lucena Dairy, Inc.

## ESTADO DE FLUJO DE EFECTIVO

"Véase informe de Compilación de los Contadores"

Para el año terminado en 31 de diciembre de 2022

Disminución en efectivo
Flujo de efectivo de las actividades de operación:

| | | | |
|---|---|---|---|
| Ganancia neta | | | $ 151,374 |
| Cargos (créditos) a las operaciones que no usaron (proveyeron) efectivo: | | | |
| Depreciación y amortización | $ | 116,911 | |
| Aumento en: | | | |
| Gastos acumulados por pagar | | 6,000 | 122,911 |
| Efectivo neto provisto por las actividades de operación | | | 274,285 |

Flujo de efectivo de las actividades de inversión:

| | | | |
|---|---|---|---|
| Adquisición de Propiedad y Equipo | ( | 13,081) | |
| Efectivo neto utilizado por las actividades de inversión | | ( | 13,081) |

Flujo de efectivo de las actividades de financiamiento:

| | | | |
|---|---|---|---|
| Pagos de obligación a largo plazo | ( | 106,383) | |
| Cuentas a cobrar – Compañía Relacionada | ( | 142,143) | |
| Dividendos en efectivo | ( | 7,050) | |
| Efectivo neto utilizado por las actividades de financiamiento | | ( | 255,576) |

7

Lucena Dairy, Inc.

ESTADO DE FLUJO DE EFECTIVO – Continuación

"Véase informe de Compilación de los Contadores"

Para el año terminado en 31 de diciembre de 2022

| | | |
|---|---|---|
| Aumento en efectivo | $ | 5,628 |
| Efectivo a principio de año | | 51,780 |
| Efectivo a final de año | $ | 57,408 |
| | | |
| Efectivo pagado durante el año para: | | |
| Intereses | $ | 261,985 |
| Contribución sobre ingreso | $ | - |

Las notas que se acompañan son parte integral de este estado.

8

Lucena Dairy, Inc.

## NOTAS A LOS ESTADOS FINANCIEROS

"Véase informe de Compilación de los Contadores"

31 de diciembre de 2022

## NOTA A – RESUMEN DE LOS PRINCIPIOS DE CONTABILIDAD

A continuación, presentamos un resumen de las normas de contabilidad más importantes en la preparación de los Estados Financieros que se acompañan:

### 1. Organización

Lucena Dairy, Inc. es una Corporación organizada bajo las leyes y reglamentos del Estado Libre Asociado de Puerto Rico en julio de 1997, dedicada a la producción y venta de leche de vaca. Su operación se lleva a cabo en fincas y estructuras arrendada, localizadas en Hatillo, Puerto Rico.

### 2. Ingresos, costos y gastos

Los ingresos, costos y gastos se reconocen en el momento en que se generen o incurren bajo el método de acumulación.

### 3. Depreciación y amortización

El cargo de depreciación y amortización aplicado al resultado de las operaciones se determina por el método de línea recta, basado en la vida útil estimada de los activos. La vida útil estimada de los diferentes activos es como sigue:

| Descripción | Vida útil estimada |
|---|---|
| Ganado vacuno (no asegurado) | 5 años |
| Vehículos | 5 años |
| Edificios y mejoras | 10 – 15 años |
| Maquinaria y equipo | 5 – 10 años |

La depreciación y amortización para el año terminado el 31 de diciembre de 2022 fue de $116,911.  Los costos de reparación y mantenimiento se reconocen en el período en que se incurren.

9

Lucena Dairy, Inc.

## NOTAS A LOS ESTADOS FINANCIEROS

"Véase informe de Compilación de los Contadores"

31 de diciembre de 2022

NOTA A – RESUMEN DE LOS PRINCIPIOS DE CONTABILIDAD – Continuación

### 4. Activos intangibles

La operación de una Vaquería en Puerto Rico para la producción de leche, requiere una cuota de producción autorizada por la Oficina para la Reglamentación de la Industria Lechera de Puerto Rico. Esta Corporación posee una cuota asignada de alrededor de 142,340 cuartillos de leche cada catorce días. La inversión de la compañía en este intangible es presentada en el Estado de Situación al valor en el mercado, el cual es de aproximadamente $5 por cuartillo.

La cuota de producción garantiza obligaciones del accionista con Condado 4 LLC de Puerto Rico. (Nota D).

### 5. Uso de estimados

En la preparación de los estados financieros del negocio, la gerencia lleva a cabo estimados y presunciones que afectan las cantidades de los activos y pasivos, las divulgaciones contingentes a la fecha de los estados y reconocer cantidades de ingresos y gastos durante el período informado. Los resultados actuales pueden diferir de estos estimados.

### 6. Devaluación de activos a largo plazo

Los activos tangibles e intangibles que sean mantenidos y utilizados, son revisados por deterioro siempre que los eventos o cambios en las circunstancias indiquen que el valor en libros de un activo intangible no se puede recuperar. Cuando es necesario, las pérdidas por deterioro de los activos tangibles e intangibles que son mantenidos y usados, se reconocen a base del exceso del valor en libros del activo y su valor corriente.

10

| | | Septiembre | Octubre | Noviembre | Diciembre | Cumulative |
|---|---|---|---|---|---|---|
| Part-1 | | | | | | |
| a | Cash balance beginning | - | 21,869.00 | 3,478.68 - | 2,106.36 | |
| b | Total receipts | 79,594.00 | 82,512.68 | 61,205.00 | 15,326.22 | 238,637.90 |
| c | Total disbursements | 57,725.00 | 100,903.00 | 66,790.04 | 11,694.15 | 237,112.19 |
| d | Cash balance of end (a+b-c) | 21,869.00 | 3,478.68 - | 2,106.36 | 1,525.71 | 1,525.71 |
| e | Disbursement made by third party | - | - | - | - | |
| f | Total disbursements for quartely (c+e) | 57,725.00 | 100,903.00 | 66,790.04 | 11,694.15 | 237,112.19 |
| | | | | | | - |
| Part -2 | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| d | Total current assets | 21,868.76 | 3,479.00 - | 2,107.11 | 1,525.93 | 1,525.71 |
| e | Total assets | | | | | - |
| | | | | | | - |
| | | | | | | - |
| | | | | | | - |
| k | Prepetion secured dedt | 15,388,348.63 | 15,737,455.00 | 15,736,724.00 | 15,735,993.00 | 62,598,520.63 |
| i | Prepetion priority | 6.00 | | | | 6.00 |
| m | Prepetion unsecured dedt | 370,831.55 | | | | 370,831.55 |
| | | 15,759,186.18 | 15,737,455.00 | 15,736,724.00 | 15,735,993.00 | 62,969,358.18 |
| | | | | | | - |
| n | Total liabilities | | | | | - |
| o | Ending equity/ net worth | | | | | - |
| | | | | | | - |
| Part -4 | | | | | | - |
| a | Gross income | 54,997.00 | 82,513.00 | 61,205.00 | 15,326.22 | 214,041.22 |
| b | Cost of goods sold | 54,591.00 | 77,634.00 | 63,780.00 | 9,135.00 | 205,140.00 |
| c | Gross profits (a-b) | 406.00 | 4,879.00 - | 2,575.00 | 6,191.22 | 8,901.22 |
| d | Selling expenses | | | | | - |
| e | General & administrative expenses | 3,134.00 | 1,538.00 | 2,280.00 | 1,827.00 | 8,779.00 |
| f | Other | | | | | - |
| g | Depreciation | | | | | - |
| h | Interest | | | | | - |
| i | Taxes ( local state and federal | | | | | - |
| j | Reorganization | | | | | - |
| K | Profit and loss | - 2,728.00 | 3,341.00 - | 4,855.00 | 4,364.22 | 122.22 |



EXHIBIT

3

Blumberg No.

| JORGE LUCENA RENT TO LUCENA DAIRY | | | | |
|---|---|---|---|---|
| LOT NO. | LOCATION | VALUE | MORTGAGE RANK | MORTGAGE AMOUNT | |
| 12204 | Los Comes Rd. Dominguito Km 1 PR 635 | $ 180,000.00 | 1st | $ 1,000,000.00 | BPPR |
| | | | 2nd | $ 350,000.00 | BPPR |
| 452 | Corcuado, Rd. 492 km. 1.6 Hatillo | $ 740,000.00 | 1st | $ 11,000.00 | |
| | | | 2nd | $ 90,000.00 | BPPR |
| | | | 3rd | $ 27,270.00 | |
| 453 | Corcuado, Rd. 492 km. 1.6 Hatillo | $ 17,600.00 | 1st | $ 27,270.00 | |
| | | | 2nd | $ 90,000.00 | |
| | | | 3rd | $ 11,000.00 | |
| 454 | Corcuado, Rd. 492 km. 1.6 Hatillo | $ 17,000.00 | 1st | $ 90,000.00 | |
| | | | 2nd | $ 27,270.00 | |
| | | | 3rd | $ 11,000.00 | |
| 456 | Corcuado, Rd. 492 km. 1.6 Hatillo | $ 17,600.00 | 1st | $ 90,000.00 | |
| | | | 2nd | $ 27,270.00 | |
| | | | 3rd | $ 11,000.00 | |
| 2146 | Corcuado, Rd. 492 km. 1.6 Hatillo | $ 17,600.00 | 1st | $ 90,000.00 | |
| | | | 2nd | $ 27,270.00 | |
| | | | 3rd | $ 11,000.00 | |
| 3625 | Corcuado, Rd. 492 km. 1.6 Hatillo | $ 88,000.00 | 1st | $ 450,000.00 | |
| | | | 2nd | $ 136,360.00 | |
| | | | 3rd | $ 55,000.00 | |
| 3829 | Corcuado, Rd. 492 km. 1.6 Hatillo | $ 38,236.00 | 1st | $ 195,525.00 | |
| | | | 2nd | $ 59,242.00 | |
| | | | 3rd | $ 24,000.00 | |
| 3925 | Corcuado, Rd. 492 km. 1.6 Hatillo | $ 69,168.00 | 1st | $ 353,705.00 | |
| | | | 2nd | $ 107,179.00 | |
| | | | 3rd | $ 42,000.00 | |
| 3973 | Corcuado, Rd. 492 km. 1.6 Hatillo | $ 20,500.00 | 1st | $ 104,850.00 | |
| | | | 2nd | $ 31,840.00 | |
| | | | 3rd | $ 13,000.00 | |
| 2393 | Corcuado, Rd. 492 km. 1.8 Hatillo | $ 68,200.00 | 1st | $ 348,760.00 | |
| | | | 2nd | $ 105,679.00 | |
| | | | 3rd | $ 42,000.00 | |
| 3422 | Corcuado, Rd. 492 km. 1.8 Hatillo | $ 17,600.00 | 1st | $ 90,000.00 | |
| | | | 2nd | $ 27,220.00 | |
| | | | 3rd | $ 11,000.00 | |
| 3762 | Corcuado, Rd. 492 km. 1.8 Hatillo | $ 32,700.00 | 1st | $ 167,065.00 | |
| | | | 2nd | $ 50,620.00 | |
| | | | 3rd | $ 20,000.00 | |
| 3266 | Corcuado, Rd. 492 km. 1.8 Hatillo | $ 105,500.00 | 1st | $ 163,490.00 | |

| | | | | | |
|---|---|---|---|---|---|
| | | | 2nd | $ | 539,560.00 |
| | | | 3rd | $ | 65,000.00 |
| 3082 | Corcuado, Rd. 492 km. 1.8 Hatillo | $ 86,000.00 | 1st | $ | 439,880.00 |
| | | | 2nd | $ | 133,290.00 |
| | | | 3rd | $ | 53,000.00 |
| 979 | Caimital Alto, Aguadilla | $ 726,000.00 | 1st | $ | 1,000,000.00 |
| | | $ 90,000.00 | 2nd | $ | 1,100,000.00 |
| | | $ 816,000.00 | 3rd | $ | 1,200,000.00 |
| 4344 | Caimital Alto, Aguadilla | $ 82,000.00 | 1st | $ | 110,000.00 |
| | | | 2nd | $ | 132,000.00 |
| | | | 3rd | $ | 150,000.00 |
| | Total | $ 2,413,704.00 | | $ | 9,512,615.00 |

**Lucena Dairy Inc**
**Bankruptcy Case # 23-02835 (EAG)**
**Liquidation analysis**

| | Schedule Value | % of Liquidation Factor | Realizable Value | Liens | Claimed as Exemption | Liquidation Value |
|---|---|---|---|---|---|---|
| Cash | $ 1,035.07 | 100% | $ 1,035.07 | $ 1,035.07 | | $ - |
| Deposit / Luma | 6,000.00 | 0 | - | | | |
| Livestock | 635,000.00 | 36% | 203,650.00 | 160,576.78 | | 43,073.22 |
| Machinery & Equipment (50%) | 197,000.00 | 60% | 98,500.00 | 98,500.00 | | - |
| Animal Feed | 17,513.00 | 0 | - | | | |
| Milk Quotas (142430) | 427,020.00 | 50% | 284,860.00 | 284,860.00 | | - |
| Automobiles | 25,000.00 | 40% | 10,000.00 | 10,000.00 | | - |
| Land | | | | | | |
| Leasehold improvement | 156,000.00 | 30% | 46,400.00 | 46,400.00 | | - |
| Total Assets | 1,464,568.07 | | $ 644,445.07 | $ 601,371.85 | | $ 43,073.22 |
| Less Payment | | | | | | |

Administrative Expenses ( Chapter 7 )

| | |
|---|---|
| Legal Fees | 20,000.00 |
| Accounting & Consulting | 10,000.00 |
| Trustee Fees | 3,015.13 |
| | 33,015.13 |
| | 10,058.09 |

AMOUNT AVAILABLE FOR PAYMENT FOR TO CREDITOR OTHER THAN CHAPTER 7 ADMINISTRATIVE EXPENSES

Less Payment

Administrative Expenses ( Chapter 11 )

| | |
|---|---|
| Legal Fees | 50,000.00 |
| Accounting & Consulting | 25,000.00 |
| Trustee Fees | 5,000.00 |

EXHIBIT 4a
Blumberg No. 5278

| | |
|---|---|
| Less secured Payment (amount over collateral value) | 80,000.00 |
| Less Priority Payment | |
| Total Administrative expenses (Chapter 11) , Secured and Priority Payments | 80,000.00 |
| Amount Available for Unsecured Creditor | (36,926.78) |
| Total unsecured creditor | 9,591,426.18 |
| Estimated Percentage to Unsecured Creditor | 0% |

EXHIBIT 4b

**Luna Dairy Inc**
**Bankruptcy Case # 23-02837 (EAG)**
**Chapter 11**

| | Schedule Value | % of Liquidation Factor | Realizable Value | Liens | Claimed as Exemption | Liquidation Value |
|---|---|---|---|---|---|---|
| Cash | $ 7,232.00 | 100% | $ 7,232.00 | $ 7,232.00 | - | $ - |
| Deposit / Luna | 6,000.00 | 0 | - | - | - | - |
| Livestock | 573,380.00 | 66% | 377,250.00 | 160,576.78 | - | 216,673.22 |
| Machinery & Equiptment | 1,994.00 | 50% | 997.00 | 997.00 | - | - |
| Animal Feed | - | 0 | - | - | - | - |
| Milk Quotas (198686) | 596,058.00 | 50% | 288,029.00 | 298,029.00 | - | - |
| Automobiles | - | 40% | - | - | - | - |
| **Land** | | | - | | | |
| Loto 2107 Concovada Km 1.7 Rod 492 | 20,000.00 | 75% | 15,000.00 | 15,000.00 | | |
| Loto 3919 Concovada Km 1.7 Rod 493 | 70,000.00 | 75% | 52,500.00 | 52,500.00 | | |
| Loto 3926 Concovada Km 1.7 Rod 494 | 30,000.00 | 75% | 22,500.00 | 22,500.00 | | |
| Loto 4101 Concovada Km 1.7 Rod 495 | 20,000.00 | 75% | 15,000.00 | 15,000.00 | | |
| Loto 4242 Concovada Km 1.7 Rod 496 | 330,000.00 | 75% | 247,500.00 | 247,500.00 | | |
| Loto 302 Km 1 SR PR 641 Florida | 967,000.00 | 75% | 725,250.00 | 725,250.00 | | |
| Loto 305 Km 1 SR PR 641 Florida | 96,000.00 | 75% | 72,000.00 | 72,000.00 | | |
| Loto 306 Km 1 SR PR 641 Florida | 28,000.00 | 75% | 21,000.00 | 21,000.00 | | |
| Loto 307 Km 1 SR PR 641 Florida | 60,000.00 | 75% | 45,000.00 | 45,000.00 | | |
| Loto 679 Km 1 SR PR 641 Florida | 200,000.00 | 75% | 150,000.00 | 150,000.00 | | |
| Loto 2022 Km 1 SR PR 641 Florida | 5,000.00 | 75% | 3,750.00 | 3,750.00 | | |
| Farming improvement | 515,000.00 | 75% | 386,250.00 | 386,250.00 | | |
| **Total Assets** | 3,525,664.00 | | $ 2,439,258.00 | $ 2,222,584.78 | | $ 216,673.22 |
| | | | | | | |
| **Less Payment** | | | | | | |
| **Administrtive Expenses ( Chapter 7 )** | | | | | | |
| Legal Fees | | | | | | 20,000.00 |
| Accounting & Consulting | | | | | | 10,000.00 |
| Trustee Fees | | | | | | 6,500.20 |

AMOUNT AVAILABLE FOR PAYMENT FOR TO CREDITOR OTHER THAN CHAPTER 7 ADMINISTRATIVE EXPENSES

| | |
|---|---:|
| | 36,500.20 |
| | 180,173.02 |
| **Less Payment** | |
| **Administrtive Expenses ( Chapter 11 )** | |
| Legal Fees | 40,000.00 |
| Accounting & Consulting | 25,000.00 |
| Trustee Fees | 24,000.00 |
| | 89,000.00 |
| Less secured Payment (amount over collateral value) | 216,673.22 |
| Less Priority Payment | 89,000.00 |
| | 89,000.00 |
| Total Administrative expenses (Chapter 11) , Secured and Priority Payments | |
| Amount Available for Unsecured Creditor | 127,673.22 |
| Total unsecured creditor | 8,362,924.00 |
| Estimated Percentage to Unsecured Creditor | 1.53% |

EXHIBIT 4c

Luna & Lucena Dairy
Bankruptcy Case #

| | Luna Dairy Inc Schedule Value | Lucena Dairy Inc Schedule Value | Total Combined | % of Liquidation Factor | Realizable Value | Liens | Claimed as Exemption | Liquidation Value |
|---|---|---|---|---|---|---|---|---|
| Cash | $ 7,232.00 | $ 1,035.07 | $ 8,267.07 | 100% | $ 8,267.07 | 8,267.07 | $ - | $ - |
| Deposit / Luna | | 6,000.00 | 6,000.00 | 12,000.00 | 0 | - | | - | - |
| Livestock | 573,380.00 | 635,000.00 | 1,208,380.00 | 48% | 580,900.00 | 321,153.56 | - | 259,746.44 |
| Machinery & Equipment | 1,994.00 | 197,000.00 | 198,994.00 | 60% | 119,197.00 | 119,197.00 | - | - |
| Animal Feed | | 17,513.00 | 17,513.00 | 0 | - | | | |
| Milk Quotas (142430) | 596,058.00 | 427,020.00 | 1,023,078.00 | 66% | 682,232.00 | 682,232.00 | - | - |
| Automobiles | | 25,000.00 | 25,000.00 | 40% | 10,000.00 | 10,000.00 | - | - |
| Land | | | | | | | | |
| Lote 2137 Corozal de Km 1.7 Red 400 | 20,000.00 | | 20,000.00 | 75% | 15,000.00 | 15,000.00 | | |
| Lote 2910 Corozal de Km 1.7 Red 403 | 70,000.00 | | 70,000.00 | 75% | 52,500.00 | 52,500.00 | | |
| Lote 2936 Corozal de Km 1.7 Red 494 | 30,000.00 | | 30,000.00 | 75% | 22,500.00 | 22,500.00 | | |
| Lote 4101 Corozal de Km 1.7 Red 495 | 20,000.00 | | 20,000.00 | 75% | 15,000.00 | 15,000.00 | | |
| Lote 4242 Corozal de Km 1.7 Red 496 | 330,000.00 | | 330,000.00 | 75% | 247,500.00 | 247,500.00 | | |
| Lote 290 Km 1.58 PR 641 Florida | 967,000.00 | | 967,000.00 | 75% | 725,250.00 | 725,250.00 | | |
| Lote 291 Km 1.58 PR 641 Florida | 96,000.00 | | 96,000.00 | 75% | 72,000.00 | 72,000.00 | | |
| Lote 266 Km 1.58 PR 641 Florida | 28,000.00 | | 28,000.00 | 75% | 21,000.00 | 21,000.00 | | |
| Lote 307 Km 1.58 PR 641 Florida | 60,000.00 | | 60,000.00 | 75% | 45,000.00 | 45,000.00 | | |
| Lote 679 Km 1.58 PR 641 Florida | 200,000.00 | | 200,000.00 | 75% | 150,000.00 | 150,000.00 | | |
| Lote 2922 Km 1.58 PR 641 Florida | 5,000.00 | | 5,000.00 | 75% | 3,750.00 | 3,750.00 | | |
| Farming Improvement | | | | 75% | 503,250.00 | 503,250.00 | | |
| Total Assets | 3,525,664.00 | $ 1,464,568.07 | 4,090,232.07 | 75% | $ 3,273,348.07 | $ 3,013,599.63 | | $ 259,746.44 |
| Less Payment | | 156,000.00 | 671,000.00 | | | | | |

AMOUNT AVAILABLE FOR PAYMENT FOR TO CREDITOR OTHER THAN CHAPTER 7 ADMINISTRATIVE EXPENSES

| | | |
|---|---|---|
| Administrative Expenses ( Chapter 7 ) | | |
| Legal Fees | | 20,000.00 |
| Accounting & Consulting | | 10,000.00 |
| Trustee Fees | | 7,792.39 |
| | | 37,792.39 |
| | | 221,954.05 |
| Less Payment | | |
| Administrative Expenses ( Chapter 11 ) | | |
| Legal Fees | | 40,000.00 |
| Accounting & Consulting | | 25,000.00 |
| Trustee Fees | | 24,000.00 |
| | | 89,000.00 |
| Less Secured Payment (amount over collateral value) | | 259,746.44 |
| Less Priority Payment | | - |
| Total Administrative expenses (Chapter 11), Secured and Priority Payments | | 89,000.00 |
| Amount Available for Unsecured Creditor | | 170,746.44 |
| Total unsecured creditor | | 9,413,723.06 |
| Estimated Percentage to Unsecured Creditor | | 1.81% |

EXHIBIT 5

Blumberg No. 5118

Lucena Dairy Inc & Luna Dairy Inc
PAYMENT UNDER PLAN FOR THE YEARS ENDING

Petition Date: 9/00/2023

| Creditor / Designation of Lien of Claim and Interest | Claims | Class | Lucena Amount per Schedule | Amount per Schedule | Liens | Claims | Amount expected to be allowed | Notes | Amount to be paid | Year 1 | Year 2 | Principal Year 3 | Year 4 | Year 5 | Subtotal | Year 1 | Year 2 | Interest Year 3 | Year 4 | Year 5 | Subtotal | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Administrative Claim** | | 1 | | | | | | | | | | | | | | | | | | | | |
| Legal Fees | | | 50,000.00 | | | | | | 50,000.00 | 50,000.00 | | | | | 50,000.00 | | | | | | | |
| US Trustee Fees | | | 24,000.00 | | | | | | 24,000.00 | 24,000.00 | | | | | 24,000.00 | | | | | | | |
| Accounting Fees | | | 6,000.00 | | | | | | 6,000.00 | 6,000.00 | | | | | 6,000.00 | | | | | | | |
| | | | 80,000.00 | | | | | | | | | | | | | | | | | | | |
| **Executory Contracts and Leases** | | 2 | | | | | | | | | | | | | | | | | | | | |
| CPA Chamber Rivera Reano | | | 10,000.00 | | | 10,000.00 | | | 10,000.00 | 10,000.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 10,500.00 | | | | | | | |
| Gilberto Droz Soberal | | | | | | | | | | | | | | | | | | | | | | |
| Jorge Delgado | | | | | | | | | | | | | | | | | | | | | | |
| Jorge Lucena Betancourt | | | | | | | | | | | | | | | | | | | | | | |
| Progressive Finances | | | | | | | | | | | | | | | | | | | | | | |
| Total Contracting | | | | | | | | | | | | | | | | | | | | | | |
| Vaquera Tres Hogblas | | | 10,500.00 | | | 10,500.00 | | | | | | | | | | | | | | | | |
| **Secured Creditor BPPR** | | 5 | 4,195,164.00 | | | 356,054.00 | 356,054.00 | [1] | 356,054.00 | 356,054.00 | | | | | | | 605.46 | 481.57 | 153.46 | | | 1,276.19 | 1,276.19 |
| | | | 4,195,164.00 | | | 356,054.00 | 356,054.00 | | 356,054.00 | | | | | | | | | | | | | | |
| **Secured Claim PR Farm Credit** | | 3 | 74,774.67 | | 74,774.67 | 74,774.67 | 74,774.67 | [2] | 74,774.67 | 74,774.67 | 7,935.00 | 7,935.00 | 7,935.00 | 7,935.00 | 7,935.00 | 74,774.67 | 605.46 | 481.57 | 153.46 | | | 1,276.19 | 76,103.00 |
| | | | 74,774.67 | | 74,774.67 | 74,774.67 | 74,774.67 | | 74,774.67 | | | | | | | | | | | | | | |
| **Secured Claim SBA-Lucena** | | 5 | 160,000.00 | | 160,000.00 | 160,236.78 | 160,236.78 | | 160,236.78 | 160,236.78 | 2,667.63 | 2,667.63 | 3,071.71 | 3,100.00 | 3,100.00 | 14,610.24 | 6,020.46 | 5,823.94 | 5,582.00 | 5,382.00 | 5,582.00 | 29,640.76 | 43,600.00 |
| Secured Claim SBA-Luna | | 4 | | | | 160,236.78 | 160,236.78 | | 160,236.78 | | 2,742.54 | 2,742.54 | 2,742.54 | 2,742.54 | 2,742.54 | 14,610.24 | 6,020.46 | 5,300.29 | 5,814.57 | 11,495.50 | 11,495.50 | 34,995.57 | 43,600.00 |
| | | | 160,000.00 | | 160,000.00 | 160,236.78 | 160,236.78 | | 325,153.56 | 325,153.56 | 3,495.09 | 3,495.09 | 5,915.66 | 6,143.47 | 6,900.00 | 29,920.48 | 17,004.97 | 11,847.68 | 11,495.50 | 11,495.50 | 11,495.50 | 64,995.57 | 87,779.00 |
| **Secured Claim Condado** | | 6 | 11,025,459.93 | | 5,293,643.93 | 5,293,643.93 | 11,025,459.93 | | 680,554.07 | 680,554.07 | 240,000.00 | 240,000.00 | 240,000.00 | 240,000.00 | 240,000.00 | 2,000,000.00 | | | | | | | |
| Lucena | | 1 | | | 10,272,644.60 | 10,272,644.60 | | | 2,512,505.00 | 2,512,505.00 | | | | | | 2,000,000.00 | | | | | | | |
| Luna | | 2 | 11,025,459.93 | | 19,566,007.53 | 11,025,459.93 | 11,025,459.93 | | 3,195,455.07 | 3,195,455.07 | | | | | | 2,000,000.00 | | | | | | | |
| **General Unsecured Claims / Governmental** | | 7 | | | | | | | | | | | | | | | | | | | | | |
| IRS | | 2 | | | 3,443.77 | 3,443.77 | | | 68.86 | 68.86 | 13.77 | 13.77 | 13.77 | 13.77 | 13.77 | 68.86 | | | | | | | |
| Hacienda | | 7 | | | 1,302.27 | 1,302.27 | | | 25.44 | 25.44 | 5.29 | 5.29 | 5.29 | 5.29 | 5.29 | 26.44 | | | | | | | |
| | | | | | 4,746.04 | 4,746.04 | | | 95.36 | 95.36 | 13.77 | 13.77 | 13.77 | 13.77 | 13.77 | 95.36 | | | | | | | |
| **All Other General Unsecured Claim** | | 8 | | | | | | | | | | | | | | | | | | | | | |
| ADM | | 8 | 26,000.00 | | 27,000.00 | 53,954.23 | 53,954.23 | | 1,079.06 | 1,079.06 | 215.82 | 215.82 | 215.82 | 215.82 | 215.82 | 1,079.06 | | | | | | | |
| AEG | | 8 | 8,000.00 | | 10,000.00 | 18,000.00 | 18,000.00 | | 360.00 | 360.00 | 72.00 | 72.00 | 72.00 | 72.00 | 72.00 | 360.00 | | | | | | | |
| Agro Vet | | 8 | 8,000.00 | | 7,000.00 | 15,000.00 | 15,000.00 | | 300.00 | 300.00 | 60.00 | 60.00 | 60.00 | 60.00 | 60.00 | 300.00 | | | | | | | |
| APCH | | 8 | 47,000.00 | | | 47,000.00 | 47,000.00 | | 940.00 | 940.00 | 188.00 | 188.00 | 188.00 | 188.00 | 188.00 | 940.00 | | | | | | | |
| Association Ganaderos Inhibi | | 8 | 10,000.00 | | 10,000.00 | 20,000.00 | 20,000.00 | | 400.00 | 400.00 | 80.00 | 80.00 | 80.00 | 80.00 | 80.00 | 400.00 | | | | | | | |
| Gilberto Droz Soberal | | 8 | | | 10,000.00 | 10,000.00 | 10,000.00 | | 210.00 | 210.00 | 42.00 | 42.00 | 42.00 | 42.00 | 42.00 | 210.00 | | | | | | | |
| Jorge Lucena Perez | | 8 | 25,000.00 | | | 25,000.00 | 25,000.00 | | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 1,400.00 | | | | | | | |
| Jorge Lucena Betancourt | | 8 | | | 140,000.00 | 140,000.00 | | | 3,000.00 | 3,000.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 3,000.00 | | | | | | | |
| JR Petroleum | | 8 | 6,000.00 | | 8,000.00 | 14,000.00 | 14,000.00 | | 280.00 | 280.00 | 56.00 | 56.00 | 56.00 | 56.00 | 56.00 | 280.00 | | | | | | | |
| Molinos de PR | | 8 | 52,235.35 | | 70,000.00 | 75,000.00 | 75,000.00 | | 1,500.00 | 1,500.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 1,500.00 | | | | | | | |
| Rosa Refrigeration | | 8 | 6,000.00 | | 12,000.00 | 12,000.00 | 12,000.00 | | 240.00 | 240.00 | 48.00 | 48.00 | 48.00 | 48.00 | 48.00 | 240.00 | | | | | | | |
| Condado Definidor | | 8 | | | | 7,626,054.00 | 7,626,054.00 | 5 | 150,521.10 | 150,521.10 | 31,264.02 | 31,264.02 | 31,264.02 | 31,264.02 | 31,264.02 | 156,525.10 | | | | | | | |
| BPPR Definido | | 8 | | | | 272,000.00 | 272,000.00 | | 4,500.00 | 4,500.00 | 915.76 | 915.76 | 915.76 | 915.76 | 915.76 | 4,503.80 | | | | | | | |
| | | | 300,235.55 | | 153,100.79 | 8,544,145.43 | | | 170,860.92 | 170,860.92 | 34,176.59 | 34,176.59 | 34,176.59 | 34,176.59 | 34,176.59 | 170,860.92 | | | | | | | |
| **Rejection Damages Unsecured Claims** | | 9 | | | | | | | | | | | | | | | | | | | | | |
| **Equity Security and other Interest Holders** | | 10 | | | | | | | | | | | | | | | | | | | | | |
| | | | 15,759,160.10 | | 11,290,405.71 | 29,174,413.35 | 30,133,370.04 | | $ 3,803,348.98 | $ 1,253,063.98 | $ 790,457.36 | $ 790,021.62 | $ 790,333.76 | $ 790,570.29 | $ 791,209.00 | $ 3,206,803.53 | $ 17,610.43 | $ 12,153.25 | $ 11,794.34 | $ 11,495.50 | $ 11,194.34 | $ 59,477.75 | $ 133,823.00 |

Note (1): Deficiencies to be surrendered to BPPR.
Note(2): Claim fully secured.
Note(3): Secured status determined upon value of the collateral.
Note (4): Secured status determined upon value of the collateral.
Note (5): This deficiency is partly secured by shareholders assets in the amount of $2,260,000.00.
Note (6): Payment to Condado including sale of assets.

EXHIBIT
6
Blumberg No. 5119

Lucena Dairy Inc & Luna
Bankruptcy Case # 23-02835 (EAG

**FORECASTED STATEMENTS OF CASH FLOWS**
**FOR THE YEARS ENDING DECEMBER 31, YEAR 1 THROUGH YEAR 5**

| | Notes | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|---|
| Beginning cash balance | | 1,389.00 | 26,778.64 | 31,204.28 | 40,666.92 | 57,084.56 |
| **Cash inflows:** | | | | | | |
| Milk Sales | | 2,206,816.00 | 2,206,816.00 | 2,206,816.00 | 2,206,816.00 | 2,206,816.00 |
| Cow Sales | | 61,320.00 | 61,320.00 | 61,320.00 | 61,320.00 | 61,320.00 |
| Shareholder Contribution | | 1,000,000.00 | | | | |
| Government Incentives | | 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 |
| | | 3,280,136.00 | 2,280,136.00 | 2,280,136.00 | 2,280,136.00 | 2,280,136.00 |
| Total funds available | | 3,281,525.00 | 2,306,914.64 | 2,311,340.28 | 2,320,802.92 | 2,337,220.56 |
| **Cash outflows:** | | | | | | |
| Feed | | 1,060,580.00 | 1,086,300.00 | 1,086,300.00 | 1,086,300.00 | 1,086,300.00 |
| Hay | | 164,616.00 | $ 170,820 | $ 170,820 | $ 170,820 | $ 170,820 |
| Payroll | | 218,400.00 | 218,400.00 | 218,400.00 | 218,400.00 | 218,400.00 |
| Payroll Other (SS, Unep, Etc) | | 53,864.00 | 53,864.00 | 53,864.00 | 53,864.00 | 53,864.00 |
| Repairs & Maintenance | | 30,000.00 | 48,000.00 | 48,000.00 | 48,000.00 | 48,000.00 |
| Top Consulting & accounting Fee | | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 |
| Livestock Care Services | | 31,200.00 | 31,200.00 | 31,200.00 | 31,200.00 | 31,200.00 |
| Utilities | | 43,200.00 | 43,200.00 | 43,200.00 | 43,200.00 | 43,200.00 |
| Real Estate & Other Taxes | | - | - | - | - | - |
| Rent | | 74,400.00 | 74,400.00 | 74,400.00 | 74,400.00 | 74,400.00 |
| Rent Mr. Lucena & Perez | | - | - | - | - | - |
| Insurance | | 11,000.00 | 11,000.00 | 11,500.00 | 12,000.00 | 12,000.00 |
| Fertilizers | | - | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 |
| Gasolines Oil Etc | | 36,000.00 | 48,000.00 | 48,000.00 | 48,000.00 | 48,000.00 |
| Isemination | | 31,800.00 | 31,800.00 | 31,800.00 | 31,800.00 | 31,800.00 |
| Medices & Vet | | 54,000.00 | 60,000.00 | 60,000.00 | 60,000.00 | 60,000.00 |
| Accounting Fee Bank | | - | - | - | - | - |
| Legal Fee Bank | | - | - | - | - | - |
| Us Trustee Fee | | - | | | | |
| Cow Purchase | | 120,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 |
| Progressive | | 6,960.00 | | | | |
| Other Expenses | | 48,000.00 | 48,000.00 | 48,000.00 | 48,000.00 | 48,000.00 |
| Total operating expenses | | 1,990,020.00 | 1,970,984.00 | 1,971,484.00 | 1,971,984.00 | 1,971,984.00 |
| Cash Available for Distribution Under the Plan | | 1,291,505.00 | 335,930.64 | 339,856.28 | 348,818.92 | 365,236.56 |

| Payments to creditors: | | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|---|
| CLASS 1 ADMINISTRATIVE EXPENSES | | 80,000.00 | | | | |
| CLASS 2 Executory Contracts | | 3,500.00 | 3,500.00 | 3,500.00 | | |
| CLASS 3 Secured BPPR | | | | | | |
| CLASS 4 Secured PRFC | | 9,492.00 | 9,492.00 | 3,955.00 | | |
| CLASS 5 Secured SBA | | 17,544.00 | 17,544.00 | 17,544.00 | 17,544.00 | 17,544.00 |
| CLASS 6 Secured Condado 4 | | 1,120,000.00 | 240,000.00 | 240,000.00 | 240,000.00 | 240,000.00 |
| CLASS 7 Gen. Uns. Gov. Entities | | 13.77 | 13.77 | 13.77 | 13.77 | 13.77 |
| CLASS 8 Gen. Unsecured | | 34,176.59 | 34,176.59 | 34,176.59 | 34,176.59 | 34,176.59 |
| Class 9 Rejection Damages Unsecured Claims | | - | | | | |
| Class 10 Equity and/or Other Interest Holders | | - | | | | |
| Total payments to creditors | | 1,264,726.36 | 304,726.36 | 299,189.36 | 291,734.36 | 291,734.36 |
| Ending cash balance | | 26,778.64 | 31,204.28 | 40,666.92 | 57,084.56 | 73,502.20 |

# Lucena Dairy, Inc. and Luna Dairy, Inc.
## 5 year Budget Notes

- Milk Sales based on current milk inventory with an average 66% of cows in production producing between 13 quarts daily.
- Average milk cows in production 524 cows. Such production takes in consideration the purchase of 48 cow/heifers at $2,500 each with half of them increasing the milk cows in production and the other half replace older cows.
- Feed is estimated at an average of 860qq weekly during year 1 at $22.75 plus $3,600 monthly transportation in transportation. Feed is increase in year 2 to 900 qq weekly.
- Hay estimated 220 bales per month first 5 months. After the sale of Aguadilla increases to 82.5 bales per week during the first year and up to 90 bales per week starting year 2 . Cost per bale $36.50. May 2024 Hay Expense to be paid on July 2024 with 3rd liquidation.
- Payroll decreases from 18 employees to 12 and from $7,6k to $4.45 k per week beginning Feb 2024. After the sale of Aguadilla on year 1 weekly payroll decreases to $4,200 per week.
-  Repair and Maintenances adjusted at $2k per month during early 2024. Then adjusted between $2,500 and $3,000 on year 1 and normalize to $4,000 per month on year 2.
- Accounting Service estimated at $6K per year including bookkeeping, tax returns and financial statements prepared by CPA.
- Livestock care service negotiated a half price beginning January 2024,
- Utilities reduced to $5k monthly by consolidating operations, thereafter reduced on year 1 after the sale of the Aguadilla Farm.
- Rent decreases by $1,500 monthly after negotiating a decrease in rent on the Dorta Farm from $3,000 monthly to $1,500 until operation is normalize.
- Portion of the insurance to be finance in 2024 with last payment in Jan 2025.   On 2025 at the year 1 is expected to be able to pay insurance without financing.
- Fertilizer is expected to purchase in year 2 to improve the pastures of the farms that have not access to the oxidation pond. At least 150 cuerdas to be fertilize annually. Estimated at 3qq per cuerda at $33.35 per qq.
- Auto expenses including gas, diesel, tires equipment repairs , etc is estimated at $3k monthly on year 1 and normalized to $4k monthly beginning year 2.
- Insemination includes $275 weekly visit by inseminator and the purchase of semen to ABS.
- Expenses related to medicines and veterinary estimated a $4,500 year 1 and $5,000 on year 2.
- Other Expenses estimated at $4K per month. Includes cleaning supplies, Coople membership, milk weight, suction cups, etc.
- Any and all net proceeds from the sale of assets of Luna Dairy Inc., not necessary for the reorganization process, will be paid directly to Condado 4 LLC. Due to uncertainty of the date of such assets such income is not included at this time. In any event it will not affect distribution to other parties but Condado 4 LLC.